**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO, INC.,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-465 T |
| GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>and other known and unknown Giftco Distributors<br>Defendants | : | |

**PROOF OF SERVICE UPON DEFENDANT**
**IDEAL FUND RAISING, INC.**

The undersigned, legal counsel for the plaintiff in this matter, caused a copy of the *Summons* and *Verified Complaint* to be served upon the defendant, Ideal Fund Raising, Inc., through Process Server Michelle DiPrete, whose Affidavit of Service and Return of Service on the original Summons are attached hereto, on October 26, 2006.

Dated: October 30, 2006

CATHEDRAL ART METAL CO, INC.
By Its Counsel,

/s / Thomas R. Noel

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 30th day of October, 2006, I served a true copy of this document upon Ideal Fund Raising, Inc., 79 Aquidneck Drive, Tiverton, Rhode Island 02878 and upon Giftco, Inc., 700 Woodlands Parkway, Vernon Hills, IL 60061 by First Class Mail.

/s/ Thomas R. Noel