AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CATHEDRAL ART METAL CO., INC.

V.

GIFTCO, INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-465T

TO: (Name and address of Defendant)

Ideal Fundraising, Inc.
79 Aquidneck Drive
Tiverton, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas R. Noel
John R. Harrington
Noel & Gyorgy LLP
50 So. Main Street, 3rd Floor
Providence, RI 02903
401-272-7400
401-621-5688 (fax)

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

10-23-06

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/27/06 |
| NAME OF SERVER *(PRINT)* Michelle DiPrete | TITLE RI Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served Ideal FundRaising Inc., At 79 Adquidrecks Dr., Tiverton, RI c/o Roland Lessard Corporate President / registed Agent

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/27/06
Date

[signature]
Signature of Server

HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
(401) 944-8980
Address of Server

X Roland Lessard

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
District of Rhode Island

Case Number: 06-465T

Plaintiff:
**CATHEDRAL ART METAL CO., INC.**

vs.

Defendant:
**GIFTCO. INC. ET AL**

For:
John R. Harrington, Esq.
NOEL & GYORGY
50 South Main St
Providence, RI 02903

Received by HUGHES LEGAL SUPPORT on the 26th day of October, 2006 at 7:51 am to be served on **IDEAL FUNDRAISING INC., 79 Adquidneck Dr., Tiverton, RI.**

I, MICHELLE DIPRETE, being duly sworn, depose and say that on the **26th day of October, 2006** at 1:05 pm, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL CASE; VERIFIED COMPLAINT; EXHIBITS A-F** with the date and hour of service endorsed thereon by me to ROLAND LESSARD as PRESIDENT of the within named corporation.

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: White, Height: 5'10, Weight: 185, Hair: Grey, Glasses: Y

I am over the age of eighteen, and have no interest in the the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

Before me on the 27th day of October, 2006 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit.

NOTARY PUBLIC

S.L. MALLINSON, Notary Public
State of RI and Providence Plantations
My Commission Expires Aug. 16, 2010

**MICHELLE DIPRETE**
RI Process Server

**HUGHES LEGAL SUPPORT**
**Www.Rhodeislandprocess.Com**
**P.O. Box 20617**
**Cranston, RI 02920**
**(401) 944-8980**
Our Job Serial Number: 2006014586

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9n