UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-465T |
| | : | |
| GIFTCO, INC.,<br>IDEAL FUNDRAISING, INC.,<br>and other known and unknown Giftco<br>Distributors. | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

I, Raymond M. Ripple of Edwards Angell Palmer & Dodge LLP, hereby enter my appearance on behalf of Defendant Giftco, Inc.

GIFTCO, INC.

By its Attorneys,

/s/ Raymond M. Ripple__________
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, I caused a copy of the foregoing to be served by electronic mail on the following counsel of record via the ECF system:

Thomas R. Noel, Esq.
John R. Harrington, Esq.

/s/ Raymond M. Ripple___________
Raymond M. Ripple