UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>GIFTCO, INC.,<br>IDEAL FUNDRAISING, INC.,<br>and other known and unknown Giftco Distributors.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-465T |

**STIPULATION**

The undersigned parties hereby stipulate and agree that Defendant Giftco, Inc. shall have an extension of time, through and including January 22, 2007, to answer or otherwise respond to the Plaintiff's Complaint.

CATHEDRAL ART METAL CO. INC.

By its Attorneys,

/s/ Thomas R. Noel
Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
TNoel@LawNoel.com

GIFTCO, INC.

By its Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com