UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-465T |
| | : | |
| GIFTCO, INC., | : | |
| IDEAL FUNDRAISING, INC., | : | |
| and other known and unknown Giftco | : | |
| Distributors. | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

I, Raymond M. Ripple of Edwards Angell Palmer & Dodge LLP, hereby enter my appearance on behalf of Defendant Ideal Fundraising, Inc.

IDEAL FUNDRAISING, INC.

By its Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, I caused a copy of the foregoing to be served by electronic mail on the following counsel of record via the ECF system:

Thomas R. Noel, Esq.
John R. Harrington, Esq.

/s/ Raymond M. Ripple
Raymond M. Ripple