UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CATHEDRAL ART METAL CO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GIFTCO, INC., IDEAL FUNDRAISING, INC., and other known and unknown Giftco Distributors,<br><br>Defendants. | C.A. No. 06-465-T |

**ANSWER TO VERIFIED COMPLAINT**

As and for its Answer to the Verified Complaint of Plaintiff Cathedral Art Metal Co., Inc., Defendant Giftco, Inc. ("Giftco" or "Defendant"), states as follows:

**Nature of the Action**

1. Defendant admits that Cathedral Art brings its action under the United States Copyright Act and Lanham Act. Defendant denies the remaining allegations in this Paragraph.

**The Parties**

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph, and therefore denies same.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph, and therefore denies same.

4. Defendant admits the allegations in this Paragraph.

5. Defendant admits the allegations in this Paragraph.

6. Defendant admits that Cathedral Art has named "other known and unknown Giftco Distributors" as a party in this case. Defendant denies the remaining allegations in this Paragraph.

**Jurisdiction and Venue**

7. Defendant admits the allegations in this Paragraph.

8. Defendant admits the allegations in this Paragraph.

**RELEVANT FACTS**

**Cathedral Art's Ribbon Bookmarks**

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph, and therefore deny same.

10. Defendant admits that Cathedral Art attached as Exhibit A to its Complaint is a copy of Form VA that appears to have been completed by Cathedral Art. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this Paragraph, and therefore denies same.

11. Defendant admits that the bookmark in the photograph included in Paragraph 11 of the Complaint bears the copyright notice "© 2004 Cathedral Art Metal Co., Inc." on an attached tag, the words "Cathedral Art" and an angel drawing. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this Paragraph, and therefore denies same.

**Cathedral Art's Automobile Visor Clips**

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph, and therefore denies same.

13. Defendant admits that Cathedral Art attached as Exhibit B to its Complaint is a copy of Form VA that appears to have been completed by Cathedral Art. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this Paragraph, and therefore denies same.

14. Defendant admits that Paragraph 14 of the Complaint includes photographs of the Cathedral Art name, an angel drawing and the copyright notice "© CAMCO". Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this Paragraph, and therefore denies same.

**Cathedral Art's Lord's Prayer Plaque**

15. Defendant admits that Paragraph 15 includes a picture of an object that contains the prayer verse known as The Lord's Prayer and adaptations of religious symbols. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this Paragraph, and therefore denies same.

16. Defendant admits that Cathedral Art attached as Exhibit C to its Complaint is a copy of Form VA that appears to have been completed by Cathedral Art. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this Paragraph, and therefore denies same.

**Cathedral Art's Angel Trademark**

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph, and therefore denies same.

18. Defendant denies the allegations in this Paragraph.

**Defendants' Infringements**

19. Defendant denies the allegations in this Paragraph.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the photographs in this Paragraph, and therefore deny same. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this Paragraph, and therefore denies same.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the photographs in this Paragraph, and therefore deny same. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this Paragraph, and therefore denies same.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth or accuracy of the photographs in this Paragraph, and therefore deny same. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this Paragraph, and therefore denies same.

23. Defendant admits that Giftco produces catalogs under several different names, including "Forever Friends," "Limited Edition," and "All the Best." Defendant further admits that Exhibit D to the Complaint contains true and accurate images of excerpts from Giftco's catalogs. Defendant denies the remaining allegations in this Paragraph.

24. Defendant admits the allegations in this Paragraph.

25. Defendant admits the allegations in this Paragraph.

26. Defendant admits the allegations in this Paragraph.

27. Defendant admits the allegations in this Paragraph.

28. Defendant denies the allegations in this Paragraph.

29. Defendant denies the allegations in this Paragraph.

30. Defendant denies the allegations in this Paragraph.

31. Defendant denies the allegations in this Paragraph.

## COUNT I

## Copyright Infringement

32. Defendant restates and incorporates herein its answers to each preceding paragraph as if specifically set forth herein.

33. Defendant denies the allegations in this Paragraph.

34. Defendant denies the allegations in this Paragraph.

35. Defendant denies the allegations in this Paragraph.

36. Defendant denies the allegations in this Paragraph.

37. Defendant denies the allegations in this Paragraph.

38. Defendant denies the allegations in this Paragraph.

39. Defendant admits that it has derived revenue from the sale of bookmarks, plaques and visor clips, but denies the remaining allegations in this Paragraph.

40. Defendant denies the allegations in this Paragraph.

41. Defendant denies the allegations in this Paragraph.

42. Defendant denies the allegations in this Paragraph.

## COUNT II

## Unfair Competition; Common Law Claims

43. Defendant restates and incorporates herein its answers to each preceding paragraph as if specifically set forth herein.

44. Defendant denies the allegations in this Paragraph.

45. Defendants admits that it has derived revenue from the sale of bookmarks, plaques and visor clips, but denies the remaining allegations in this Paragraph.

46. Defendant denies the allegations in this Paragraph.

47. Defendant denies the allegations in this Paragraph.

48. Defendant denies the allegations in this Paragraph.

## COUNT III

**Federal Unfair Competition and Infringement of Unregistered Trademark**
**(Violation of 15 U.S.C. § 1125(a))**

49. Defendant restates and incorporates herein its answers to each preceding paragraph as if specifically set forth herein.

50. Defendant deny the allegations in this Paragraph.

51. Defendant denies the allegations in this Paragraph.

52. Defendant denies the allegations in this Paragraph.

WHEREFORE, Defendants Giftco, Inc. hereby requests that Plaintiff Cathedral Art Metal Co., Inc.'s Verified Complaint be dismissed with prejudice.

Dated: January 22, 2007

GIFTCO, INC.

By its Attorneys,

/s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Of Counsel:
Angelo J. Bufalino
Michael J. Turgeon
Michael J. Waters
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
(312) 609-7500

## CERTIFICATE OF SERVICE

I hereby that on this 22nd day of January, I caused a copy of the foregoing to e served by electronic mail on the following counsel of record via the ECF system:

Thomas R. Noel, Esq.
John R. Harrington, Esq.

/s/ Raymond M. Ripple