**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO, INC.,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-465 T |
| GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>and other known and unknown Giftco Distributors<br>Defendants | : | |

**ENTRY OF APPEARANCE**

The undersigned, John R. Harrington, Esq. (#7173), hereby enters his appearance for plaintiff Cathedral Art Metal Co., Inc.

Dated: January 24, 2007

CATHEDRAL ART METAL CO, INC.,

By Its Counsel,

/s/ John R. Harrington

Thomas R. Noel (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 24th day of January, 2007, I served a true copy of this document by First Class Mail upon Raymond M. Ripple, Esq., Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, RI 02903.

/s/ John R. Harrington