**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO, INC.,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-465 T |
| GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>and other known and unknown Giftco Distributors<br>Defendants | : | |

**RULE 26(f) JOINT REPORT**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel for plaintiff Cathedral Art Metal Co., Inc. and defendants Giftco, Inc. and Ideal Fund Raising, Inc. hereby report that they have conferred in good faith in order to agree to a discovery plan under Rule 26. The parties respectfully submit this Joint Report and proposed schedule.

The parties have agreed to and jointly propose the following disclosure and discovery plan. The parties intend to make simultaneous Rule 26(a)(1) initial disclosures on March 28, 2007.

**Proposed Disclosure and Discovery Deadline Dates**

| | |
|---|---|
| Service of Fact Discovery/Deposition Notices | August 31, 2007 |
| Depositions Completed | September 30, 2007 |
| Initial Expert Reports | October 15, 2007 |
| Rebuttal Expert Reports | October 31, 2007 |
| Deadline for Taking of Expert Depositions | November 30, 2007 |

## Limitations on Discovery

The parties agree to the limits on depositions, interrogatories, requests for production, and requests for admissions as set forth in the Federal Rules of Civil Procedure, subject to further request to the Court by any party for good cause.

## Discovery Will be Needed on the Following Subjects

1. The creation and exploitation of plaintiff's works as claimed in the Complaint;

2. Plaintiff's adoption and use of its trademark;

3. Defendants' selection, production, marketing, and sales of the disputed items;

4. The costs associated with defendants' production, marketing, and sales of the disputed items;

## Designation of Confidential Material

The parties expect to draft a mutually beneficial protective order to be submitted to the Court for approval and entry.

## Other Matters

The parties expect that a pretrial conference and the trial will be scheduled at the Court's convenience.

The possibility of settlement has been discussed. However, no agreement has been reached. The parties anticipate that settlement discussions will continue as appropriate.

Respectfully Submitted,

CATHEDRAL ART METAL CO, INC.,

By Its Counsel,

/s/ Thomas R. Noel

Thomas R. Noel (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

Date: February 27, 2007

GIFTCO, INC.
and IDEAL FUND RAISING, INC.
By their Counsel,

/s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Date: February 27, 2007

TRN/