**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CATHEDRAL ART METAL CO., INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C.A. No. 06-465 T** |
| | ) | |
| **GIFTCO, INC., IDEAL FUND RAISING, INC., and other known and unknown Giftco Distributors,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendants, Giftco, Inc. and Ideal Fund Raising, Inc. hereby move that MICHAEL J. TURGEON be admitted *Pro Hac Vice* in the above case as counsel with local counsel identified below.

Dated: March 22, 2007

Giftco, Inc. and Ideal Fund Raising, Inc.

By: /s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
rripple@eapdlaw.com

**ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the federal and state courts of Illinois, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Michael J Turgeon

Signature of *Pro Hac Vice* Applicant

Michael J. Turgeon — 06230422

Print Name — State Bar ID #

Vedder, Price, Kaufman & Kammholz, P.C.

Firm Name

222 N. LaSalle Street, Suite 2600, Chicago, IL 60601

Business Address

(312) 609-7716 — (312) 609-5005

Tel. # — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Raymond M. Ripple

Signature of Local Counsel

Raymond M. Ripple — #6489

Print Name — R.I. Bar ID #

Firm and Business Address:

Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. # (401) 274-9200
Fax # (401) 276-6611

## CERTIFICATE OF SERVICE

I hereby that on this 22nd day of March, I caused a copy of the foregoing to be served by electronic mail on the following counsel of record via the ECF system:

Thomas R. Noel, Esq.
John R. Harrington, Esq.

/s/ Raymond M. Ripple