**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC.<br>Plaintiff | : | |
| v. | : | C.A. No. 06-465 T |
| GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>and other known and unknown Giftco Distributors<br>Defendants | : | |

**JOINT MOTION FOR ENTRY OF ASSENTED TO PROTECTIVE ORDER**

The parties, through their respective counsel, jointly move for entry of the *Assented to Protective Order* attached to this motion as Exhibit A. The Court's required language concerning filings made under seal is incorporated within the Protective Order (as paragraph 13), and the parties agree that the procedures contained therein will assure the protection of confidential information not already in the public domain.

Wherefore, the parties hereby respectfully request entry of the attached *Assented to Protective Order*.

Dated: March 29, 2007

CATHEDRAL ART METAL CO., INC.

By Its Counsel,

/s/ Thomas R. Noel, Esq.
Thomas R. Noel, Esq. (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

GIFTCO, INC. and
IDEAL FUND RAISING, INC.

By Their Counsel

/s/ Raymond M. Ripple, Esq.
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Facsimile)