**Exhibit B**

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

JOHN P. GYORGY
THOMAS R. NOEL †
JOHN R. HARRINGTON

† *Also Admitted in Massachusetts*

MASSACHUSETTS OFFICE
8 NORTH MAIN STREET
ATTLEBORO MA 02703
TELEPHONE 508-223-5800

TNoel@LawNoel.com

March 29, 2007

*Via Facsimile*

Raymond M. Ripple, Esq.
Edwards Angell Palmer
& Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Re: Cathedral Art Metal Co., Inc. v. Giftco, Inc. et al., C.A. No. 06-465 T

Dear Ray:

The motion for protective order as executed by all parties is now on file. This obviates the objections based on confidentiality or proprietary nature of the material. Please let me know when you will be getting me the additional answers and responses. It appears from your responses that you have documents that were withheld from the original production based on those objections; I request that those documents, including the list of distributors, be delivered or made available for our inspection tomorrow. Please advise.

Thank you for your anticipated courtesy in this regard.

Sincerely,

Thomas R. Noel

TRN/trn
cc: Mr. Leo A. Tracey
John R. Harrington, Esq.

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

JOHN P. GYORGY
THOMAS R. NOEL †
JOHN R. HARRINGTON

† *Also Admitted in Massachusetts*

MASSACHUSETTS OFFICE
8 NORTH MAIN STREET
ATTLEBORO MA 02703
TELEPHONE 508-223-5800

TNoel@LawNoel.com

April 4, 2007

*Via Facsimile*

Raymond M. Ripple, Esq.
Edwards Angell Palmer
& Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Re: Cathedral Art Metal Co., Inc. v. Giftco, Inc. et al., C.A. No. 06-465 T

Dear Ray:

Judge Torres has signed and entered the Protective Order. Please confirm that you will tomorrow deliver or make available for inspection the documents that you had withheld on a claim of confidentiality, including the list of Giftco distributors that were promised weeks ago subject to entry of a protective order. Please also let me know when you will be getting me additional interrogatory answers and responses to our document requests, and whether Gifto and Ideal will withdraw their objection claim that Cathedral has propounded in excess of twenty-five (25) interrogatories.

I would appreciate a prompt response to these issues.

Sincerely,

Thomas R. Noel

TRN/trn
cc: Mr. Leo A. Tracey
John R. Harrington, Esq.

**Thomas Noel**

---

**From:** Thomas Noel [tnoel@lawnoel.com]
**Sent:** Friday, April 13, 2007 9:15 AM
**To:** 'Ripple, Raymond'
**Cc:** jrharrington@lawnoel.com
**Subject:** FW: Cathedral v. Giftco

Ray:

I like you to get back to me on questions I raised several days ago, including dates for the Ideal 30(b)(6) depo, and when I'm going to get further responses, answers, and documents. I'm trying to avoid having to file motions for things I've given you every courtesy on, and I'm not getting a response. You also raised the possibility of a scheduling conflict concerning May 9 that I'd like to speak to you about further. Please get back to me on this.

Thanks,
Tom

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
Phone: 401-272-7400
Fax: 401-621-5688

TNoel@LawNoel.com

---

This message may be a confidential attorney-client communication or may be otherwise privileged from disclosure to anyone other than the intended recipient. If it is not clear that you are the intended recipient, and you think you may have received this message by mistake, please let us know by telephone at 401-272-7400 or by return e-mail to TNoel@LawNoel.com so that the message can be re-sent to the person for whom it was intended.

---

**From:** Thomas Noel [mailto:tnoel@lawnoel.com]
**Sent:** Wednesday, April 11, 2007 9:02 AM
**To:** 'Ripple, Raymond'
**Cc:** 'John Harrington'
**Subject:** Cathedral v. Giftco

Ray:

Thanks for your letter. Cathedral rejected that offer some time ago (though I'm not sure it was in writing). Why don't you tell me when you *are* available for the Ideal 30(b)(6) deposition during the month of April. Further, if you anticipate not being available for the Rule 16 conference on May 9, I'd rather try to reschedule now, perhaps to a date *before* your trial. Given how this has gone over the last three weeks, I think a Rule 16 conference is going to be necessary.

Tom

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
Phone: 401-272-7400
Fax: 401-621-5688