UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>GIFTCO, INC.,<br>IDEAL FUNDRAISING, INC.,<br>and other known and unknown Giftco Distributors.<br><br>Defendants. | : | C.A. No. 06-465T |

**ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES**

Defendant Giftco, Inc. hereby moves for an extension of time of fourteen (14) days, or up to and including June 7, 2007, to file a response to Plaintiff Cathedral Art Metal Company, Inc.'s Motion to Compel Further Interrogatory Responses From Giftco, Inc. Plaintiff's counsel has assented to this motion.

GIFTCO, INC.

/s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Angelo J. Bufalino (*pro hac vice*)
Thomas R. Dee (*pro hac vice*)
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
(312) 609-5005 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 24, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple



PRV_885605_1/RRIPPLE