**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC.<br>Plaintiff | : | |
| v. | : | C.A. No. 06-465 T |
| GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>and other known and unknown Giftco Distributors<br>Defendants | : | |

**PLANTIFF'S MOTION TO AMEND COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiff Cathedral Art Metal Co., Inc. moves to amend its *Verified Complaint* in the form attached at *Tab 1* in order to join additional specifically-named party defendants. Plaintiff relies upon the attached *Memorandum* in support of this motion.

Date: June 1, 2007

CATHEDRAL ART METAL CO., INC.
By Its Counsel,

[signature]

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007, I served a copy of the foregoing via electronic means upon:

Raymond M. Ripple
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903

Angelo J. Bufalino, Esq.
Thomas R. Dee, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

TRN/

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC.<br>Plaintiff<br><br>v.<br><br>GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>and other known and unknown Giftco Distributors<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-465 T |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiff Cathedral Art Metal Co., Inc. ("Cathedral Art") moves to amend its *Complaint* in the form attached at *Tab 1* of the accompanying *Motion to Amend*. The amendment seeks to add party defendants that were recently identified by defendant Giftco, Inc. ("Giftco"), as sellers of the pieces Cathedral Art maintains are infringements of its original works.

## I. FACTS RELEVANT TO THIS MOTION

Cathedral Art alleges in this action the willful infringement of four of its works and seeks damages and attorneys' fees for copyright infringement under the Copyright Act and trademark infringement under the Lanham Act. Defendant Giftco is a national seller of gift and other items to dozens of fund raising and catalog sales companies located around the country. Cathedral Art sought in discovery in January 2007 the identification of all entities to whom Giftco had sold the allegedly infringing items. Giftco provided that information on or about May 7, 2007 by way of certain documents produced to Cathedral Art. Plaintiff now seeks to join certain of Giftco's distributors to this action. The proposed amended pleading also clarifies the present status of certain of Cathedral Art's copyright and trademark rights.

## II. ARGUMENT

Rule 15(a) states that a party may amend its pleading "by leave of court..." and that "leave shall be freely given when justice so requires." Fed. R. Civ. P. Rule 15(a). As this Court has observed:

> The Supreme Court has established that leave to amend should be given in less the amendment would be futile, if the opposing party will be prejudiced by virtue of allowing the amendment or if there has been undue delay in seeking the amendment.

*In Re Gtech Holdings Corp. Securities Litigation*, 32 Fed R.Serv.3d 604, 1995 W.L. 500414, *9 (D.R.I. March 16, 1995), citing *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962).

None of the limiting factors enumerated above are present in this case. The amendment sought states legally cognizable claims and is therefore not futile. There has not been any delay in seeking the amendment, as the identities of the additional parties were only recently provided. Finally, no defendant can claim prejudice. Discovery has only recently commenced, and the parties sought to be joined are, upon information and belief, distributors of products supplied sold by defendant Giftco and alleged to be infringements of Cathedral Art's rights.

Further, the proposed amended pleading updates the current status of the plaintiff's rights with respect to copyright and trademark registration.

## III. CONCLUSION

For these reasons, plaintiff requests that this Court grant its *Motion to Amend* and that the plaintiff be permitted to serve its First Amended Complaint in the form attached to its Motion.

Pursuant to LR Cv 7(e), Cathedral Art states that it does not believe that oral argument concerning this motion will be necessary.

Date: June 1, 2007

CATHEDRAL ART METAL CO., INC.
By Its Counsel,

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2007 I served a copy of the foregoing via electronic means upon:

Raymond M. Ripple
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903

Angelo J. Bufalino, Esq.
Thomas R. Dee, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601