**Exhibit A**

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-388-292

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 10 | 17 | 06 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
Ribbon Bookmarks with Charms RBM 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, and RBM 1000

**NATURE OF THIS WORK ▼** See instructions
Jewelry Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**NAME OF AUTHOR ▼**
Cathedral Art Metal Co., Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of United States
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☑ Jewelry design ☐ Architectural work

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Year in Which Creation of This Work Was Completed**
2004 Year
**This information must be given in all cases.**

**Date and Nation of First Publication of This Particular Work**
**Complete this information ONLY if this work has been published.**
Month June Day 25 Year 2004
United States Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cathedral Art Metal Co., Inc.
25 Manton Avenue, Providence, RI 02909

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
JUL 03 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 03 2006
FUNDS RECEIVED

FUNDS RECEIVED OCT 17 2006

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY ACK

CHECKED BY

FORM VA

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼** **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

All features of the works except common, public domain text references.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼** **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Thomas R. Noel, Esq., Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

Area code and daytime telephone number (401) 272-7400 Fax number (401) 621-5688

Email TNoel@LawNoel.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Cathedral Art Metal Co., Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Thomas R. Noel, Esq. **Date** June 28, 2006

**Handwritten signature (X) ▼**

X [signature]

**Certificate will be mailed in window envelope to this address:**

Name ▼
Thomas R. Noel, Esq., Noel & Gyorgy LLP

Number/Street/Apt ▼
50 South Main Street

City/State/ZIP ▼
Providence, RI 02903

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**Deposit Material for Copyright Registration Application:**

**Claimant:** Cathedral Art Metal Co. Inc.
**Title:** Ribbon Bookmarks with Charms (RBM 101 and RBM 102)

*adomed w/15" burgundy velvet ribbon*







RBM102

7 85525 08584 7

RBM101

7 85525 08583 0



**Deposit Material for Copyright Registration Application:**

**Claimant:** **Cathedral Art Metal Co. Inc.**
**Title:** **Ribbon Bookmarks with Charms (RBM 103, 104, 105, 106)**




RBM103

7 85525 08585 4




RBM104

7 85525 08586 1



7 85525 08583 0




RBM106

7 85525 08588 5




RBM105

7 85525 08587 8

**Deposit Material for Copyright Registration Application:**

**Claimant:** Cathedral Art Metal Co. Inc.
**Title:** Ribbon Bookmarks with Charms (RBM 107, 108, 109, 110)




RBM107

7 85525 08589 2




RBM108

7 85525 08590 8



RBM109

5525 08591 5




RBM110

7 85525 08592 2

**Deposit Material for Copyright Registration Application:**

**Claimant:** Cathedral Art Metal Co. Inc.
**Title:** Ribbon Bookmarks with Charms (RBM 111, 112 and set)




RBM112

7 85525 08594 6




RBM111

7 85525 08593 9




best seller!

RBM1000
$216 SRP
36pc 3ea of 12 styles
Display 12" x 13"
Cost $10 Net
FREE w/RBM1000

7 85525 08857 2