**Exhibit E**


All the
Best
FOR LESS







**3474** "Season's Greetings" Wall Décor
*Decoración para la pared de "Season's Greetings"*
Fill with holiday greenery for festive touch. Great to hold your holiday mail too. Contents not included. Hand-painted metal 8-3/4" H.
**$9.50**

**1941** Heart & Angel Ribbon Bookmarks—Set of 2
*Marcadores de libros en forma de cinta con corazón y ángel – Juego de 2*
Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. 14" L.
**$5.00**

**1639** "The Lord's Prayer" Plaque
*Placa "Plegaria del Señor"*
Beautiful standing plaque is fully scripted with The Lord's Prayer. Artfully crafted piece features high gloss wood with metal accents. Makes an inspirational gift. 5-1/4" W x 6-3/4" H.
**$10.50**







**1446** Heart Ornaments—Set of 5
*Adornos de corazones – Juego de 5*
Beautiful mesh-look ornaments add a sparkle to your holiday. Glass with ribt
2" W x 2-1/2" L.
**$6.50**



# Forever Friends




**1719. Mother & Child Bracelets—2-Pc. Set**
*Pulseras para madre e hija—Juego de 2 piezas*
One for mom and one for daughter! Both bracelets feature a silver-plated heart. Each bracelet has a different and special saying for the wearer. Mom's bracelet has a toggle closure; 6-1/2" L. Daughter's bracelet has a lobster claw closure; 5-1/2" L.
**$15.50**




**1715. "Drive Safely" Visor Clip**
*Clip para el retrovisor "Conduce con cuidado"*
Beautiful heart-shaped visor clip lets the driver know they are special! Makes a wonderful gift. Metal. 2-1/2" L. **$7.00**











**6662. Silver Double Photo Keychain**
*Llavero de fotos dobles*
Showcase your favorite photos of loved ones on this handy silver-tone keychain. Holds two 1-1/4" x 3/4" photos. Metal. 1-3/4" L. **$9.50**

**1674. Flip Flop Cell Phone Holder**
*Soporte para teléfono celular con forma de sandalia*
Bright and fun! Just the place to park your cell phone at home, the office or college dorm room. Dolomite. 3-1/2" H. **$8.50**




Magnetic Clasp

**1723. Inspirations Bracelet**
*Pulsera inspiracional*
All the things that have motivated people for generations. "Truth, Peace, Freedom, Victory, Blessing". Silver-plated with magnetic clasp. One size fits most.
**$12.00**




Limited Edition

**1446. Heart Ornaments–Set of 5**
*Adornos de corazones – Juego de 5*
Beautiful mesh-look ornaments add a sparkle to your holiday. Glass with ribbon hanger. 2" W x 2-1/2" L $9.00



**1941. Heart & Angel Ribbon Bookmarks–Set of 2**
*Marcadores de libros en forma de cinta con corazón y ángel – Juego de 2*
Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. 14" L $6.50






**6662. Silver Double Photo Keychain**
*Llavero de fotos dobles*
Showcase your favorite photos of loved ones on this handy silver-tone keychain. Holds two 1-1/4" x 3/4" photos. Metal. 1-3/4" L $9.50



**7732. Geneva™ Coconut Dreams**
*Sueños de coco en chocolate Geneva™*
Rich coconut enrobed in dark chocolate. Every bite is a dream. 7 oz. Gift boxed. Ⓤ $8.50




**3474. "Season's Greetings" Wall Décor**
*Decoración para la pared de "Season's Greetings"*
Fill with holiday greenery for a festive touch. Great to hold your holiday mail too. Contents not included. Hand-painted metal. 8-3/4" H. $12.50