**Exhibit F**




# All the Best

FOR LESS

Products & Search | Safety & Fundraising | Cart

Fundraising Made Easy!

How It Works!

Click Here to Find Out How You Can Help



Gift Wrap and Accessories



Stationery Items



Holiday



Kids Stuff



Food and Candy




Magazine



Home



Gift Items



Kitchen

Products & Search | Safety & Fundraising | Cart

Copyright © 2006 Giftco
All Rights Reserved




All the Best
FOR LESS

[Products & Search](#) | [Safety & Fundraising](#) | [Cart](#)



| | |
|---|---|
| Product: | 1941 |
| Name: | Heart & Angel Ribbon Bookmarks, Set of 2 |
| Category: | Stationery |
| Description: | Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. 14" L. |
| Price: | $5.00 |
| Cart: | Qty: [ ] Add |

[Products & Search](#) | [Safety & Fundraising](#) | [Cart](#)

Copyright © 2006 Giftco
All Rights Reserved




All the Best
FOR LESS

Products & Search | Safety & Fundraising | Cart




| | |
|---|---|
| Product: | 1639 |
| Name: | "The Lord's Prayer" Plaque |
| Category: | Home, Gifts |
| Description: | Beautiful standing plaque is fully scripted with The Lord's Prayer. Artfully crafted piece features high gloss wood with metal accents. Makes an inspirational gift. 5-1/4" W x 6-3/4" H. |
| Price: | $10.50 |
| Cart: | Qty: Add |

Products & Search | Safety & Fundraising | Cart

Copyright © 2006 Giftco
All Rights Reserved



Gift Wrap




Calendars



Holiday



Kids Stuff



Food and Candy




Magazines



Home



Jewelry




Stationery



Kitchen




Decor

Copyright © 2006 Giftco
All Rights Reserved




# Forever Friends

Products & Search | Safety & Fundraising | Cart




| | |
|---|---|
| Product: | 1715 |
| Name: | "Drive Safely" Visor Clip |
| Category: | Hdecor |
| Description: | Beautiful heart-shaped visor clip lets the driver know they are special! Makes a wonderful gift. Metal. 2-1/2" L. |
| Price: | $7.00 |
| Cart: | Qty: [ ] Add |

Products & Search | Safety & Fundraising | Cart

Copyright © 2006 Giftco
All Rights Reserved


Gift Wrap



Calendars


Holiday


Kids Stuff


Food and Candy



Magazines









Home

Jewelry

Stationery






Kitchen

Decor

Copyright © 2006 Giftco
All Rights Reserved

Products & Search | Safety & Fundraising | Cart



| | |
|---|---|
| Product: | 1941 |
| Name: | Heart & Angel Ribbon Bookmarks, Set of 2 |
| Category: | Stationery |
| Description: | Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. 14" L. |
| Price: | $6.50 |
| Cart: | Qty: [ ] Add |

Products & Search | Safety & Fundraising | Cart

Copyright © 2006 Giftco
All Rights Reserved