# Exhibit G

# Ideal Fund Raising, Inc.

Home * Limited Edition Catalog * Contact Ideal * Our Location * Our Policies

**Welcome to the Ideal Fund Raising website!**

AVAILABLE IN NEW ENGLAND ONLY! Click Here for Ideal's candy offering (PDF format).

**Ideal Fund Raising, Inc. has been in business since 1974 serving your fund raising needs all over New England. Please browse through our Limited Edition catalog to see the items Ideal has available. If you need more information or would like to place an order with us please click on Contact Ideal.**






All Fundraising Companies Directory - Choose from 1200+ fund raising companies.

**You can e-mail us at:**
ideal@ideal-fundraising.com

**Ideal Fund Raising, Inc. * 79 Aquidneck Drive * Tiverton, RI * 02878 * 1-800-446-1138**

# Ideal Fund Raising, Inc.

Home * Limited Edition Catalog * Contact Ideal * Our Location * Our Policies

Back to Page View * Back to Item View



**1941. Heart & Angel Ribbon Bookmarks - Set of 2**

Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. 14" L.

$6.50

All Fundraising Companies Directory - Choose from 1200+ fund raising companies.

**You can e-mail us at:**