**Exhibit H**

Home | Services | About Us | Contact Us | Shopping Cart

# Meadow Farms Fundraising

"helping our youth in fundraising"

Shop now

## Browse the brochures

- Celebrate the Season
- Game Day
- Household Essentials
- Gourmet Cookie Mix
- Reflections
- Gourmet Foods
- Grandma's Gourmet Pies
- Coffee Cakes

## Categories

- CANDLES & HOLDERS
- EVERYDAY GIFTS
- FOOD
- GIFTS
- MAGAZINES
- WRAP/ACCESSORIES

**Participant Registration**

**Participant Login**

**Sponsor Login**

**Sales Reps Wanted**

Search GO




## New Exclusive !




Welcome to Meadow Farms Fundraising

From our humble beginnings, working with our dad out of the back of his extended garage, and just through plain old hard work and dedication to our customers, we have grown to become the leading fundraising company in the New England region.

After over 30 years our business formula remains the same – Quality products at affordable prices!

## Celebrate The Season 2007



Pies



Gourmet Foods



Coffee Cakes

Home | Programs | Services | About Us | Con

Meadow Farms Fundraising
"helping our youth in fundraising"

**Brochures**

CELEBRATE THE SEASON
HOUSEHOLD ESSENTIALS
GOURMET COOKIE MIX
MAGAZINES
GRANDMA'S GOURMET PIES
COFFEE CAKES

**Categories**

CANDLES & HOLDERS
EVERYDAY GIFTS
FOOD
GIFTS
MAGAZINES
WRAP/ACCESSORIES

**Participant Registration**

**Participant Login**

**Sponsor Login**

Search

**You are at : GIFTS**

Page 3 of 13 [ Back | Next ] Sort :



**ANGEL PENDANT**
*Cadena de ángel de dos tonos y diseño de corazón*

Two tone angel with open heart pendant. Doubles as a pin or pendant. Gift Boxed.

*(SKU 30-337)* **$10.50**



**HEART AND ANGEL RIBBON BOOKMARK**
*Marcadores de libros en forma de cinta con corazón y ángel de 2*

Wonderful gift for your favorite reader! They'll be able to find t place with ease. Satin ribbons with metal charms. 14" L.

*(SKU 30-338)* **$6.50**



**MOTHER & CHILD FIGURINE**
*Figura de Madre con Hijo*

A lovely Madonna statuette to decorate your home. Porcelain. 1/2" H.

*(SKU 30-341)* **$8.50**



**10 COMMANDMENTS BRACELET**
*Pulsera de los 10 mandamientos*

Beautifully made antique silver-finish slider bracelet. Gift boxe

*(SKU 30-342)* **$10.00**



**SOAPDISH BRUSH SOAP SET**
*Set de cepillo de madera 4 jabón*

A simply designed wooden soap dish, brush and a Vermont n winter spice soap. Great for traveling. Lovely gift package witl ribbon -3-pc. set.

*(SKU 30-344)* **$16.50**

Page 3 of 13 [ Back | Next ]

# Meadow Farms Fundraising
"helping our youth in fundraising"

**Brochures**

**CELEBRATE THE SEASON**
CANDLES & HOLDERS
EVERYDAY GIFTS
FOOD
GIFTS
WRAP/ACCESSORIES
**HOUSEHOLD ESSENTIALS**
**GOURMET COOKIE MIX**
**MAGAZINES**
**GRANDMA'S GOURMET PIES**
**COFFEE CAKES**

**Categories**

CANDLES & HOLDERS
EVERYDAY GIFTS
FOOD
GIFTS
MAGAZINES
WRAP/ACCESSORIES

**Participant Registration**

**Participant Login**

**Sponsor Login**

Search

**HEART AND ANGEL RIBBON BOOKMARK**
*Marcadores de libros en forma de cinta con corazón y ángel Juego de 2*



Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. 14" L.

*(SKU 30-338)* **$6.50** Add