# Exhibit I




Home

Maximum Profits

Campaign Choices

Student Rewards

Mag Trak

A+ Online Services

Faculty Rewards

Calendar of Events

About Great American

Career Opportunities

People Are Talking

FAQ

Contact Us






Great American Online
Your School Benefits 24/7




MagTrak and
Order Tracking




A+ Online
Services




Faculty Rewards and
Shopping Center

©2007 Great American Opportunities , Inc. | 800/251-1542 | Email Us | Privacy Policy | Site Map

online store! Open 24 hours a day

# About Great American

Home
Maximum Profits
Campaign Choices
Student Rewards
Mag Trak
A+ Online Services
Faculty Rewards
Calendar of Events
About Great American
Career Opportunities
People Are Talking
FAQ
Contact Us

## Our Mission: Helping People Achieve Their Goals and Dreams

**Great American Opportunities** is one of our nation's oldest and most respected fund-raising companies.

We have over 200 fundraising consultants and trainers serving the 48 contiguous states and have helped raise nearly $700 million for schools and non-profit organizations since 1975!

Our success begins with our commitment to people. We're part of the Southwestern Company corporate family. Founded in 1855, Southwestern is a cornerstone of the Nashville Community and the oldest direct selling company in America. Southwestern recently celebrated it's 150th anniversary.

Southwestern's motto, "Building Character in Young People," serves as the foundation for Great American. We believe young people gain valuable life skills and experiences by participating in fundraising events:

- Setting goals
- Working as a team
- Presenting their needs to the public
- Delivering products
- Working on an individual goal
- Collecting money
- Achieving a goal

Our first fundraising products were home economics teachers' cookbooks, published by Favorite Recipes Press (FRP). Now a successful division of Great American, FRP helps raise funds for non-profit organizations, such as Habitat for Humanity and Junior League chapters with the production and sales of beautiful custom cookbooks. Even well-known companies such as Red Gold Tomato, Vera Bradley and Kroger use FRP to create cookbooks to increase brand awareness and promote their products.

Commitment to people - to the people we serve - and to the people who build our companies. That's what we're all about.

SW Southwestern Company
SW Southwestern Company, Inc
SBR ThinkingAhead.com
SBR CONSULTING
Legacy
SW
Family Resources
FRP Favorite Recipes Press
Heritage Family Library
FAMILY HERITAGE
UNFAIR ADVANTAGE
WILDTREE HERBS

©2007 Great American Opportunities, Inc. | 800/251-1542 | Email Us | Privacy Policy | Site Map

GREAT AMERICAN OPPORTUNITIES



Over 100 products under $10

# 'tis the season

## HOLIDAY SHOWCASE COLLECTION










B09



B10



B17



B18




B07
Stained Glass Cross
**Cruz de Cristal con Vidriería de Colores**
A piece to be treasured. This beautiful stained glass cross embodies the reason for the season. Gift boxed. 11.75" tall x 8.25" wide. $28.00

B09
Hope Candleholder
**Base para Vela "Esperanza"**
These angels send out the warm glow of hope for this holiday season. A special gift. Tealight included. 3" high. Gift boxed. $8.50

B10
Guardian Angel Revolving Keychain
**Llavero Giratorio del Angel Guardián**
"My Guardian Angel is Watching Over Me." Metal. 1 3/4" L. $7.00

B17
Ten Commandments Charm Bracelet
**Pulsera de 10 Mandamientos**
Silver-finish link bracelet features one of the Ten Commandments on each charm. Makes an inspirational gift. 7" L. $9.00

B18
Heart and Angel Ribbon Bookmark - Set of Two
**Juego de 2 Corazones y Un Separador para Libros "Angel Ribbon"**
Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. Set of two. 14" L. $6.50