# Exhibit J


Online Fundraising for Schools, Churches, and Organizations - Kleinhenn Company - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites
Address http://www.kleinhenn.com/online.html
Go Links Norton Internet Security Norton AntiVirus
Put FUN in your Fundraising...
with Kleinhenn Company!
Home | Online Program | About Us | Our Programs | Catalogs | Prizes | Success Stories | Request Info | Jobs | Contact Us
Kleinhenn Company Website > Online Program
Online Fundraising Program
Fundraising that works 24/7!
New account or returning participant? Click the "Sign-in/Register" button below.
Sign-in / Register
We are proud to offer Online Fundraising, also known as "eFundraising", as one of our value-added services. Online fundraising is a great way for your organization to meet its goals. Family and friends can now help with your fundraising goals no matter where they live... all they have to do is logon and shop! Their purchases are then delivered to their door and you get the credit for the sale!
Online Program
About Us
Our Programs
Catalogs
Prizes
Success Stories
Request Info
Join Us
Contact Us
Done
Internet

Home | Online Program | About Us | Our Programs | Catalogs | Prizes | Success Stories | Request Info | Jobs | Contact Us

Kleinhenn Company Website > Catalogs > Spring 2007

# Fundraising Catalogs - Spring 2007



Two young girls gaze into a clear pool on the cover of ***Spring Reflections***. Filled with Home & Garden gifts, Jewerly, Candy, Magazines, Kids items & more!

Click to View Catalog *(Opens in New Window)*

***Great Gifts.*** Here it is! Our carefully compiled, colored collection catalog of Great Gifts! We have Bracelets, Body & Bath Items, Baking Mixes, Candles, Candies and CD's. Very diversified, plus there's a great selection in each group. Irresistible!

Click to View Catalog *(Opens in New Window)*



cheerfulhouse.com



***Art in Nature***, Sensational Garden additions for Spring & Summer. All plants and bulbs are 100% Guaranteed!

Click to View Catalog *(Opens in New Window)*

***Delisheries*** premium cookie dough and bake mixes. All mixes made in a **peanut-free facility**. No refrigeration required. Each tub makes 3 lbs. of delicious treats!

Click to View Catalog *(Opens in New Window)*



Sweet Spot

***Sweet Spot***, Gourmet chocolate, candy, & nuts. Sure to be a hit with your

## Spring Reflections




Display Page > 1 | 2-3 | 4-5 | 6-7 | 8-9 | 10-11 | 12-13 | 14-15 | 16-17 | 18-19 | 20

Close Window