# Exhibit K



SUNSHINE FUNDRAISING 2006

Home | Fun Services | Carnival Games | Fundraising Brochures | Spectacular Holiday Shop | CANDY BARS | Payment Options | Contact/Feedback Request

# SUNSHINE FUNDRAISING - PROGRAMS

## GIFT SHOPPING PROGRAMS THAT BRING SUNSHINE TO THE HOLIDAYS







CHECK OUT OPEN HOUSE DATES! (ENTER)

HOLIDAY :

FUNDRAISING BROCHUR

Start Earning Higher Profits For Your Gr

Case 1:06-cv-00465-T-LDA Document 20-13 Filed 06/01/2007 Page 3 of 3






# 1715 - "Drive Safely" Visor Clip



See full size photo

**Price: $7.50**
**Availability:** in stock
**Prod. Code:** 1715

1715 - "Drive Safely" Visor Clip