# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO., INC.,

Plaintiff,

v.

C.A. No. 06-465 T

GIFTCO, INC., IDEAL FUND RAISING, INC., and other known and unknown Giftco Distributors,

Defendants.

**FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES OF DEFENDANT GIFTCO, INC. TO THE FIRST SET OF INTERROGATORIES OF PLAINTIFF CATHEDRAL ART METAL CO., INC.**

For its First Supplemental Objections and Responses to the First Set of Interrogatories of Plaintiff Cathedral Art Metal Co., Inc. ("CAMCO"), Defendant Giftco, Inc. ("Giftco") states:

**GENERAL AND SPECIFIC OBJECTIONS**

Giftco incorporates by reference its General Objections from its initial Objections and Responses of Defendant Giftco, Inc. to the First Set of Interrogatories of Plaintiff Cathedral Art Metal Co., Inc.

Without waiver of any of the General Objections above, and in an effort to advance the discovery in this matter, Defendant responds as follows:

**INTERROGATORY NO. 4:**

Please identify each and every customer, distributor, or agent of Giftco to whom Giftco has sold, consigned, or otherwise transferred or shipped the Giftco Ribbon Bookmark, the Giftco Auto Heart Visor Clip, or the Giftco Lord's Prayer Plaque at any time, and for each person or entity identified, state the number of pieces of the Giftco Ribbon Bookmark, the Giftco Auto Heart Visor Clip, and the Giftco Lord's Prayer Plaque sold, consigned, or otherwise transferred or shipped.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information:

Giftco has previously provided relevant unprivileged documents to CAMCO in response to this request.

Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 5:**

State whether you claim to have independently created the Giftco Ribbon Bookmark, and if the answer is anything other than an unqualified "no," please:

a. identify each person who created or assisted in its creation;

b. state the date(s) on which such creation occurred;

c. identify each element of the work, if any, that was copied or obtained from any other piece of work, and identify each such other piece(s) or work(s);

d. identify all persons with knowledge of the creation of the work; and

e. identify each and every document or thing relating to the creation.

**ANSWER:**

In addition to its General Objections, Giftco objects to this Interrogatory because it seeks information protected under the attorney-client and/or work product privileges and because the expression "independently created" is undefined, ambiguous and calls for a legal conclusion.

**INTERROGATORY NO. 6:**

State whether you copied the Cathedral Art Ribbon Bookmark or created a derivative work of a ribbon bookmark from some other source, or directed someone else to do so, and if the answer is other than an unqualified "no," please:

a. describe in detail the circumstances under which you first copied or created a derivative work including the date thereof;

b. identify all persons who created or copied the work and all persons with knowledge of the creation or copying;

c. identify each such other piece or work utilized; and

d. identify all documents and things referring or relating thereto.

**ANSWER:**

In addition to its General Objections, Giftco objects to this Interrogatory because it seeks information protected under the attorney-client and/or work product privileges and because the expressions "copied" and "created a derivative work" are undefined, ambiguous and call for a legal conclusion.

**INTERROGATORY NO. 7:**

State whether you claim to have independently created the Giftco Auto Heart Visor Clip and if the answer is anything other than an unqualified "no," please:

a. identify each person who created or assisted in its creation;

b. state the date(s) on which such creation occurred;

c. identify each element of the work, if any, that was copied or obtained from any other piece of work, and identify each such other piece(s) or work(s);

d. identify all persons with knowledge of the creation of the work; and

e. identify each and every document or thing relating to the creation.

**ANSWER:**

In addition to its General Objections, Giftco objects to this Interrogatory because it seeks information protected under the attorney-client and/or work product privileges and because the expression "independently created" is undefined, ambiguous and calls for a legal conclusion.

**INTERROGATORY NO. 8:**

State whether you copied the Cathedral Art Auto Heart Visor Clip or created a derivative work from some other source, and if the answer is other than an unqualified "no," please:

a. describe in detail the circumstances under which you first copied or created a derivative work including the date thereof;

b. identify all persons who created or copied the work and all persons with knowledge of the creation or copying;

c. identify each such other piece or work utilized; and

d. identify all documents and things referring or relating thereto.

**ANSWER:**

In addition to its General Objections, Giftco objects to this Interrogatory because it seeks information protected under the attorney-client and/or work product privileges and because the expressions "copied" and "created a derivative work" are undefined, ambiguous and call for a legal conclusion.

**INTERROGATORY NO. 9:**

State whether you claim to have independently created the Giftco Lord's Prayer Plaque and if the answer is anything other than an unqualified "no," please:

a. identify each person who created or assisted in its creation;

b. state the date(s) on which such creation occurred;

c. identify each element of the work, if any, that was copied or obtained from any other piece of work, and identify each such other piece(s) or work(s);

d. identify all persons with knowledge of the creation of the work; and

e. identify each and every document or thing relating to the creation.

**ANSWER:**

In addition to its General Objections, Giftco objects to this Interrogatory because it seeks information protected under the attorney-client and/or work product privileges and because the expression "independently created" is undefined, ambiguous and calls for a legal conclusion.

**INTERROGATORY NO. 10:**

State whether you copied the Cathedral Art Lord's Prayer Plaque or created a derivative work from some other source, and if the answer is other than an unqualified "no," please:

a. describe in detail the circumstances under which you first copied or created a derivative work including the date thereof;

b. identify all persons who created or copied the work and all persons with knowledge of the creation or copying;

c. identify each such other piece or work utilized; and

d. identify all documents and things referring or relating thereto.

**ANSWER:**

In addition to its General Objections, Giftco objects to this Interrogatory because it seeks information protected under the attorney-client and/or work product privileges and because the expressions "copied" and "created a derivative work" are undefined, ambiguous and call for a legal conclusion.

**INTERROGATORY NO. 11:**

For the Giftco Ribbon Bookmark, identify each and every person or entity who manufactured and each person or entity from whom you purchased the piece or any component thereof at any time, all dates of purchase, the price paid for each piece, and the total number of pieces you have purchased from each source.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information in Exhibit 11, attached hereto and incorporated herein. Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 12:**

Please state, on at least a monthly or quarterly basis since the date of your first sale of the Giftco Ribbon Bookmark:

a. total gross revenue derived from sales of the Ribbon Bookmarks;

b. the total number of pieces sold;

c. the total number of pieces still in inventory;

d. itemize all costs directly related to the goods sold; and

e. state all resulting profits.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information in Exhibit 12, attached hereto and incorporated herein. Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 13:**

For the Giftco Auto Heart Visor Clip, identify each and every person or entity who manufactured and each person or entity from whom you purchased the piece or any component thereof at any time, all dates of purchase, the price paid for each piece, and the total number of pieces you have purchased from each source.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information in Exhibit 13, attached hereto and incorporated herein. Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 14:**

Please state, on at least a monthly or quarterly basis since the date of your first sale of the Giftco Auto Heart Visor Clip:

a. total gross revenue derived from sales of the Giftco Auto Heart Visor Clip;

b. the total number of pieces sold;

c. the total number of pieces still in inventory;

d. itemize all costs directly related to the goods sold; and

e. state all resulting profits.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information in Exhibit 14, attached hereto and incorporated herein. Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 15:**

For the Giftco Lord's Prayer Plaque, identify each and every person or entity who manufactured and each person or entity from whom you purchased the piece or any component thereof at any time, all dates of purchase, the price paid for each piece, and the total number of pieces you have purchased from each source.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information in Exhibit 15, attached hereto and incorporated herein. Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 16:**

Please state, on at least a monthly or quarterly basis since the date of your first sale of the Giftco Lord's Prayer Plaque:

a. total gross revenue derived from sales of the Giftco Lord's Prayer Plaque;

b. the total number of pieces sold;

c. the total number of pieces still in inventory;

d. itemize all costs directly related to the goods sold; and

e. state all resulting profits.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information in Exhibit 16, attached hereto and incorporated herein. Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 17:**

Please identify each owner, officer, director, agent or employee of the defendant who at any time prior to the commencement of this litigation had seen or become aware of or familiar with the Cathedral Art Ribbon Bookmark, the Cathedral Art Auto Visor Clip, or the Cathedral Art Lord's Prayer Plaque, and state the circumstances under which and the date that person saw or became aware of the plaintiff's product.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information:

Maurizia Meyer and Ide Cohen saw and were aware of the Cathedral Art Auto Visor Clip during the course of developing the Giftco Auto Heart Visor Clip.

Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 18:**

Identify and detail what, if any, steps were taken by you or on your behalf to ascertain or identify, at any time prior to the commencement of this litigation, the copyright status of the Cathedral Art Ribbon Bookmark, the Cathedral Art Auto Heart Visor Clip, the Cathedral Art Lord's Prayer Plaque, or any of the creative elements contained therein, including but not limited to research and investigations, and describe and detail all results and conclusions therefrom.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information:

Giftco first became aware of the alleged copyright status of the Cathedral Art Ribbon Bookmark, the Cathedral Art Auto Heart Visor Clip, and the Cathedral Art Lord's Prayer Plaque after a letter was sent from CAMCO, which letter is in the possession of CAMCO.

Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 19:**

Please identify each and every license or agreement under which you claim right or were requested by some other person or entity to manufacture, display, advertise, or sell the Giftco Ribbon Bookmark, the Giftco Auto Heart Visor Clip, or the Giftco Lord's Prayer Plaque.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information:

None at this time.

Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 20:**

Please identify, at least by caption, court, and civil action number, each litigation in which you have been involved as a plaintiff or defendant concerning any claim of copyright or trademark infringement, and for each, provide a brief description of the claims and your role or alleged role therein.

**ANSWER:**

In addition to its General Objections, Giftco further objects to this Interrogatory because it seeks information that is irrelevant and not reasonably calculated to lead to any discoverable evidence.

Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 21:**

Please identify each and every person who has provided any knowledge or information or who has assisted in the formulation of the answers to these interrogatories, and for each such person, state the number of the interrogatory answer(s) with respect to which that person participated or supplied information.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information:

See the response to Interrogatory No. 3.

Giftco reserves the right to supplement this response.

**INTERROGATORY NO. 22:**

Please identify each person with whom you have consulted as an expert, and for each such person whom you expect to call as an expert witness at trial, please state:

a. the subject matter on which each such expert was consulted;

b. the subject matter on which each such expert is expected to testify;

c. all facts known or opinions held by each such expert concerning the claims and defenses in this litigation; and

d. a summary of the grounds for each such opinion.

**ANSWER:**

Subject to its General Objections and in an effort to advance the discovery in this matter, Giftco, as presently advised, provides the following information:

None at this time.

Giftco reserves the right to supplement this response.

GIFTCO, INC.

By its Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Angelo J. Bufalino (*pro hac vice*)
Thomas R. Dee (*pro hac vice*)
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
(312) 609-5005 (Fax)

## VERIFICATION

John Breslin, being duly sworn, states that he has read the foregoing *First Supplemental Objections and Responses of Defendant Giftco, Inc. to the First Set of Interrogatories of Plaintiff Cathedral Art Metal Co., Inc.*, and that the statements set forth therein are true to the best of his information and belief.

John Breslin

STATE OF ILLINOIS )
) SS:
COUNTY OF Lake )

The foregoing instrument was acknowledged before me by John Breslin, this 7th day of ~~March~~ June, 2007.

OFFICIAL SEAL
CHERI L. COHN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-20-2010

NOTARY PUBLIC

My Commission Expires: 5/20/2010

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing *First Supplemental Objections and Responses of Defendant Giftco, Inc. to the First Set of Interrogatories of Plaintiff Cathedral Art Metal Co., Inc.* was served, via facsimile and first class U.S. mail, postage prepaid, upon Thomas R. Noel and John R. Harrington, Noel & Gyorgy LLP, 50 South Main Street, Providence, Rhode Island 02903, (401) 621-5688 (facsimile).

Counsel for Defendant, Giftco, Inc.