UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO. INC.,

Plaintiff,

v.

GIFTCO, INC., IDEAL FUNDRAISING, INC., and other known and unknown Giftco Distributors,

Defendants.

C.A. No. 06-465-T

**DEFENDANT GIFTCO, INC.'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND AND DEFENDANT GIFTCO, INC.'S MOTION FOR ENLARGEMENT OF PAGE LIMITS**

Defendant Giftco, Inc. ("Giftco") hereby moves this Court for an extension of time to respond to Plaintiff Cathedral Art Metal Company, Inc.'s motion to amend its complaint up to and including July 9, 2007. Giftco further moves this Court for an enlargement of the page limits applicable to its opposition to the Plaintiff's motion to amend, so as to be permitted to file a memorandum of law not to exceed fifteen (15) pages and to file exhibits in support of its opposition not to exceed twenty (20) pages. In support of this motion, Giftco submits the accompanying memorandum of law.

GIFTCO, INC.

By its Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Angelo J. Bufalino (*pro hac vice*)
Thomas Dee (*pro hac vice*)
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 13th, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CATHEDRAL ART METAL CO. INC.,<br><br>Plaintiff,<br><br>v.<br><br>GIFTCO, INC., IDEAL FUNDRAISING, INC., and other known and unknown Giftco Distributors,<br><br>Defendants. | C.A. No. 06-465-T |

**DEFENDANT GIFTCO, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND AND DEFENDANT GIFTCO, INC.'S MOTION FOR ENLARGEMENT OF PAGE LIMITS**

Defendant Giftco, Inc. ("Giftco") hereby submits this memorandum of law in support of its motion for an extension of time to respond to plaintiff's motion to amend its complaint, and in support of Giftco's request for an enlargement of the page limits applicable to its response.

In support of this motion, Giftco states that on June 1, 2007, Plaintiff Cathedral Art Metal Company, Inc. ("CAMCO") moved to amend its complaint to add six (6) new defendants as parties to this litigation. The proposed defendants are distributors of Giftco, all of whom are located outside the State of Rhode Island. Accordingly, Giftco intends to object to Plaintiff's motion to amend the complaint on the grounds that the amendment would be futile, given the Court's lack of personal jurisdiction over the proposed defendants. In order to support its opposition to the motion to amend, Giftco intends to obtain affidavits from each proposed defendant regarding their lack of minimum contacts with the State of Rhode Island. Accordingly, Giftco respectfully requests an extension of time up to and including July 9, 2007

to file its opposition to the motion to amend.[1] Moreover, Giftco respectfully requests an extension of the page limits applicable to its opposition to the Plaintiff's motion to amend, so as to be permitted to file a memorandum of law not to exceed fifteen (15) pages, and to file exhibits in support of its opposition not to exceed twenty (20) pages.

GIFTCO, INC.

By its Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Angelo J. Bufalino (*pro hac vice*)
Thomas Dee (*pro hac vice*)
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 13th, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple

[1] Giftco's response to CAMCO's motion to amend is currently due on or before June 18, 2007. Giftco's counsel has filed a motion for court excusal with this Court for the week of July 2nd – July 6th.