UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO. INC.,

Plaintiff,

v.

GIFTCO, INC., IDEAL FUNDRAISING, INC., and other known and unknown Giftco Distributors,

Defendants.

C.A. No. 06-465-T

**ASSENTED TO EMERGENCY MOTION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL**

Defendant Giftco, Inc. ("Giftco") hereby moves for a brief continuance of the hearing date on Plaintiff Cathedral Art Metal Company, Inc.'s Motion to Compel Further Responses to Interrogatories, which is scheduled to be heard on June 27, 2007 at 10:00 a.m. In support of this motion, Giftco's counsel respectfully submits that the continuance is necessary due to a family medical emergency. Counsel for the Plaintiff has assented to the relief requested by Giftco in this motion. Counsel for both parties submit that July 9th and July 11-13th are available as alternative dates for the hearing, subject to the Court's availability.

GIFTCO, INC.

By its Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Angelo J. Bufalino (*pro hac vice*)
Thomas R. Dee (*pro hac vice*)
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 26th, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple