UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO., INC.

v. CA No. 06-465-T

GIFTCO, INC.,
IDEAL FUND RAISING, INC.
and other known and unknown
Giftco Distributors

**ORDER**

Defendant Giftco's motion for an extension of time and for enlargement of page limits to object to the plaintiff's motion to amend its complaint on the ground that this Court lacks personal jurisdiction over the additional defendants named in the proposed amended complaint is DENIED without prejudice to any motion to dismiss that may be filed by the additional defendants.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 6/27/07