# Exhibit G

# Ideal Fund Raising, Inc.

Home * Limited Edition Catalog * Contact Ideal * Our Location * Our Policies

**Welcome to the Ideal Fund Raising website!**

AVAILABLE IN NEW ENGLAND ONLY! Click Here for Ideal's candy offering (PDF format).

**Ideal Fund Raising, Inc. has been in business since 1974 serving your fund raising needs all over New England. Please browse through our Limited Edition catalog to see the items Ideal has available. If you need more information or would like to place an order with us please click on Contact Ideal.**






01356 All Fundraising Companies Directory - Choose from 1200+ fund raising companies.

**You can e-mail us at:**
ideal@ideal-fundraising.com

**Ideal Fund Raising, Inc. * 79 Aquidneck Drive * Tiverton, RI * 02878 * 1-800-446-1138**

# Ideal Fund Raising, Inc.

Home * Limited Edition Catalog * Contact Ideal * Our Location * Our Policies

Back to Page View * Back to Item View





**1941. Heart & Angel Ribbon Bookmarks - Set of 2**

Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. 14" L.

$6.50

All Fundraising Companies Directory - Choose from 1200+ fund raising companies.

**You can e-mail us at:**

Case 1:06-cv-00465-T-LDA Document 27-4 Filed 07/27/2007 Page 4 of 21

ideal@ideal-fundraising.com

Ideal Fund Raising, Inc. * 79 Aquidneck Drive * Tiverton, RI * 02878 * 1-800-446-1138

**Exhibit H**

# Meadow Farms Fundraising
"helping our youth in fundraising"

Shop now

**Browse the brochures**

- Celebrate the Season
- Game Day
- Household Essentials
- Gourmet Cookie Mix
- Reflections
- Gourmet Foods
- Grandma's Gourmet Pies
- Coffee Cakes

**Categories**

- CANDLES & HOLDERS
- EVERYDAY GIFTS
- FOOD
- GIFTS
- MAGAZINES
- WRAP/ACCESSORIES

**Participant Registration**

**Participant Login**

**Sponsor Login**

**Sales Reps Wanted**

Search GO




## New Exclusive !




Welcome to Meadow Farms Fundraising

From our humble beginnings, working with our dad out of the back of his extended garage, and just through plain old hard work and dedication to our customers, we have grown to become the leading fundraising company in the New England region.

After over 30 years our business formula remains the same – Quality products at affordable prices!

## Celebrate The Season 2007


Pies


Gourmet Foods


Coffee Cakes

# Meadow Farms Fundraising
"helping our youth in fundraising"

**Brochures**

CELEBRATE THE SEASON
HOUSEHOLD ESSENTIALS
GOURMET COOKIE MIX
MAGAZINES
GRANDMA'S GOURMET PIES
COFFEE CAKES

**Categories**

CANDLES & HOLDERS
EVERYDAY GIFTS
FOOD
GIFTS
MAGAZINES
WRAP/ACCESSORIES

**Participant Registration**

**Participant Login**

**Sponsor Login**

Search

You are at : GIFTS

Page 3 of 13 [ Back | Next ] Sort :



### ANGEL PENDANT
*Cadena de ángel de dos tonos y diseño de corazón*

Two tone angel with open heart pendant. Doubles as a pin or pendant. Gift Boxed.

*(SKU 30-337)* **$10.50**



### HEART AND ANGEL RIBBON BOOKMARK
*Marcadores de libros en forma de cinta con corazón y ángel de 2*

Wonderful gift for your favorite reader! They'll be able to find t place with ease. Satin ribbons with metal charms. 14" L.

*(SKU 30-338)* **$6.50**



### MOTHER & CHILD FIGURINE
*Figura de Madre con Hijo*

A lovely Madonna statuette to decorate your home. Porcelain. 1/2" H.

*(SKU 30-341)* **$8.50**



### 10 COMMANDMENTS BRACELET
*Pulsera de los 10 mandamientos*

Beautifully made antique silver-finish slider bracelet. Gift boxe

*(SKU 30-342)* **$10.00**



### SOAPDISH BRUSH SOAP SET
*Set de cepillo de madera 4 jabón*

A simply designed wooden soap dish, brush and a Vermont m winter spice soap. Great for traveling. Lovely gift package with ribbon -3-pc. set

*(SKU 30-344)* **$16.50**

Page 3 of 13 [ Back | Next ]

Meadow Farms Fundraising
"helping our youth in fundraising"



**HEART AND ANGEL RIBBON BOOKMARK**
*Marcadores de libros en forma de cinta con corazón y ángel Juego de 2*



Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. 14" L.

*(SKU 30-338)* **$6.50** Add

# Exhibit I




Home

Maximum Profits

Campaign Choices

Student Rewards

Mag Trak

A+ Online Services

Faculty Rewards

Calendar of Events

About Great American

Career Opportunities

People Are Talking

FAQ

Contact Us






Great American Online
Your School Benefits 24/7




MagTrak and
Order Tracking




A+ Online
Services




Faculty Rewards and
Shopping Center

©2007 Great American Opportunities, Inc. | 800/251-1542 | Email Us | Privacy Policy | Site Map

online store! Open 24 hours a day

Home
Maximum Profits
Campaign Choices
Student Rewards
Mag Trak
A+ Online Services
Faculty Rewards
Calendar of Events
About Great American
Career Opportunities
People Are Talking
FAQ
Contact Us

# About Great American

## Our Mission: Helping People Achieve Their Goals and Dreams

**Great American Opportunities** is one of our nation's oldest and most respected fund-raising companies.

We have over 200 fundraising consultants and trainers serving the 48 contiguous states and have helped raise nearly $700 million for schools and non-profit organizations since 1975!

Our success begins with our commitment to people. We're part of the Southwestern Company corporate family. Founded in 1855, Southwestern is a cornerstone of the Nashville Community and the oldest direct selling company in America. Southwestern recently celebrated it's 150th anniversary.

Southwestern's motto, "Building Character in Young People," serves as the foundation for Great American. We believe young people gain valuable life skills and experiences by participating in fundraising events:

- Setting goals
- Working as a team
- Presenting their needs to the public
- Delivering products
- Working on an individual goal
- Collecting money
- Achieving a goal

Our first fundraising products were home economics teachers' cookbooks, published by Favorite Recipes Press (FRP). Now a successful division of Great American, FRP helps raise funds for non-profit organizations, such as Habitat for Humanity and Junior League chapters with the production and sales of beautiful custom cookbooks. Even well-known companies such as Red Gold Tomato, Vera Bradley and Kroger use FRP to create cookbooks to increase brand awareness and promote their products.

Commitment to people - to the people we serve - and to the people who build our companies. That's what we're all about.

SW Southwestern Company
SW Southwestern Company, Inc
SBR ThinkingAhead.com
SBR CONSULTING
Legacy
SW
Family Resources
FRP Favorite Recipes Press
Heritage Family Library
FAMILY HERITAGE Life Insurance Company Of America
UNFAIR ADVANTAGE
WILDTREE HERBS

©2007 Great American Opportunities, Inc. | 800/251-1542 | Email Us | Privacy Policy | Site Map



Over 100 products under $10

# 'tis the season

## HOLIDAY SHOWCASE COLLECTION





















B07
Stained Glass Cross
**Cruz de Cristal con Vidriería de Colores**
A piece to be treasured. This beautiful stained glass cross embodies the reason for the season. Gift boxed. 11.75" tall x 8.25" wide. $28.00

B09
Hope Candleholder
**Base para Vela "Esperanza"**
These angels send out the warm glow of hope for this holiday season. A special gift. Tealight included. 3" high. Gift boxed. $8.50

B10
Guardian Angel Revolving Keychain
**Llavero Giratorio del Angel Guardián**
"My Guardian Angel is Watching Over Me." Metal. 1 3/4" L. $7.00

B17
Ten Commandments Charm Bracelet
**Pulsera de 10 Mandamientos**
Silver-finish link bracelet features one of the Ten Commandments on each charm. Makes an inspirational gift. 7" L. $9.00

B18
Heart and Angel Ribbon Bookmark - Set of Two
**Juego de 2 Corazones y Un Separador para Libros "Angel Ribbon"**
Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. Set of two. 14" L. $6.50

# Exhibit J


Online Fundraising for Schools, Churches, and Organizations - Kleinhenn Company - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites
Address http://www.kleinhenn.com/online.html Go Links Norton Internet Security Norton AntiVirus
Put FUN in your Fundraising...
with Kleinhenn Company!
Home | Online Program | About Us | Our Programs | Catalogs | Prizes | Success Stories | Request Info | Jobs | Contact Us
Kleinhenn Company Website > Online Program
Online Fundraising Program
Fundraising that works 24/7!
New account or returning participant? Click the "Sign-in/Register" button below.
Sign-in / Register
We are proud to offer Online Fundraising, also known as "eFundraising", as one of our value-added services. Online fundraising is a great way for your organization to meet its goals. Family and friends can now help with your fundraising goals no matter where they live... all they have to do is logon and shop! Their purchases are then delivered to their door and you get the credit for the sale!
Online Program
About Us
Our Programs
Catalogs
Prizes
Success Stories
Request Info
Join Us
Contact Us
Done
Internet

Case 1:06-cv-00465-T-LDA Document 27-4 Filed 07/27/2007 Page 16 of 21



# Fundraising Catalogs - Spring 2007



Two young girls gaze into a clear pool on the cover of ***Spring Reflections***. Filled with Home & Garden gifts, Jewerly, Candy, Magazines, Kids items & more!

Click to View Catalog *(Opens in New Window)*

***Great Gifts.*** Here it is! Our carefully compiled, colored collection catalog of Great Gifts! We have Bracelets, Body & Bath Items, Baking Mixes, Candles, Candies and CD's. Very diversified, plus there's a great selection in each group. Irresistible!

Click to View Catalog *(Opens in New Window)*



cheerfulhouse.com



***Art in Nature***, Sensational Garden additions for Spring & Summer. All plants and bulbs are 100% Guaranteed!

Click to View Catalog *(Opens in New Window)*

***Delisheries*** premium cookie dough and bake mixes. All mixes made in a **peanut-free facility**. No refrigeration required. Each tub makes 3 lbs. of delicious treats!

Click to View Catalog *(Opens in New Window)*



Sweet Spot

***Sweet Spot***, Gourmet chocolate, candy, & nuts. Sure to be a hit with your

## Spring Reflections




Display Page > 1 2-3 4-5 6-7 8-9 10-11 12-13 14-15 16-17 18-19 20

Close Window

# Exhibit K

Case 1:06-cv-00465-T-LDA Document 27-4 Filed 07/27/2007 Page 19 of 21



# SUNSHINE FUNDRAISING 2006

Home | Fun Services | Carnival Games | Fundraising Brochures | Spectacular Holiday Shop | CANDY BARS | Payment Options | Contact/Feedback Request

# SUNSHINE FUNDRAISING - PROGRAMS

## GIFT SHOPPING PROGRAMS THAT BRING SUNSHINE TO THE HOLIDAYS







CHECK OUT OPEN HOUSE DATES! (ENTER)

HOLIDAY

FUNDRAISING BROCHUR

Start Earning Higher Profits For Your Gr

















Let Sunshine Fundraising help make your next

**$1.00 Candy Bar** Enter Here



Case 1:06-cv-00465-T-LDA Document 27-4 Filed 07/27/2007 Page 21 of 21




Home | Fun Services | Carnival Games | Fundraising Brochures | Spectacular Holiday Shop | CANDY BARS | Payment Options | Contact/Feedback Request

Holiday Impressions>

# 1715 - "Drive Safely" Visor Clip



See full size photo

**Price: $7.50**
**Availability:** in stock
**Prod. Code:** 1715

1715 - "Drive Safely" Visor Clip