**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO, INC.,<br>Plaintiff<br><br>v.<br><br>GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>FUND RAISING PRODUCTS, INC.,<br>GREAT AMERICAN OPPORTUNITIES, INC.,<br>KLEINHENN COMPANY, INC.<br>SUNSHINE FUND RAISING CORP.,<br>CLEMENTE NOVELTIES, INC.,<br>PROFIT+, INC.<br>and other known and unknown Giftco Distributors<br>Defendants | : | C.A. No. 06-465 T |

**AFFIDAVIT OF SERVICE**

I, John R. Harrington, having been first duly sworn upon oath, make affidavit and say as follows:

1. I am legal counsel for the plaintiff in this matter, having entered an appearance on its behalf;

2. On or about August 10, 2007, the Summons and a copy of the Amended Complaint in this matter were mailed to defendant Profit +, Inc., by certified mail, return receipt requested, in accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 4(f)(2) of the Rhode Island Superior Court Rules of Civil Procedure;

3. The copy of the "green card" receipt establishing delivery of the Summons and Complaint to the defendant on August 15, 2007, is attached as *Exhibit 1* to this Affidavit.

Dated: 8/30/07

John R. Harrington

Subscribed and sworn to before me this 30th day of August, 2007.

Notary Public
My Commission Expires: 5/15/11

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2007, I served a copy of the foregoing via the Court's ECF service system upon:

Raymond M. Ripple
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903

Angelo J. Bufalino, Esq.
Thomas R. Dee, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

And by First Class Mail upon:

Fund Raising Products, Inc.
700 Silver Street
Agawam, MA 01001

Clemente Novelties, Inc.
301 Lafayette Street
Utica, NY 13502-4227

Kleinhenn Company
1522 Main Street
PO Box 700
Anderson, IN 46015-0700

Profit +, Inc.
4175 N. Goldwater Blvd. #6
Scottsdale, AZ 85251

Great American Opportunities, Inc.
P.O. Box 305142
Nashville, TN 37230-5142

Sunshine Fund Raising Corporation
2-12 Main Street
Belleville, NJ 07109

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Profit +, Inc.
4175 N. Goldwater Blvd. #6
Scottsdale, AZ 85251

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Dan Morawy ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 8-15-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7001 0320 0001 6248 7984

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540