**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO, INC.,<br>Plaintiff<br><br>v.<br><br>GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>FUND RAISING PRODUCTS, INC.,<br>GREAT AMERICAN OPPORTUNITIES, INC.,<br>KLEINHENN COMPANY, INC.<br>SUNSHINE FUND RAISING CORP.,<br>CLEMENTE NOVELTIES, INC.,<br>PROFIT+, INC.<br>and other known and unknown Giftco Distributors<br>Defendants | : | C.A. No. 06-465 T |

**AFFIDAVIT OF SERVICE**

I, John R. Harrington, having been first duly sworn upon oath, make affidavit and say as follows:

1. I am legal counsel for the plaintiff in this matter, having entered an appearance on its behalf;

2. On August 1, 2007, the Summons and a copy of the Amended Complaint in this matter were mailed to defendant Sunshine Fund Raising Corporation, by certified mail, return receipt requested, in accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 4(f)(2) of the Rhode Island Superior Court Rules of Civil Procedure;

3. The copy of the "green card" receipt establishing delivery of the Summons and Complaint to the defendant on August 7, 2007, is attached as *Exhibit 1* to this Affidavit.

Dated: 8/30/07

John R. Harrington

Subscribed and sworn to before me this 30th day of August, 2007.

Notary Public
My Commission Expires: 5/15/01

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007, I served a copy of the foregoing via the Court's ECF service system upon:

Raymond M. Ripple
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903

Angelo J. Bufalino, Esq.
Thomas R. Dee, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

And by First Class Mail upon:

Fund Raising Products, Inc.
700 Silver Street
Agawam, MA 01001

Clemente Novelties, Inc.
301 Lafayette Street
Utica, NY 13502-4227

Kleinhenn Company
1522 Main Street
PO Box 700
Anderson, IN 46015-0700

Profit +, Inc.
4175 N. Goldwater Blvd. #6
Scottsdale, AZ 85251

Great American Opportunities, Inc.
P.O. Box 305142
Nashville, TN 37230-5142

Sunshine Fund Raising Corporation
2-12 Main Street
Belleville, NJ 07109

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sunshine Fund Raising Corporation
2-12 Main Street
Belleville, NJ 07109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

AUG 7 2007 USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7001 0320 0001 6248 6895

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540