**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO, INC.,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-465 T |
| GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>FUND RAISING PRODUCTS, INC.,<br>GREAT AMERICAN OPPORTUNITIES, INC.,<br>KLEINHENN COMPANY, INC.<br>SUNSHINE FUND RAISING CORP.,<br>CLEMENTE NOVELTIES, INC.,<br>PROFIT+, INC.<br>and other known and unknown Giftco Distributors<br>Defendants | : | |

**OBJECTION TO MOTION FOR EXTENSION**

Plaintiff, Cathedral Art Metal Co, Inc. ("Cathedral Art"), objects to the Motion for Extension filed by newly joined defendants Fund Raising Products, Inc., Great American Opportunities, Inc., Kleinhenn Company, Inc., Sunshine Fund Raising Corp., Clemente Novelties, Inc., and Profit+, Inc., and relies further on the Memorandum In Support filed contemporaneously herewith.

WHEREFORE, Cathedral Art respectfully requests that the present Motion for Extension be denied and that each of the New Defendants be ordered to file answers or other responsive pleadings to the First Amended Complaint forthwith.

Dated: September 7, 2007

CATHEDRAL ART METAL CO., INC.

By Its Counsel,

/s/ Thomas R. Noel
Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2007, I served a copy of the foregoing via the Court's ECF service system upon:

Raymond M. Ripple
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903

Angelo J. Bufalino, Esq.
Thomas R. Dee, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

/s/ Thomas R. Noel, Esq.

TRN/

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO, INC.,<br>Plaintiff<br><br>v.<br><br>GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>FUND RAISING PRODUCTS, INC.,<br>GREAT AMERICAN OPPORTUNITIES, INC.,<br>KLEINHENN COMPANY, INC.<br>SUNSHINE FUND RAISING CORP.,<br>CLEMENTE NOVELTIES, INC.,<br>PROFIT+, INC.<br>and other known and unknown Giftco Distributors<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-465 T |

**<u>MEMORANDUM OBJECTION TO MOTION FOR EXTENSION</u>**

Plaintiff, Cathedral Art Metal Co, Inc. ("Cathedral Art"), objects to the Motion for Extension filed by newly joined defendants Fund Raising Products, Inc., Great American Opportunities, Inc., Kleinhenn Company, Inc., Sunshine Fund Raising Corp., Clemente Novelties, Inc., and Profit+, Inc. (the "New Defendants"). Though the New defendants were all served between August 2 and August 15, their counsel told the court back in June that none was subject to the court's jurisdiction. The request at this late date to have until October to show the court why is wholly unexplained and will only serve to further and unnecessarily delay the proceedings in this case.[1]

On June 13, 2007, in seeking more time to respond to plaintiff's motion to amend the complaint to add the New Defendants, counsel, then representing only defendants Giftco,

[1] Inherent in the defendants' argument is that *each* defendant intends to file a motion to dismiss; those who do not ought simply to file an answer now.

Inc. and Ideal Fund Raising, Inc., argued that the court had no jurisdiction over the New Defendants, whom counsel implied it would be representing and from whom counsel was obtaining "affidavits from each proposed defendant regarding their lack of personal contacts with the State of Rhode Island."[2] On June 13, counsel for Giftco asked for an extension of time up through and including July 9 in which to do so. Now, nearly three full months after asking the first time, and after forcing plaintiff to a hearing to win permission to file the amended pleading, Giftco's counsel, who is also counsel for the New Defendants, claims it needs until October 5. Even if counsel does not *intend* to delay these proceedings, its actions are doing just that, and needlessly so.

The defendants should not be permitted to have it both ways. They should not be permitted to represent to the court in June that they had facts to support dismissals based on lack of jurisdiction, then claim nearly three months later that they still aren't yet ready to lay those facts on the table. The insinuation that plaintiff somehow attempted to hide its service of process on the New Defendants from counsel for the "old defendants" is as silly as it is a red herring. Regardless of when defense counsel chose to enter its appearance for them, counsel was either in touch with the New Defendants months ago or it wasn't, and neither scenario is any fault of the plaintiff or plaintiff's counsel. The further suggestion that the New Defendants, all distributors of Giftco products, weren't in contact with Giftco and were surprised and then somehow lulled into inaction upon being served with the lawsuit is not likely.

Further, the additional month-long delay may prejudice the plaintiff. Cathedral Art has filed and maintains other lawsuits in other jurisdictions against other Giftco distributors (over whom jurisdiction In Rhode Island was not apparent), and Cathedral Art has an interest

[2] *See Memorandum In Support of Motion for Extension* filed on June 13, 2007, p. 1.

in pursuing *this* lawsuit in *this* jurisdiction to completion first, as this lawsuit directly involves Giftco, the alleged copyist of the Cathedral Art works.

WHEREFORE, Cathedral Art respectfully requests that the present Motion for Extension be denied and that each of the New Defendants be ordered to file answers or other responsive pleadings to the First Amended Complaint forthwith.

Dated: September 7, 2007

CATHEDRAL ART METAL CO., INC.

By Its Counsel,

/s/ Thomas R. Noel

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2007, I served a copy of the foregoing via the Court's ECF service system upon:

Raymond M. Ripple
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903

Angelo J. Bufalino, Esq.
Thomas R. Dee, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

/s/ Thomas R. Noel, Esq.

TRN/