UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO, INC.,

Plaintiff,

v.

C.A. No. 06-465T

GIFTCO, INC., IDEAL FUNDRAISING, INC., FUND RAISING PRODUCTS, INC., GREAT AMERICAN OPPORTUNITIES, INC., KLEINHENN COMPANY, INC., SUNSHINE FUND RAISING CORP., CLEMENTE NOVELTIES, INC., PROFIT+, INC. and other known and unknown Giftco Distributors.

Defendants.

**REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

Defendants Fund Raising Products, Inc., Great American Opportunities, Inc., Kleinhenn Company, Inc., Sunshine Fund Raising Corp., Clemente Novelties, Inc., and Profit +, Inc. ("Defendants") respectfully submit this reply memorandum to respond to inaccuracies in plaintiff Cathedral Art Metal Company, Inc.'s ("Plaintiff") Objection to the Defendants Motion for Extension of Time (#37). In support of their reply memorandum, Defendants state as follows:

1. Plaintiff's representation in its Objection that the Defendants "forc[ed] plaintiff to a hearing to win permission to file the amended pleading" is incorrect. The Court never scheduled a hearing on Plaintiff's motion to amend. Giftco merely sought leave from the Court for permission to raise a personal jurisdiction challenge to the addition of the new defendants.

2. Counsel for Giftco, Inc. and Ideal Fundraising, Inc. did not have contact with the Defendants from the beginning as alleged by the Plaintiff. At the time the defendants requested leave to challenge personal jurisdiction on futility grounds, counsel simply had strong reason to believe that the jurisdictional contacts over the distributor defendants would not be sufficient to establish personal jurisdiction and wanted an opportunity to raise the issue.

3. The Defendants' argument regarding the timing of the Plaintiff's filing of the affidavits of service is neither a red herring, nor is it intended as an insinuation that the Plaintiff's *intended* to hide service of process. The timing of the filing of the affidavits is a rule of court, which if complied with would have alerted counsel earlier that service had been effectuated.

WHEREFORE, Defendants respectfully request that their motion for an extension of time to respond to the Amended Complaint up to and including October 5, 2007 be granted.

FUND RAISING PRODUCTS, INC.,
GREAT AMERICAN OPPORTUNITIES,
INC., KLEINHENN COMPANY, INC.,
SUNSHINE FUND RAISING CORP.,
CLEMENTE NOVELTIES, INC., and
PROFIT +, Inc.

By their Attorneys,

/s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Angelo J. Bufalino, Esq. (*pro hac vice*)
Thomas R. Dee, Esq. (*pro hac vice*)
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
tdee@vedderprice.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 11th, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple