THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO, INC.,

Plaintiff,

v.

C.A. No. 06-465T

GIFTCO, INC., IDEAL FUNDRAISING, INC., FUND RAISING PRODUCTS, INC., GREAT AMERICAN OPPORTUNITIES, INC., KLEINHENN COMPANY, INC., SUNSHINE FUND RAISING CORP., CLEMENTE NOVELTIES, INC., PROFIT+, INC. and other known and unknown Giftco Distributors.

Defendants.

**MOTION FOR EXTENSION OF PAGE LIMIT FOR EXHIBITS**

Pursuant to LR Cv 7(d)(2) defendants Fund Raising Products, Inc., Great American Opportunities, Inc., Kleinhenn Company, Inc., Sunshine Fund Raising Corp., Clemente Novelties, Inc., and Profit +, Inc. ("Defendants") hereby move for an extension of the page limits applicable to the exhibits they seek to file in support of their consolidated motion to dismiss. Defendants respectfully seek permission to file a total of twenty-five (25) pages of exhibits in support of their motion to dismiss, which will consist entirely of affidavits submitted by each of the Defendants. The Defendants do not seek an extension of the page limits applicable to the memorandum of law. In support of their motion, the Defendants submit the accompanying memorandum of law.

FUND RAISING PRODUCTS, INC.,
GREAT AMERICAN OPPORTUNITIES,
INC., KLEINHENN COMPANY, INC.,
SUNSHINE FUND RAISING CORP.,
CLEMENTE NOVELTIES, INC., and
PROFIT +, Inc.

By their Attorneys,

/s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Angelo J. Bufalino, Esq. (*pro hac vice*)
Thomas R. Dee, Esq. (*pro hac vice*)
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
abufalino@vedderprice.com
tdee@vedderprice.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 26th, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CATHEDRAL ART METAL CO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GIFTCO, INC., IDEAL FUNDRAISING, INC., FUND RAISING PRODUCTS, INC., GREAT AMERICAN OPPORTUNITIES, INC., KLEINHENN COMPANY, INC., SUNSHINE FUND RAISING CORP., CLEMENTE NOVELTIES, INC., PROFIT+, INC. and other known and unknown Giftco Distributors.<br><br>Defendants. | C.A. No. 06-465T |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR EXTENSION OF PAGE LIMIT FOR EXHIBITS**

Defendants Fund Raising Products, Inc., Great American Opportunities, Inc., Kleinhenn Company, Inc., Sunshine Fund Raising Corp., Clemente Novelties, Inc., and Profit +, Inc. ("Defendants") submit this memorandum of law in support of their motion for an extension of the page limit for exhibits applicable to motions to dismiss up to and including twenty-five (25) pages.

On or before October 5, 2005, Defendants intend to file a consolidated motion to dismiss and memorandum of law challenging personal jurisdiction. By way of the consolidated motion, the Defendants will submit a single motion and memorandum of law on behalf of all of the Defendants, instead of filing six (6) separate motions to dismiss. In support of this consolidated motion, each of the Defendants intends to submit an affidavit of a corporate representative to support the motion. If the affidavits were to be submitted in support of separately filed motions to dismiss, the affidavits would fall within the current five (5) page limit for exhibits. However,

 PRV_909267_1/RRIPPLE

because the Defendants are filing a consolidated motion to dismiss, the Defendants seek an extension of the page limits up to and including twenty-five (25) pages so that each of the Defendants may submit an affidavit in support of the consolidated motion.

Pursuant to LR Cv 7(d)(3)(B), the Defendants respectfully request an extension of time to file their motion to dismiss, to the extent that the Court does not rule on their motion for an extension of the page limit for exhibits prior to the October 5, 2007 deadline for filing the motion to dismiss.

FUND RAISING PRODUCTS, INC.,
GREAT AMERICAN OPPORTUNITIES,
INC., KLEINHENN COMPANY, INC.,
SUNSHINE FUND RAISING CORP.,
CLEMENTE NOVELTIES, INC., and
PROFIT +, Inc.

By their Attorneys,

/s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Angelo J. Bufalino, Esq. (*pro hac vice*)
Thomas R. Dee, Esq. (*pro hac vice*)
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
abufalino@vedderprice.com
tdee@vedderprice.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 26th, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple