# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CATHEDRAL ART METAL CO, INC.,

Plaintiff,

v.

C.A. No. 06-465T

GIFTCO, INC., IDEAL FUNDRAISING, INC., FUND RAISING PRODUCTS, INC., GREAT AMERICAN OPPORTUNITIES, INC., KLEINHENN COMPANY, INC., SUNSHINE FUND RAISING CORP., CLEMENTE NOVELTIES, INC., PROFIT+, INC. and other known and unknown Giftco Distributors.

Defendants.

**AFFIDAVIT OF ANTHONY LOMBARDI, JR.**

I, Anthony Lombardi, Jr being first duly sworn on oath, depose and state that if called to testify in court, I could competently testify to the following matters, of which I have personal knowledge:

1. I am over 18 years of age and reside in Essex County, New Jersey.

2. I currently hold the position of president with Sunshine Fund Raising Corporation ("Sunshine"). In my role as Presidsent, I am responsible for the overall operations and Logistics. As a result, I have personal knowledge of Sunshine's sales, website and general business operations.

3. I am also aware of the above-captioned lawsuit styled *Cathedral Art Metal Co. v. Giftco, Inc.*, Case No. 06-465T, pending in the United States District Court for the District of Rhode Island (the "Lawsuit"). One of the Defendants in the Lawsuit, Giftco, Inc., supplies Sunshine with a variety of products that we then sell to organizations in need of fundraising.

4. Sunshine is in the fundraising business. Generally speaking, this entails selling candy, gift wrap, trinkets and other items in large quantities on a wholesale basis to schools, churches and other civic groups. Those groups then resell the items to end-user consumers at a markup, raising funds for their respective organizations in the process.

5. Sunshine is headquartered in Belleville, New Jersey. Although Sunshine does business in numerous states across the United States, none of Sunshine's customers are located in Rhode Island, nor does the company market to Rhode Island

6. From 2003 through the present, Sunshine has not made any efforts to direct business activity specifically towards the State of Rhode Island, which is demonstrated by the following:

- Sunshine has not executed a single transaction or sale to a customer located within Rhode Island;
- Sunshine has no offices or personnel regularly based in Rhode Island;
- Sunshine has had no reason to send any personnel to Rhode Island for any business purpose;
- Sunshine has not specifically directed any form of advertisement to potential customers located in Rhode Island;
- Sunshine personnel have not made regular communications with persons located within Rhode Island for any legitimate business purpose;
- Sunshine has not derived any revenue from business activity that occurred in Rhode Island;
- Sunshine does not own any real estate in Rhode Island nor pay any taxes to the State of Rhode Island.

7. I have reviewed Sunshine' sales records, as well as the ribbon bookmark, automobile visor clip, or Lord's Prayer plaque referenced in the Lawsuit. Sunshine has never sold one of these items to any individual or entity located within Rhode Island.

8. Sunshine maintains a general corporate website at the following URL: *http://www.sellcandy.com* (the "Sunshine Website"). Although this website can be accessed virtually anywhere in the world, it is designed and targeted only for the use of Sunshine's customers.

9. With respect to the general public, the Sunshine Website principally provides basic information about the company and its products. The Sunshine Website does not reference Rhode Island or target citizens of Rhode Island in any way. A member of the general public could not order a product from the Sunshine Website. No sales of any products whatsoever, let alone one of the products at issue in the Lawsuit, have been made via the Sunshine Website to Rhode Island.

10. The Sunshine Website does not permit registration nor permit users to sign-up, and permits little or no interactivity between the website and a user.

11. Because Sunshine is based in Belleville, New Jersey, being forced into litigation in Rhode Island would be a burden. All Sunshine personnel who might be witnesses in the Lawsuit are located in and around the Belleville, New Jersey area. The United States District Court for the District of New Jersey has a division located nearby in Newark, New Jersey, and this would be a far more convenient forum to litigate the claims made in the Lawsuit.

[signature]

SUBSCRIBED and SWORN to before me this 4th day of October, 2007.

[signature]
Notary Public

**FRANCY J. ESPINAL**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES JAN. 31, 2012**

FRANCY J. ESPINAL NOTARY PUBLIC NEW JERSEY