# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CATHEDRAL ART METAL CO, INC.,

Plaintiff,

v.

C.A. No. 06-465T

GIFTCO, INC., IDEAL FUNDRAISING, INC., FUND RAISING PRODUCTS, INC., GREAT AMERICAN OPPORTUNITIES, INC., KLEINHENN COMPANY, INC., CLEMENTE FUND RAISING CORP., CLEMENTE NOVELTIES, INC., PROFIT+, INC. and other known and unknown Giftco Distributors.

Defendants.

**AFFIDAVIT OF ANTHONY CLEMENTE**

I, Anthony Clemente, being first duly sworn on oath, depose and state that if called to testify in court, I could competently testify to the following matters, of which I have personal knowledge:

1. I am over 18 years of age and reside in Oneida County, New York.

2. I currently hold the position of President with Clemente Novelties, Inc. ("Clemente"). In my role as President, I am responsible for overseeing day to day operations. As a result, I have personal knowledge of Clemente Novelties, Inc. sales, website and general business operations.

3. I am also aware of the above-captioned lawsuit styled *Cathedral Art Metal Co. v. Giftco, Inc.*, Case No. 06-465T, pending in the United States District Court for the District of Rhode Island (the "Lawsuit"). One of the Defendants in the Lawsuit, Giftco, Inc., supplies Clemente with a variety of products that we then sell to organizations in need of fundraising.

4. Clemente is in the fundraising business. Generally speaking, this entails selling candy, gift wrap, trinkets and other items in large quantities on a wholesale basis to schools, churches and other civic groups. Those groups then resell the items to end-user consumers at a markup, raising funds for their respective organizations in the process.

5. Clemente is headquartered in Utica, New York. Although Clemente does business in numerous states across the United States, none of Clemente's customers are located in Rhode Island, nor does the company market to Rhode Island.

6. From 2003 through the present, Clemente has not made any efforts to direct business activity specifically towards the State of Rhode Island, which is demonstrated by the following:

- Clemente has not executed a single transaction or sale to a customer located within Rhode Island;
- Clemente has no offices or personnel regularly based in Rhode Island;
- Clemente has had no reason to send any personnel to Rhode Island for any business purpose;
- Clemente has not specifically directed any form of advertisement to potential customers located in Rhode Island;
- Clemente personnel have not made regular communications with persons located within Rhode Island for any legitimate business purpose;
- Clemente has not derived any revenue from business activity that occurred in Rhode Island;
- Clemente does not own any real estate in Rhode Island nor pay any taxes to the State of Rhode Island.

7. I have reviewed Clemente' sales records, as well as the ribbon bookmark, automobile visor clip, or Lord's Prayer plaque referenced in the Lawsuit. Clemente has never sold one of these items to any individual or entity located within Rhode Island.

8. Clemente maintains a general corporate website at the following URL: *http://www.clementefundraising.com* (the "Clemente Website"). Although this website can accessed virtually anywhere in the world, it is designed and targeted only for the use of Clemente's customers.

9. With respect to the general public, the Clemente Website principally provides basic information about the company and its products. The Clemente Website does not reference Rhode Island or target citizens of Rhode Island in any way. A member of the general public could not order a product from the Clemente Website. No sales of any products whatsoever, let alone one of the products at issue in the Lawsuit, have been made via the Clemente Website to Rhode Island.

10. The Clemente Website is essentially passive in nature and permits little to no interactivity between the website and the user.

11. Because Clemente is based in Utica, New York, being forced into litigation in Rhode Island would be a burden. All Clemente personnel who might be witnesses in the Lawsuit are located in and around the Utica, New York area. The United States District Court for the Northern District of New York has a division located nearby in Utica, New York, and this would be a far more convenient forum to litigate the claims made in the Lawsuit.

[signature]

SUBSCRIBED and SWORN to
before me this 4th day of
October, 2007.

[signature]
Notary Public

WILLIAM S. CALLI, JR.
Notary Public, State of New York
Appointed in Oneida County
Reg. #02CA5006990
My Commission Expires: Jan. 19, 2011