# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CATHEDRAL ART METAL CO, INC.,

Plaintiff,

v.

C.A. No. 06-465T

GIFTCO, INC., IDEAL FUNDRAISING, INC., FUND RAISING PRODUCTS, INC., GREAT AMERICAN OPPORTUNITIES, INC., KLEINHENN COMPANY, INC., SUNSHINE FUND RAISING CORP., CLEMENTE NOVELTIES, INC., PROFIT+, INC. and other known and unknown Giftco Distributors.

Defendants.

**AFFIDAVIT OF ROBERT E. CORLEY**

I, Robert E. Corley, being first duly sworn on oath, depose and state that if called to testify in court, I could competently testify to the following matters, of which I have personal knowledge:

1. I am over 18 years of age and reside in Gwinnett County, Georgia.

2. I currently hold the position of Marketing Team Leader with Great American Opportunities, Inc. ("GAO"). In my role as Marketing Team Leader, I am responsible for all marketing functions and analysis. As a result, I have personal knowledge of GAO's sales, website and general business operations.

3. I am also aware of the above-captioned lawsuit styled *Cathedral Art Metal Co. v. Giftco, Inc.*, Case No. 06-465T, pending in the United States District Court for the District of Rhode Island (the "Lawsuit"). One of the Defendants in the Lawsuit, Giftco, Inc., supplies GAO with some of the products that we then sell to organizations in need of fundraising.

4. GAO is in the school fundraising business. Generally speaking, this entails selling products on a wholesale basis to schools, churches and other civic groups ("customer" or "customers"). Those groups then resell the items to end-user consumers at a markup, raising funds for their respective organizations in the process.

5. GAO is headquartered in Nashville, Tennessee. Although GAO does business in several states across the United States, none of GAO's present customers are located in Rhode Island.

6. During 2006 and 2007, GAO has not made any efforts to direct business activity specifically towards the State of Rhode Island, which is demonstrated by the following:

- GAO has not executed a single transaction or sale to a customer located within Rhode Island;
- GAO has no offices or personnel regularly based in Rhode Island;
- GAO has had no reason to send any personnel to Rhode Island for any business purpose;
- GAO has not specifically directed any form of advertisement to potential customers located in Rhode Island;
- GAO personnel have not made regular communications with persons located within Rhode Island for any legitimate business purpose, except internet, fax or mail arrangement to purchase other products from Plaintiff;
- GAO has not derived any revenue from business activity that occurred in Rhode Island;
- GAO does not own any real estate in Rhode Island nor pay any taxes to the State of Rhode Island.

7. I have reviewed GAO purchase and sales records, as well as the ribbon bookmark referenced in the Lawsuit, which GAO first purchased on February 3, 2006. GAO has not sold one of these items to any individual or entity located within Rhode Island.

8. GAO maintains a general corporate website at the following URL: *http://gafundraising.com* (the "GAO Website"). With respect to the general public, the GAO Website principally provides basic information about the company and its products. The GAO Website does not reference Rhode Island or target citizens of Rhode Island in any way. A member of the general public could not order a product from the GAO Website as it requires a pass code to do so. Only customers' family and friends receive pass codes. No sales of any products whatsoever, let alone the product at issue as to GAO in the Lawsuit, have been made via the GAO Website to Rhode Island.

9. The GAO Website does not permit registration nor permit users to sign-up. Although certain portions of the GAO Website are interactive in nature, the interactive portions are primarily not available to the general public and requires a password or code furnished by a GAO customer to be accessed.

10. Because GAO is based in Nashville, Tennessee, being forced into litigation in Rhode Island would be a burden. All GAO personnel who might be witnesses in the Lawsuit are located in and around the Nashville, Tennessee area and Atlanta, Georgia. The United States District Court for the Middle District of Tennessee has a division located in Nashville, Tennessee, and this would be a far more convenient forum to litigate the claims made in the Lawsuit than the District of Rhode Island.

____________________

SUBSCRIBED and SWORN to
before me this 2nd day of
October ~~September,~~ 2007.

____________________
Notary Public

MERSIHA MAKSUMIC
Notary Public, Gwinnett County, Georgia
My Commission Expires August 23, 2009