# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO, INC.,

Plaintiff,

v.

GIFTCO, INC., IDEAL FUNDRAISING, INC., FUND RAISING PRODUCTS, INC., GREAT AMERICAN OPPORTUNITIES, INC., KLEINHENN COMPANY, INC., PROFIT+ FUND RAISING CORP., PROFIT+ NOVELTIES, INC., PROFIT+, INC. and other known and unknown Giftco Distributors.

Defendants.

C.A. No. 06-465T

**AFFIDAVIT OF JACK TILLI**

I, Jack Tilli, being first duly sworn on oath, depose and state that if called to testify in court, I could competently testify to the following matters, of which I have personal knowledge:

1. I am over 18 years of age and reside in Maricopa County, Arizona.

2. I currently hold the position of President with Profit +, Inc. ("Profit+"). In my role as President, I am responsible for all business activity. As a result, I have personal knowledge of Profit +'s sales, website and general business operations.

3. I am also aware of the above-captioned lawsuit styled *Cathedral Art Metal Co. v. Giftco, Inc.*, Case No. 06-465T, pending in the United States District Court for the District of Rhode Island (the "Lawsuit"). One of the Defendants in the Lawsuit, Giftco, Inc., supplies Profit+ with a variety of products that we then sell to organizations in need of fundraising.

4. Profit+ is in the fundraising business. Generally speaking, this entails selling candy, gift wrap, trinkets and other items in large quantities on a wholesale basis to schools,

churches and other civic groups. Those groups then resell the items to end-user consumers at a markup, raising funds for their respective organizations in the process.

5. Profit+ is headquartered in Mesa, Arizona. Although Profit+ does business in numerous states across the United States, none of Profit+'s customers are located in Rhode Island, nor does the company market to Rhode Island.

6. From 2003 through the present, Profit+ has not made any efforts to direct business activity specifically towards the State of Rhode Island, which is demonstrated by the following:

- Profit+ has not executed a single transaction or sale to a customer located within Rhode Island;
- Profit+ has no offices or personnel regularly based in Rhode Island;
- Profit+ has had no reason to send any personnel to Rhode Island for any business purpose;
- Profit+ has not specifically directed any form of advertisement to potential customers located in Rhode Island;
- Profit+ personnel have not made regular communications with persons located within Rhode Island for any legitimate business purpose;
- Profit+ has not derived any revenue from business activity that occurred in Rhode Island;
- Profit+ does not own any real estate in Rhode Island nor pay any taxes to the State of Rhode Island.

7. I have reviewed Profit+' sales records, as well as the ribbon bookmark, automobile visor clip, or Lord's Prayer plaque referenced in the Lawsuit. Profit+ has never sold one of these items to any individual or entity located within Rhode Island.

8. Profit+ maintains a general corporate website at the following URL: *http://www.profitplusfundraising.com* (the "Profit+ Website"). Although this website can

accessed virtually anywhere in the world, it is designed and targeted only for the use of Profit+'s customers.

9. With respect to the general public, the Profit+ Website principally provides basic information about the company and its products. The Profit+ Website does not reference Rhode Island or target citizens of Rhode Island in any way. A member of the general public could not order a product from the Profit+ Website. No sales of any products whatsoever, let alone one of the products at issue in the Lawsuit, have been made via the Profit+ Website to Rhode Island.

10. The Profit+ Website is essentially passive in nature and permits little to no interactivity between the website and the user.

11. Because Profit+ is based in Mesa, Arizona, being forced into litigation in Rhode Island would be a burden. All Profit+ personnel who might be witnesses in the Lawsuit are located in and around the Mesa, Arizona area. The United States District Court for the District of Arizona has a division located nearby in Phoenix, Arizona, and this would be a far more convenient forum to litigate the claims made in the Lawsuit.

______________________________

SUBSCRIBED and SWORN to
before me this 4th day of
October, 2007.

______________________________
Notary Public

KENNITH L. LEE
Notary Public - Arizona
Maricopa County
My Comm. Expires Apr 29, 2011