# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CATHEDRAL ART METAL CO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GIFTCO, INC., IDEAL FUNDRAISING, INC., FUND RAISING PRODUCTS, INC., GREAT AMERICAN OPPORTUNITIES, INC., KLEINHENN COMPANY, INC., KLEINHENN FUND RAISING CORP., CLEMENTE NOVELTIES, INC., PROFIT+, INC. and other known and unknown Giftco Distributors.<br><br>Defendants. | C.A. No. 06-465T |

**AFFIDAVIT OF C. DAVID KLEINHENN**

I, C. David Kleinhenn, being first duly sworn on oath, depose and state that if called to testify in court, I could competently testify to the following matters, of which I have personal knowledge:

1. I am over 18 years of age and reside in Madison County, Indiana.

2. I currently hold the position of President of Kleinhenn Company, Inc. ("Kleinhenn"). In my role as President, I am responsible for overall company operations. As a result, I have personal knowledge of Kleinhenn's sales, website and general business operations.

3. I am also aware of the above-captioned lawsuit styled *Cathedral Art Metal Co. v. Giftco, Inc.*, Case No. 06-465T, pending in the United States District Court for the District of Rhode Island (the "Lawsuit"). One of the Defendants in the Lawsuit, Giftco, Inc., supplies Kleinhenn with a variety of products that we then sell to organizations in need of fundraising.

4. Kleinhenn is headquartered in Anderson, Indiana. Kleinhenn actually does business as three different entities – Kleinhenn Company, Ram Trophies and Awards and Cheerful House.

5. Kleinhenn Company is in the fundraising business. Generally speaking, this entails selling candy, gift wrap, trinkets and other items in large quantities on a wholesale basis to schools, churches and other civic groups. Those groups then resell the items to end-user consumers at a markup, raising funds for their respective organizations in the process. Although Kleinhenn does business in numerous states across the United States, none of Kleinhenn's customers are located in Rhode Island, nor does the company market to Rhode Island. Ram Trophies and Awards is a wholesaler of trophies and awards to dealers in the Midwest. Although Ram Trophies and Awards does business in numerous states across the United States, none of its customers are located in Rhode Island, nor does the company market to Rhode Island. Finally, Cheerful House is a nationwide mail and web order business selling gift items. During the last five years, Cheerful House has never sold any of the items referenced in the Lawsuit to a person or entity in Rhode Island, nor have any products been sold to Rhode Island by way of Cheerful House's website. Cheerful House has made a few sporadic mail order sales to Rhode Island in the last five years, but this represented only 21 of its 123, 485 overall customers nationwide.

6. From 2003 through the present, Kleinhenn has not made any efforts to direct business activity specifically towards the State of Rhode Island, which is demonstrated by the following:

- Kleinhenn has not executed continuous and systematic sales to customers located within Rhode Island;
- Kleinhenn has no offices or personnel regularly based in Rhode Island;

- Kleinhenn has had no reason to send any personnel to Rhode Island for any business purpose;
- Kleinhenn personnel have not made regular communications with persons located within Rhode Island for any legitimate business purpose;
- Kleinhenn has derived a miniscule portion of its revenue from small, sporadic sales to customers in Rhode Island;
- Kleinhenn does not own any real estate in Rhode Island nor pay any taxes to the State of Rhode Island.

7. I have reviewed Kleinhenn' sales records, as well as the ribbon bookmark, automobile visor clip, or Lord's Prayer plaque referenced in the Lawsuit. Kleinhenn has never sold one of these items to any individual or entity located within Rhode Island.

8. Kleinhenn maintains three general corporate websites for each of its business at the following URLs: *http://www.kleinhenn.com,* *http://www.ramtrophies.com,* and *http://www.cheerfulhouse.com,* (the "Kleinhenn Websites"). Although these website can accessed virtually anywhere in the world, they are designed and targeted only for the use of Kleinhenn's customers.

9. With respect to the general public, the Kleinhenn Websites principally provide basic information about the company and its products. The Kleinhenn Websites do not specifically reference Rhode Island or target citizens of Rhode Island in any way. No sales of any products whatsoever, let alone one of the products at issue in the Lawsuit, have been made via the Kleinhenn Websites to Rhode Island.

10. Because Kleinhenn is based in Anderson, Indiana, being forced to litigate in Rhode Island would be a burden. All Kleinhenn personnel who might be witnesses in the Lawsuit are located in and around the Anderson, Indiana area. The United States District Court for the Southern District of Indiana has a division located nearby in Indianapolis, Indiana, and this would be a far more convenient forum to litigate the claims made in the Lawsuit.

SUBSCRIBED and SWORN to
before me this 4th day of
October, 2007.

Notary Public

Commission Expires: November 1, 2013
A Resident of Madison County, Indiana
Antha J. Childes