**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO, INC.,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-465 T |
| GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>FUND RAISING PRODUCTS, INC.,<br>GREAT AMERICAN OPPORTUNITIES, INC.,<br>KLEINHENN COMPANY, INC.<br>SUNSHINE FUND RAISING CORP.,<br>CLEMENTE NOVELTIES, INC.,<br>PROFIT+, INC.<br>and other known and unknown Giftco Distributors<br>Defendants | : | |

**MOTION FOR EXTENSION OF PAGE LIMITS**
**FOR SUBMISSION OF EXHIBITS**

Pursuant to LR CV 7(d)(2), Cathedral Art Metal Co, Inc. ("Cathedral Art"), hereby moves for an extension of the page limits applicable to the exhibits and supporting documents it seeks to file in support of its objection to the Motion to Dismiss filed by defendants Great American Opportunities, Inc., Kleinhenn Company, Inc., Sunshine Fund Raising Corp., Clemente Novelties, Inc., and Profit+, Inc. Cathedral Art does not seek an extension of the page limits applicable to the memorandum of law, but respectfully seeks permission to file exhibits and supporting documents in excess of the ten (10) page limit for such documents. In support of its Motion, Cathedral Art submits the accompanying memorandum of law.

Dated: October 12, 2007

CATHEDRAL ART METAL CO., INC.
By Its Counsel,

/s/ John R. Harrington
Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2007, I served a copy of the foregoing via the Court's ECF service system upon:

Raymond M. Ripple
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903

Angelo J. Bufalino, Esq.
Thomas R. Dee, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

/s/ John R. Harrington

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO, INC.,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-465 T |
| GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>FUND RAISING PRODUCTS, INC.,<br>GREAT AMERICAN OPPORTUNITIES, INC.,<br>KLEINHENN COMPANY, INC.<br>SUNSHINE FUND RAISING CORP.,<br>CLEMENTE NOVELTIES, INC.,<br>PROFIT+, INC.<br>and other known and unknown Giftco Distributors<br>Defendants | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION**
**FOR EXTENSION OF PAGE LIMITS FOR SUBMISSION OF EXHIBITS**

Plaintiff Cathedral Art Metal Co, Inc. ("Cathedral Art") submits this memorandum in support of its motion for an extension of the page limits applicable to the exhibits and supporting documents it seeks to file in support of its objection to the Motion to Dismiss filed by defendants Great American Opportunities, Inc., Kleinhenn Company, Inc., Sunshine Fund Raising Corp., Clemente Novelties, Inc., and Profit+, Inc. (hereinafter the "Moving Defendants")

On October 5, 2007, the Moving Defendants filed an eighteen (18) page "consolidated" motion to dismiss and memorandum of law challenging personal jurisdiction. The Moving Defendants' memorandum was supported by five separate affidavits – one for each of the Moving Defendants - totaling sixteen (16) pages. The

Moving Defendants had sought and received permission of the Court to exceed their page limits, and Cathedral Art did not object.

Cathedral Art intends to file a memorandum in opposition to the motion to dismiss and anticipates supporting that memorandum with an affidavit of a corporate representative of Cathedral Art and other supporting exhibits, including evidence of the Moving Defendants' Rhode Island contacts. Because the five separate Moving Defendants filed a "consolidated" motion, Cathedral Art anticipates that it will need to exceed the ten (10) page limit for exhibits and supporting documents in order to properly present the jurisdictional facts on each of the Moving Defendants. If the Moving Defendants had filed five separate motions to dismiss, Cathedral Art's supporting documents submitted in opposition to those motions would have been less problematic.

Therefore, Cathedral Art respectfully requests an extension of the page limits up to and including thirty (30) pages, so that it can properly respond to the claims of the five separate Moving Defendants.

Dated: October 12, 2007

CATHEDRAL ART METAL CO., INC.

By Its Counsel,

/s/ John R. Harrington
Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I served a copy of the foregoing via the Court's ECF service system upon:

Raymond M. Ripple
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903

Angelo J. Bufalino, Esq.
Thomas R. Dee, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

/s/ John R. Harrington