# Exhibit A
# Tracey Affidavit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO, INC.,<br>Plaintiff<br><br>v.<br><br>GIFTCO, INC.,<br>IDEAL FUND RAISING, INC.,<br>FUND RAISING PRODUCTS, INC.,<br>GREAT AMERICAN OPPORTUNITIES,<br>INC., KLEINHENN COMPANY, INC<br>SUNSHINE FUND RAISING CORP.,<br>CLEMENTE NOVELTIES, INC.,<br>PROFIT+, INC., and other known<br>and unknown Giftco Distributors<br>Defendants | : | C.A. No. 06-465 T |

**AFFIDAVIT OF LEO A. TRACEY**

I, Leo A Tracey, make this affidavit under oath, and hereby attest to the following:

1. I am the President of the plaintiff in this litigation, Cathedral Art Metal Co., Inc., of Providence, Rhode Island ("Cathedral Art"). I make the statements in this affidavit based on my own personal knowledge or from knowledge and understanding I have derived in my capacity as President of Cathedral Art.

2. Cathedral Art is a corporation organized and existing under the laws of the State of Rhode Island. We maintain our principal place of business in Providence, Rhode Island.

3. I understand that five named defendants in this litigation, Great American Opportunities, Inc., Kleinhenn Company, Inc., Sunshine Fund Raising Corp., Clemente Novelties, Inc., and Profit+, Inc., have moved for dismissal of the complaint against them due to lack of jurisdiction.

4. I make this affidavit to inform the Court that each of the above-listed Moving Defendants in fact has done business with Cathedral Art. Each of the defendants seeking dismissal is a current or recent customer of Cathedral Art and does or recently has purchased significant quantities of products from Cathedral Art. A preliminary search of our business records reveals that the defendants seeking dismissal of the case have paid the following sales revenues to Cathedral Art in the following periods:

| **Great American Opportunity** | |
|---|---|
| **Year** | **Sales ($)** |
| 2000 | $ 45,205.71 |
| 2001 | $ 20,000.00 |
| 2002 | $ 33,765.10 |
| 2003 | $ 15,169.99 |
| 2004 | $ 17,307.36 |
| 2005 | $ 5,832.00 |
| 2006 | $ 13,142.71 |
| 2007 | $ 8,850.10 |
| Total | $ 159,272.97 |
| | |
| **Clemente Novelties, Inc.** | |
| **Year** | **Sales ($)** |
| 2006 | $ 4,641.60 |
| Total | $ 4,641.60 |
| | |
| **Sunshine Fundraising** | |
| **Year** | **Sales ($)** |
| 2000 | $ 4.55 |
| 2001 | $ 926.39 |
| 2002 | $ 1,457.36 |
| 2003 | $ - |
| 2004 | $ - |
| 2005 | $ - |
| 2006 | $ 1,643.21 |
| Total | $ 4,031.51 |
| | |
| **Profit +, Inc.** | |
| **Year** | **Sales ($)** |
| 2006 | $ 3,417.53 |
| Total | $ 3,417.53 |
| | |
| **Klienhenn Company, Inc.** | |
| **Year** | **Sales ($)** |
| 2000 | $ 20,747.11 |
| 2001 | $ 21,435.29 |
| 2002 | $ 17,206.07 |
| 2003 | $ 22,954.77 |
| 2004 | $ 19,518.67 |
| 2005 | $ 15,425.62 |

| | | |
|---|---|---|
| 2006 | $ | 8,025.59 |
| 2007 | $ | 6,048.29 |
| Total | $ | 131,361.41 |

5. Attached to this Affidavit are true and accurate copies of representative samples of invoices rendered by Cathedral Art to each of the defendants (the "Invoices"). Thus far, Cathedral Art has located approximately ___ pages of such Invoices and can produce them to the Court upon request. There may be others.

6. For each of the invoices Cathedral Art has, an order had been placed to Cathedral Art for the purchase of specific items of jewelry or giftware. In each case, Cathedral Art packaged and shipped one or more packages of ordered goods to the defendants, and followed up with an invoice directing that payment be made to Cathedral Art at our offices in Providence, Rhode Island. Each of the Invoices sent by Cathedral Art to these defendants was in fact paid. Cathedral Art has copies of checks made out by these defendants for many of the invoices.

I, Leo A. Tracey, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate based on my own personal knowledge or knowledge and information adduced by me as President of Cathedral Art Metal Co., Inc., the plaintiff herein.

Leo A. Tracey

Date: 10/22/07

*PLEASE NOTE OUR NEW PO BOX.*

# Cathedral Art Metal Co., Inc. INVOICE

**REMIT TO:**
**PO BOX 6146**
**PROVIDENCE RI 02940-6146**

**25 Manton Ave Providence, RI 02909-3349**
**PHONE 401-273-7200 FAX 401-273-6262**
**Order Toll Free: 1-800-493-GIFT (4438) Fax Toll Free: 1-800-47-ANGEL (26435)**
**email: camco@cathedralart.com**

Invoice Number: SI0290472
Date: 06/15/06 Page: 1

Sold To: GREAT AMERICAN OPPORTUNITY
ACCT. PAYABLE
PO BOX 305142
NASHVILLE, TN 37230-5142

Ship To: GREAT AMERICAN OPPORTUNITIES
191 CHARTER PLACE
LA VERGNE, TN 37086

| | | | | | |
|---|---|---|---|---|---|
| Customer ID | GRTOP | Order Date | 02/02/06 | Rep Group | SR |
| Order No. | SO0200387 | Ship Date | 06/15/06 | Ship Via | Collect |
| Customer P.O | 140648 | Due Date | 07/15/06 | Terms | Net 30 Days |

**O/C :** 24 CNTS= 1 PALLET = 842 LBS.

| LINE | ITEM NO. | ITEM DESCRIPTION | ORDER QTY. | SHIP QTY. | B.O. QTY. | UNIT PRICE | UOM | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1023972<br>*78552521133* | SPANISH NEVER DRIVE FASTER 36% PE | 9,000 | 9,000.00 | | 0.82 | Piece | 7,380.00 |

*Pkg Tracking No:*

Total Due: 7,380.00

*(Resellers: Order on-line at www.cathedralart.com!)*

***Please note our new PO Box.***

AMOUNTS OVER 30 DAYS ARE SUBJECT TO AN INTEREST CHARGE OF 1.5% MONTHLY

AMERICAN EXPRESS, VISA & MASTERCARD ACCEPTED

**NO CASH DISCOUNT. PAY THIS INVOICE - NO STATEMENT SENT.**
DISCREPANCIES MUST BE REPORTED TO US WITHIN 10 DAYS OF SHIPMENT. MERCHANDISE IS NOT RETURNABLE FOR CREDIT OR EXCHANGE WITHOUT PERMISSION FROM OUR OFFICE PRIOR TO THE ACTUAL RETURN.

*PLEASE NOTE OUR NEW PO BOX.*

# Cathedral Art Metal Co., Inc. INVOICE

**REMIT TO:**
**PO BOX 6146**
**PROVIDENCE RI 02940-6146**

**25 Manton Ave Providence, RI 02909-3349**
**PHONE 401-273-7200 FAX 401-273-6262**
**Order Toll Free: 1-800-493-GIFT (4438) Fax Toll Free: 1-800-47-ANGEL (26435)**
**email: camco@cathedralart.com**

Invoice Number: SI0291717
Date: 06/27/06 Page: 1

Sold To: KLEINHENN COMPANY, INC.
PO BOX 700
ANDERSON, IN 46015

Ship To: Kleinhenn Company, Inc.
1522 Main Street
Anderson, IN 46016

| | | | | | |
|---|---|---|---|---|---|
| Customer ID | KLINH | Order Date | 05/15/06 | Rep Group | SR |
| Order No. | SO0210609 | Ship Date | 06/27/06 | Ship Via | Ground |
| Customer P.O | 12969 | Due Date | 12/11/06 | Terms | Dec 10th |

| LINE | ITEM NO. | ITEM DESCRIPTION | ORDER QTY. | SHIP QTY. | B.O. QTY. | UNIT PRICE | UOM | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | KVC163IB<br>78552507708 | ANGEL VISOR CLIP SIDE OVAL NEVER D | 960 | 960.00 | | 0.88 | Piece | 844.80 |
| 2 | KVC325IB | SUCH A FRIEND HEART W/DAISIES VISO | 600 | 600.00 | | 0.88 | Piece | 528.00 |
| 3 | CA63<br>78552521982 | PEWTER ANGEL PENDANT ON BLACK R | 480 | 434.00 | | 1.35 | Piece | 585.90 |
| 4 | BM105IB<br>78552507493 | GUARDIAN ANGEL PROTECT US BOOKM | 480 | 480.00 | | 1.00 | Piece | 480.00 |
| 5 | PT144IB<br>78552507528 | PEWTER PET TAG W/PAW PRINT CUT O | 480 | 480.00 | | 0.75 | Piece | 360.00 |
| 6 | CA65 | PEWT LB104 FAITH HOPE LOVE LINK BR | 360 | 360.00 | | 2.25 | Piece | 810.00 |
| 7 | | Freight Charged Customer | 1 | 1.00 | | 112.86 | | 112.86 |

*Pkg Tracking No: 1Z0160260320922934* **MULTI PKG**

Total Due: 3,721.56

*(Resellers: Order on-line at www.cathedralart.com!)*

***Please note our new PO Box.***

AMOUNTS OVER 30 DAYS ARE SUBJECT TO AN INTEREST CHARGE OF 1.5% MONTHLY

AMERICAN EXPRESS, VISA & MASTERCARD ACCEPTED

**NO CASH DISCOUNT. PAY THIS INVOICE - NO STATEMENT SENT.**

DISCREPANCIES MUST BE REPORTED TO US WITHIN 10 DAYS OF SHIPMENT. MERCHANDISE IS NOT RETURNABLE FOR CREDIT OR EXCHANGE WITHOUT PERMISSION FROM OUR OFFICE PRIOR TO THE ACTUAL RETURN.

*PLEASE NOTE OUR NEW PO BOX.*

# Cathedral Art Metal Co., Inc. INVOICE

**REMIT TO:**
**PO BOX 6146**
**PROVIDENCE RI 02940-6146**

**25 Manton Ave Providence, RI 02909-3349**
**PHONE 401-273-7200 FAX 401-273-6262**
**Order Toll Free: 1-800-493-GIFT (4438) Fax Toll Free: 1-800-47-ANGEL (26435)**
**email: camco@cathedralart.com**

Invoice Number: SI0304219
Date: 10/05/06 Page: 1

Sold To: CLEMENTE NOVELTIES, INC
301 LAFAYETTE ST
UTICA, NY 13502

Ship To: CLEMENTE NOVELTIES, INC
301 LAFAYETTE ST
UTICA, NY 13502

| | | | | | |
|---|---|---|---|---|---|
| Customer ID | CLEMN | Order Date | 09/20/06 | Rep Group | SR |
| Order No. | SO0222334 | Ship Date | 10/05/06 | Ship Via | Ground |
| Customer P.O | 108132-13550 | Due Date | 11/04/06 | Terms | Net 30 Days |

| LINE | ITEM NO. | ITEM DESCRIPTION | ORDER QTY. | SHIP QTY. | B.O. QTY. | UNIT PRICE | UOM | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | KVC322IB | YOU ARE MORE SPECIAL HEART W/TULI | 5,100 | 5,100.00 | | 0.88 | Piece | 4,488.00 |
| 2 | | Freight Charged Customer | 1 | 1.00 | | 153.60 | | 153.60 |

*Pkg Tracking No: 1Z0160260321105682* **MULTI PKG**

Total Due: 4,641.60

*(Resellers: Order on-line at www.cathedralart.com!)*

***Please note our new PO Box.***

AMOUNTS OVER 30 DAYS ARE SUBJECT TO AN INTEREST CHARGE OF 1.5% MONTHLY

AMERICAN EXPRESS, VISA & MASTERCARD ACCEPTED

**NO CASH DISCOUNT. PAY THIS INVOICE - NO STATEMENT SENT.**

DISCREPANCIES MUST BE REPORTED TO US WITHIN 10 DAYS OF SHIPMENT. MERCHANDISE IS NOT RETURNABLE FOR CREDIT OR EXCHANGE WITHOUT PERMISSION FROM OUR OFFICE PRIOR TO THE ACTUAL RETURN.

*PLEASE NOTE OUR NEW PO BOX.*

# Cathedral Art Metal Co., Inc. INVOICE

**REMIT TO:**
**PO BOX 6146**
**PROVIDENCE RI 02940-6146**

**25 Manton Ave Providence, RI 02909-3349**
**PHONE 401-273-7200 FAX 401-273-6262**
**Order Toll Free: 1-800-493-GIFT (4438) Fax Toll Free: 1-800-47-ANGEL (26435)**
**email: camco@cathedralart.com**

Invoice Number: SI0304440
Date: 10/06/06 Page: 1

Sold To: SUNSHINE FUNDRAISING
PO BOX 553
BELLEVILLE, NJ 07109

Ship To: SUNSHINE FUNDRAISING
2 - 12 MAIN STREET
BELLEVILLE, NJ 07109

| | | | | | |
|---|---|---|---|---|---|
| Customer ID | SUNFU | Order Date | 09/20/06 | Rep Group | SR |
| Order No. | SO0222331 | Ship Date | 10/06/06 | Ship Via | Ground |
| Customer P.O | 13551 | Due Date | 10/06/06 | Terms | Credit Card |

| LINE | ITEM NO. | ITEM DESCRIPTION | ORDER QTY. | SHIP QTY. | B.O. QTY. | UNIT PRICE | UOM | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | KVC322IB | YOU ARE MORE SPECIAL HEART W/TULI | 1,800 | 1,800.00 | | 0.88 | Piece | 1,584.00 |
| 2 | | Freight Charged Customer | 1 | 1.00 | | 59.21 | | 59.21 |

*Pkg Tracking No: 1Z0160260321108223* **MULTI PKG**

Total Due: 1,643.21

*(Resellers: Order on-line at www.cathedralart.com!)*

***Please note our new PO Box.***

AMOUNTS OVER 30 DAYS ARE
SUBJECT TO AN INTEREST
CHARGE OF 1.5% MONTHLY

AMERICAN EXPRESS,
VISA & MASTERCARD ACCEPTED

**NO CASH DISCOUNT. PAY THIS INVOICE - NO STATEMENT SENT.**

DISCREPANCIES MUST BE REPORTED TO US WITHIN 10 DAYS OF SHIPMENT. MERCHANDISE IS NOT RETURNABLE FOR CREDIT OR EXCHANGE WITHOUT PERMISSION FROM OUR OFFICE PRIOR TO THE ACTUAL RETURN.

*PLEASE NOTE OUR NEW PO BOX.*

# Cathedral Art Metal Co., Inc. INVOICE

**REMIT TO:**
**PO BOX 6146**
**PROVIDENCE RI 02940-6146**

**25 Manton Ave Providence, RI 02909-3349**
**PHONE 401-273-7200 FAX 401-273-6262**
**Order Toll Free: 1-800-493-GIFT (4438) Fax Toll Free: 1-800-47-ANGEL (26435)**
**email: camco@cathedralart.com**

Invoice Number: SI0305364
Date: 10/16/06 Page: 1

Sold To: PROFIT +, INC
505 W 8TH AVE, STE 19
MESA, AZ 85210

Ship To: PROFIT +, INC
505 W 8TH AVE, STE 19
MESA, AZ 85210

| | | | | | |
|---|---|---|---|---|---|
| Customer ID | PROFI | Order Date | 09/26/06 | Rep Group | SR |
| Order No. | SO0223003 | Ship Date | 10/16/06 | Ship Via | Ground |
| Customer P.O | 13604 | Due Date | 10/16/06 | Terms | Credit Card |

| LINE | ITEM NO. | ITEM DESCRIPTION | ORDER QTY. | SHIP QTY. | B.O. QTY. | UNIT PRICE | UOM | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | KVC322IB | YOU ARE MORE SPECIAL HEART W/TULI | 1,000 | 1,000.00 | | 0.88 | Piece | 880.00 |
| 2 | CA107COR<br>*78552522402* | SERENITY PRAYER CROSS W/LOOP ON | 1,499 | 1,499.00 | | 1.50 | Piece | 2,248.50 |
| 3 | | Freight Charged Customer | 1 | 1.00 | | 289.03 | | 289.03 |

*Pkg Tracking No: 1Z0160260321122618* **MULTI PKG**

Total Due: 3,417.53

*(Resellers: Order on-line at www.cathedralart.com!)*

***Please note our new PO Box.***

AMOUNTS OVER 30 DAYS ARE SUBJECT TO AN INTEREST CHARGE OF 1.5% MONTHLY

AMERICAN EXPRESS, VISA & MASTERCARD ACCEPTED

**NO CASH DISCOUNT. PAY THIS INVOICE - NO STATEMENT SENT.**

DISCREPANCIES MUST BE REPORTED TO US WITHIN 10 DAYS OF SHIPMENT. MERCHANDISE IS NOT RETURNABLE FOR CREDIT OR EXCHANGE WITHOUT PERMISSION FROM OUR OFFICE PRIOR TO THE ACTUAL RETURN.