# Exhibit B – Part 1
# Great American

# Great American Online

## Select your school

We didn't find a school or organization matching the data you entered, but here is a list of schools and organizations from that area. If you find your school or organization in the list, click it and SUBMIT. If you don't, click BACK and try again, or check the box below to tell us more about your school or organization.

- Aldrich Junior High School, Warwick, RI
- Apponaug Christian School, Warwick, RI
- Bishop Hendricken High School, Warwick, RI
- Cedar Hill Elementary School, Warwick, RI
- Cedar Hurst School, Warwick, RI
- Drum Rock Elementary School, Warwick, RI
- First Baptist Christian School, Warwick, RI
- Francis Elementary School, Warwick, RI
- Gorton Junior High School, Warwick, RI
- Greenwood Elementary School, Warwick, RI

☐ Check here if your school or organization is not in the list above.

BACK SUBMIT



**NOT READY TO SELECT?**

Click to continue

You will be required to select a school at checkout.

# Great American Online

## Select your school

We didn't find a school or organization matching the data you entered, but here is a list of schools and organizations from that area. If you find your school or organization in the list, click it and SUBMIT. If you don't, click BACK and try again, or check the box below to tell us more about your school or organization.

- Ashton Elementary School, Cumberland, RI
- Bernard F Norton Elem School, Cumberland, R
- Community Elementary School, Cumberland, R
- Cumberland High School, Cumberland, RI
- Cumberland Hill Annex School, Cumberland, R
- Cumberland Hill Elem School, Cumberland, RI
- Cumberland Middle School, Cumberland, RI
- Cumberland Preschool, Cumberland, RI
- Garvin Memorial Elem School, Cumberland, RI
- Mercymount Country Day School, Cumberland.

☐ Check here if your school or organization is not in the list above.

BACK SUBMIT



**NOT READY TO SELECT?**

Click to continue

You will be required to select a school at checkout.

# Great American Online

## Select your school

We didn't find a school or organization matching the data you entered, but here is a list of schools and organizations from that area. If you find your school or organization in the list, click it and SUBMIT. If you don't, click BACK and try again, or check the box below to tell us more about your school or organization.

- All Saints Academy, Middletown, RI
- Aquidneck Elementary School, Middletown, RI
- Forest Avenue School, Middletown, RI
- Gaudet Middle School, Middletown, RI
- Growing Children School, Middletown, RI
- Kennedy Elementary School, Middletown, RI
- Middletown High School, Middletown, RI
- St George's School, Middletown, RI

☐ Check here if your school or organization is not in the list above.

BACK SUBMIT



**NOT READY TO SELECT?**

Click to continue

You will be required to select a school at checkout.

Great American Online

HOME | ABOUT US | CATEGORIES | FAQS | GIVE A GIFT | SHOPPING CART | CONTA

Browse Catalogs!

Magazines

Gifts & Holiday

$8.80 will go directly to KENNEDY ELEMENTARY SCHOOL Elementary PTO

Shopping Cart

2 Items

Subtotal - $22.00

Checkout

Give a Gift

Order the subscription right now and have the magazines delivered directly to the recipient's address.

NEED MORE INFO

# Order Summary

Place My Order Now!

Click the "Place My Order Now" button to complete your order. Through your purchase today, **$8.80** will go directly to KENNEDY ELEMENTARY SCHOO Elementary PTO.

**Order Number:** 141536680
**Billing Information:**
THOMAS NOEL
50 S MAIN ST
PROVIDENCE, RI 02903
4************7300

| Gift | Description | Delivered To | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|
| No | Guardian Angel Revolving Keychain | THOMAS NOEL 50 S MAIN ST PROVIDENCE, RI 02903-2919 | 1 | 7.00 | 7.00 |
| No | Tree Pin | THOMAS NOEL 50 S MAIN ST PROVIDENCE, RI 02903-2919 | 1 | 15.00 | 15.00 |

| | |
|---|---|
| Subtotal | $22.00 |
| Shipping and Handling | $8.00 |
| Tax | $.00 |
| Total | $30.00 |

Click here shippin informati

# Great American Online

## Thank you for your order!

## You will receive your order confirmation by email.

### Support Your School or Organization Now!

To begin shopping, enter the code number provided by your student's school or group:

GO!

### Don't Have a Store Code?

If you are not sure of the code number or if you are just browsing...

CLICK HERE

### Great American Story

Since 1975 we've helped schools and youth groups raise over $750 million dollars! We are committed to helping young people achieve their goals and dreams by providing outstanding fundraising solutions. You can support your favorite student's school or group right now!

Great American OPPORTUNITIES

**Thomas Noel**

**From:** store@gafundraising.com
**Sent:** Saturday, October 20, 2007 12:06 PM
**To:** TRN@LAWNOEL.COM
**Subject:** Great American Online Order Confirmation - 141536680

Great American Online Order Confirmation

Thank you for your support! As a result of this purchase, $8.80 will go directly to KENNEDY ELEMENTARY SCHOOL Elementary PTO. You may track the progress of your order online at www.magtrak.com. If you have any questions or concerns regarding your order, please contact Great American Customer Care by phone at 1-800-251-1542, or by email at mailto:store@gafundraising.com.

Order Number: 141536680
========================

Billing Information
===================
THOMAS NOEL
50 S MAIN ST
PROVIDENCE, RI 02903-2919
4************7300

| Description | Qty | Price | Extended |
|---|---|---|---|
| Guardian Angel Revolving Keychain<br>Delivered to:<br>THOMAS NOEL<br>50 S MAIN ST<br>PROVIDENCE, RI 02903 | 1 | 7.00 | 7.00 |
| Tree Pin<br>Delivered to:<br>THOMAS NOEL<br>50 S MAIN ST<br>PROVIDENCE, RI 02903 | 1 | 15.00 | 15.00 |
| | | Subtotal | $22.00 |
| | | Shipping & Handling | 8.00 |
| | | Tax | 0.00 |
| | | Total | $30.00 |