# Exhibit B – Part 2
# Great American




Home
Maximum Profits
Campaign Choices
Magazines
Seasonal Gifts
Frozen Treats
Discount Cards
Student Rewards
Mag Trak
A+ Online Services
Faculty Rewards
Calendar of Events
About Great American
Career Opportunities
People Are Talking
FAQ
Contact Us

# Seasonal Gifts

## Unique and quality products! Your satisfaction is 100% guaranteed!

We are SO confident you and your customers will like our products you'll even keep your profit if they don't!

Our Products:

- Come in attractively designed gift boxes - not plain white ones!
- Are designed to appeal to a wide variety of people.
- Are packaged to prevent damage!...important when the "drop-testing" of real life occurs on the school bus.
- Are custom designed direct from the manufacturer, not middlemen, meaning a higher quality product and packaging for the same retail price!

Click on any cover to view the full catalog







Sweet Melodies Wishes, Hopes and Dreams Hanukkah






©2007 Great American Opportunities, Inc. | 800/251-1542 | Email Us | Privacy Policy | Site Map

'tis the season

HOLIDAY SHOWCASE COLLECTION

Great American OPPORTUNITIES

CONSUMER SATISFACTION IS 100% GUARANTEED
Great American Opportunities Inc. • 1-800-251-1542

See our online catalog at www.gafundraising.com
Brochure 6N No. 1026603

GREAT AMERICAN OPPORTUNITIES



Over 100 products under $10

# 'tis the season

HOLIDAY SHOWCASE COLLECTION










B09



B10



B17



B18




B07
Stained Glass Cross
**Cruz de Cristal con Vidriería de Colores**
A piece to be treasured. This beautiful stained glass cross embodies the reason for the season. Gift boxed. 11.75" tall x 8.25" wide. $28.00

B09
Hope Candleholder
**Base para Vela "Esperanza"**
These angels send out the warm glow of hope for this holiday season. A special gift. Tealight included. 3" high. Gift boxed. $8.50

B10
Guardian Angel Revolving Keychain
**Llavero Giratorio del Angel Guardián**
"My Guardian Angel is Watching Over Me." Metal. 1 3/4" L. $7.00

B17
Ten Commandments Charm Bracelet
**Pulsera de 10 Mandamientos**
Silver-finish link bracelet features one of the Ten Commandments on each charm. Makes an inspirational gift. 7" L. $9.00

B18
Heart and Angel Ribbon Bookmark - Set of Two
**Juego de 2 Corazones y Un Separador para Libros "Angel Ribbon"**
Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. Set of two. 14" L. $6.50