# Exhibit E
# Clemente


http://www.clementefundraising.com/ - Microsoft Internet Explorer
File Edit View Favorites Tools Help
Back Search Favorites
Address http://www.clementefundraising.com/
Go Links Norton Internet Security Norton AntiVirus
Google clemente fun Go Bookmarks 26 blocked Check AutoLink AutoFill Send to clemente Settings
register.com
grow your business online. handholding included.
Renew Your Domain Name Now
Bid On This Domain Name Now
Why are there ads here?
Clementefundraising.com
Whois Lookup
Fundraising Software
Funds Transfer
Fund Raising Ideas
Fund Industry
Online Investments
Receivable Funding
Fundraising Ideas
Money-market Funds
Business Funding
Compare Mutual Funds
Featured Listings
Mutual Fund Investing
Fundraising Auction
Mutual Fund Ratings
Exchange Traded Funds
Enter Search Term
Go!
Recommended Listings
Money Market Mutual Funds
Retirement Funds
Investment Advice
High Yield Investments
Popular Topics
Investment Property Financing
Simulated Futures Trading
Forex Exchange
Investment Information
| Investment Planning | Earn Commission | Trading Futures | Securities Attorney | Online Stock Exchange | Chocolate Candy |
Done
Internet