# Exhibit B
# Great American

# Great American Online

## Select your school

We didn't find a school or organization matching the data you entered, but here is a list of schools and organizations from that area. If you find your school or organization in the list, click it and SUBMIT. If you don't, click BACK and try again, or check the box below to tell us more about your school or organization.

- Aldrich Junior High School, Warwick, RI
- Apponaug Christian School, Warwick, RI
- Bishop Hendricken High School, Warwick, RI
- Cedar Hill Elementary School, Warwick, RI
- Cedar Hurst School, Warwick, RI
- Drum Rock Elementary School, Warwick, RI
- First Baptist Christian School, Warwick, RI
- Francis Elementary School, Warwick, RI
- Gorton Junior High School, Warwick, RI
- Greenwood Elementary School, Warwick, RI

☐ Check here if your school or organization is not in the list above.

BACK SUBMIT



NOT READY TO SELECT?

Click to continue

You will be required to select a school at checkout.

# Great American Online

## Select your school

We didn't find a school or organization matching the data you entered, but here is a list of schools and organizations from that area. If you find your school or organization in the list, click it and SUBMIT. If you don't, click BACK and try again, or check the box below to tell us more about your school or organization.

- Ashton Elementary School, Cumberland, RI
- Bernard F Norton Elem School, Cumberland, R
- Community Elementary School, Cumberland, R
- Cumberland High School, Cumberland, RI
- Cumberland Hill Annex School, Cumberland, R
- Cumberland Hill Elem School, Cumberland, RI
- Cumberland Middle School, Cumberland, RI
- Cumberland Preschool, Cumberland, RI
- Garvin Memorial Elem School, Cumberland, RI
- Mercymount Country Day School, Cumberland,

☐ Check here if your school or organization is not in the list above.

BACK SUBMIT



NOT READY TO SELECT?

Click to continue

You will be required to select a school at checkout.

# Great American Online

## Select your school

We didn't find a school or organization matching the data you entered, but here is a list of schools and organizations from that area. If you find your school or organization in the list, click it and SUBMIT. If you don't, click BACK and try again, or check the box below to tell us more about your school or organization.

- All Saints Academy, Middletown, RI
- Aquidneck Elementary School, Middletown, RI
- Forest Avenue School, Middletown, RI
- Gaudet Middle School, Middletown, RI
- Growing Children School, Middletown, RI
- Kennedy Elementary School, Middletown, RI
- Middletown High School, Middletown, RI
- St George's School, Middletown, RI

☐ Check here if your school or organization is not in the list above.

BACK SUBMIT



**NOT READY TO SELECT?**

Click to continue

You will be required to select a school at checkout.

Great American Online

HOME | ABOUT US | CATEGORIES | FAQS | GIVE A GIFT | SHOPPING CART | CONTA

Browse Catalogs!

Magazines

Gifts & Holiday

$8.80
will go directly to
KENNEDY ELEMENTARY SCHOOL Elementary PTO

Shopping Cart
2 Items
Subtotal - $22.00
Checkout

Give a Gift
Order the subscription right now and have the magazines delivered directly to the recipient's address.

NEED MORE INFO

# Order Summary

Place My Order Now!

**Order Number:** 141536680
**Billing Information:**
THOMAS NOEL
50 S MAIN ST
PROVIDENCE, RI 02903
4************7300

Click the "Place My Order Now" button to complete your order. Through your purchase today, **$8.80** will go directly to KENNEDY ELEMENTARY SCHOO Elementary PTO.

| Gift | Description | Delivered To | Qty | Unit Price | Total Price |
|---|---|---|---|---|---|
| No | Guardian Angel Revolving Keychain | THOMAS NOEL 50 S MAIN ST PROVIDENCE, RI 02903-2919 | 1 | 7.00 | 7.00 |
| No | Tree Pin | THOMAS NOEL 50 S MAIN ST PROVIDENCE, RI 02903-2919 | 1 | 15.00 | 15.00 |

| | |
|---|---|
| Subtotal | $22.00 |
| Shipping and Handling | $8.00 |
| Tax | $.00 |
| Total | $30.00 |

Click here shippin informati

# Great American Online

## Thank you for your order!

## You will receive your order confirmation by email.

**Support Your School or Organization Now!**

To begin shopping, enter the code number provided by your student's school or group:

GO!

**Don't Have a Store Code?**

If you are not sure of the code number or if you are just browsing...

CLICK HERE

**Great American Story**

Since 1975 we've helped schools and youth groups raise over $750 million dollars! We are committed to helping young people achieve their goals and dreams by providing outstanding fundraising solutions. You can support your favorite student's school or group right now!

Great American OPPORTUNITIES

**Thomas Noel**

**From:** store@gafundraising.com
**Sent:** Saturday, October 20, 2007 12:06 PM
**To:** TRN@LAWNOEL.COM
**Subject:** Great American Online Order Confirmation - 141536680

Great American Online Order Confirmation

Thank you for your support! As a result of this purchase, $8.80 will go directly to KENNEDY ELEMENTARY SCHOOL Elementary PTO. You may track the progress of your order online at www.magtrak.com. If you have any questions or concerns regarding your order, please contact Great American Customer Care by phone at 1-800-251-1542, or by email at mailto:store@gafundraising.com.

Order Number: 141536680
========================

Billing Information
===================
THOMAS NOEL
50 S MAIN ST
PROVIDENCE, RI 02903-2919
4************7300

| Description | Qty | Price | Extended |
|---|---|---|---|
| Guardian Angel Revolving Keychain<br>Delivered to:<br>THOMAS NOEL<br>50 S MAIN ST<br>PROVIDENCE, RI 02903 | 1 | 7.00 | 7.00 |
| Tree Pin<br>Delivered to:<br>THOMAS NOEL<br>50 S MAIN ST<br>PROVIDENCE, RI 02903 | 1 | 15.00 | 15.00 |

| | |
|---|---|
| Subtotal | $22.00 |
| Shipping & Handling | 8.00 |
| Tax | 0.00 |
| Total | $30.00 |




Home
Maximum Profits
Campaign Choices
Magazines
Seasonal Gifts
Frozen Treats
Discount Cards
Student Rewards
Mag Trak
A+ Online Services
Faculty Rewards
Calendar of Events
About Great American
Career Opportunities
People Are Talking
FAQ
Contact Us

# Seasonal Gifts

## Unique and quality products! Your satisfaction is 100% guaranteed!

We are SO confident you and your customers will like our products you'll even keep your profit if they don't!

Our Products:

- Come in attractively designed gift boxes – not plain white ones!
- Are designed to appeal to a wide variety of people.
- Are packaged to prevent damage!...important when the "drop-testing" of real life occurs on the school bus.
- Are custom designed direct from the manufacturer, not middlemen, meaning a higher quality product and packaging for the same retail price!

Click on any cover to view the full catalog







Sweet Melodies Wishes, Hopes and Dreams Hanukkah







©2007 Great American Opportunities, Inc. | 800/251-1542 | Email Us | Privacy Policy | Site Map

'tis the season
HOLIDAY SHOWCASE COLLECTION

Great American Opportunities

CONSUMER SATISFACTION IS 100% GUARANTEED
Great American Opportunities Inc. • 1-800-251-1542

See our online catalog at www.gafundraising.com
Brochure 6N No. 1026603

G R E A T A M E R I C A N O P P O R T U N I T I E S



Over 100 products under $10

# 'tis the season

HOLIDAY SHOWCASE COLLECTION





















B07
Stained Glass Cross
**Cruz de Cristal con Vidriería de Colores**
A piece to be treasured. This beautiful stained glass cross embodies the reason for the season. Gift boxed. 11.75" tall x 8.25" wide. $28.00

B09
Hope Candleholder
**Base para Vela "Esperanza"**
These angels send out the warm glow of hope for this holiday season. A special gift. Tealight included. 3" high. Gift boxed. $8.50

B10
Guardian Angel Revolving Keychain
**Llavero Giratorio del Angel Guardián**
"My Guardian Angel is Watching Over Me." Metal. 1 3/4" L. $7.00

B17
Ten Commandments Charm Bracelet
**Pulsera de 10 Mandamientos**
Silver-finish link bracelet features one of the Ten Commandments on each charm. Makes an inspirational gift. 7" L. $9.00

B18
Heart and Angel Ribbon Bookmark - Set of Two
**Juego de 2 Corazones y Un Separador para Libros "Angel Ribbon"**
Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. Set of two. 14" L. $6.50