# Exhibit C
# Kleinhenn

**Spring Reflections**




Display Page > 1 2-3 4-5 6-7 8-9 10-11 12-13 14-15 16-17 18-19 20

Close Window

Case 1:06-cv-00465-T-LDA Document 44-4 Filed 10/23/2007 Page 3 of 5

# Spring Reflections




Display Page > 1 | 2-3 | 4-5 | 6-7 | 8-9 | 10-11 | 12-13 | 14-15 | 16-17 | 18-19 | 20

Close Window

cheerfulhouse.com

# Welcome Home



Sign In

**Shop by Category**

SPECIALS
Fall and Christmas
Close Outs
ORDER CATALOG
Personalized Card

Express Order

Tell A Friend

Home > CLOSEOUT CHRISTMAS ITEMS > **DRIVE SAFELY VISOR CLIP**

DRIVE SAFELY VISOR CLIP



Quantity in Basket: *none*
Code: **1715**
Price: **$7.00**

Quantity: 1
Add To Basket

VISOR CLIP LETS THE DRIVER KNOW THEY ARE SPECIAL! MAKES A WONDERFUL GIFT. METAL. **** CLOSEOUT SPECIAL **** WHILE QUANTITIES LAST

cheerfulhouse.com

Welcome Home

Store Front: Privacy Policy Account: Search: Product List: Basket Contents Contact Us Checkout:

**Invoice**

CHEERFUL HOUSE
1522 MAIN ST
ANDERSON,IN 46016

**Order #9845** **Date:** 10/20/2007 12:33:11 EDT

Thank you for your order. Please keep this invoice for your records.

| Ship To: | | Bill To: | |
|---|---|---|---|
| **Name:** | Thomas Noel | **Name:** | Thomas Noel |
| **Email Address:** | trn@lawnoel.com | **Email Address:** | trn@lawnoel.com |
| **Phone Number:** | 508-285-8326 | **Phone Number:** | 508-285-8326 |
| **Fax Number:** | | **Fax Number:** | |
| **Company:** | | **Company:** | |
| **Address:** | 50 South Main Street<br>Providence,RI02903<br>US | **Address:** | 50 South Main Street<br>Providence,RI02903<br>US |

| Code | Product | Quantity | Price/Ea. | Total |
|---|---|---|---|---|
| 1715 | DRIVE SAFELY VISOR CLIP | 3 | $2.00 | $6.00 |
| | | | *Shipping: UPS:* | $5.25 |
| | | | *Sales Tax:* | $0.00 |
| | | | **Total:** | **$11.25** |