# Exhibit D
# Sunshine Fund Raising



SUNSHINE FUNDRAISING 2006

Home | The New Fun Services | Carnival Games | Fundraising Brochures | Spectacular Holiday Shop | CANDY BARS | Payment Options | Contact/Feedback Request

Back>

## Your Shopping Cart

To remove an item from your cart, click on the "Remove" button beside the item listing.

| Item | Price | Quantity | Subtotal | Remove |
|---|---|---|---|---|
| 2578 - Triple Charm Necklace | $11.50 | 1 | $11.50 | REMOVE |
| 7399 - Breast Cancer Awareness Charm Bracelet | $8.00 | 1 | $8.00 | REMOVE |
| **Running Total** | | | **$19.50** | |

Update

Checkout

Continue Shopping

**Merchant:** sellcandy.com
**Order ID#:** 1442954

Congratulations and thank you.

Your order will be processed pending credit card approval.

This page is proof of your transaction. When referring to this order, make sure to note the Order # at the top of this page.

| Order # | Date | Code | Item | Price | Quantity | Subtotal |
|---|---|---|---|---|---|---|
| 1442954 | 19-Oct-07 | 2578 | 2578 - Triple Charm Necklace | 11.50 | 1 | 11.50 |
| 1442954 | 19-Oct-07 | 7399 | 7399 - Breast Cancer Awareness Charm Bracelet | 8.00 | 1 | 8.00 |
| | | | | | Subtotal | **19.50** |
| | | | | | Shipping and Handling: UPS Ground Commercial | 10.31 |
| | | | | | Taxes | 0.00 |
| | | | | | Total | **29.81** |

**Shipping Info.**
Thomas R. Noel
trn@lawnoel.com
50 South Main Street
Providence, RI
02903
United States
Tel: 401-272-7499
Fax:

**Billing Info.**
Thomas R. Noel
trn@lawnoel.com
50 South Main Street
Providence, RI
02903
United States
Tel: 401-272-7499
Fax:

**Credit Card Info**

| | |
|---|---|
| Name on Credit Card | Thomas R. Noel |
| Credit Card Number | **** **** **** 7300 |
| Expiry Date (M/Y) | 11/07 |
| CVV | 198 |

Click to Return to Website...

**Thomas Noel**

---

**From:** rdcomp99@aol.com
**Sent:** Friday, October 19, 2007 4:06 PM
**To:** trn@lawnoel.com
**Subject:** Your Order #1442954

This email is to confirm your order:

Order #1442954

From Website: www.sellcandy.com

Billed to:
Thomas R. Noel
trn@lawnoel.com
50 South Main Street
Providence
RI
02903
us
401-272-7499

Shipped to:
Thomas R. Noel
trn@lawnoel.com
50 South Main Street
Providence
RI
02903
us
401-272-7499

2578 - Triple Charm Necklace
Code: 2578
Price: 11.50
Quantity: 1
Subtotal: 11.50

7399 - Breast Cancer Awareness Charm Bracelet
Code: 7399
Price: 8.00
Quantity: 1
Subtotal: 8.00

---

| | |
|---|---|
| Order Subtotal: | 19.50 |
| Taxes: | 0.00 |
| Shipping: | 10.31 |
| Total: | 29.81 |