UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CATHEDRAL ART METAL ART CO. | : | |
| | : | |
| v. | : | C.A. No. 06-465T |
| | : | |
| GIFTCO, INC., et al. | : | |

**ORDER**

Plaintiff's Motion for Stay Pending Limited Jurisdictional Discovery (Document No. 44) is GRANTED absent opposition. See Document No. 45. The parties shall complete such limited discovery by December 31, 2007. Thereafter, Plaintiff shall, on or before January 10, 2008, file a Supplemental Memorandum in Support of its Objection to Defendants' Pending Motion to Dismiss for Lack of Personal Jurisdiction. Defendants may file a Reply Memorandum on or before January 17, 2008. The argument on Defendants' Motion to Dismiss (Document No. 40) is rescheduled from November 15, 2007 at 10:00 a.m. to January 18, 2008 at 10:00 a.m.

SO ORDERED

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
November 7, 2007