THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO, INC.,

Plaintiff,

v.

GIFTCO, INC., IDEAL FUNDRAISING, INC., FUND RAISING PRODUCTS, INC., GREAT AMERICAN OPPORTUNITIES, INC., KLEINHENN COMPANY, INC., SUNSHINE FUND RAISING CORP., CLEMENTE NOVELTIES, INC., PROFIT+, INC. and other known and unknown Giftco Distributors.

Defendants.

C.A. No. 06-465T

**DEFENDANT GREAT AMERICAN OPPORTUNITIES, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**

Defendant Great American Opportunities, Inc. ("GAO") hereby submits this notice of withdrawal of its motion to dismiss for lack of personal jurisdiction and for improper venue that is currently pending before this Court.

In support of this notice, GAO states the following:

1. On October 5, 2007, GAO filed a motion to dismiss for lack of personal jurisdiction and improper venue, contending that it lacked sufficient minimum contacts with the State of Rhode Island to be subject to the Court's exercise of personal jurisdiction over it.

2. In support of its motion to dismiss the Amended Complaint, GAO submitted the Affidavit of Robert Corley, in which Mr. Corley attests to GAO's lack of contacts with the State of Rhode Island. At the time Mr. Corley submitted his affidavit, he believed the affidavit's contents to be true.

3. Subsequent to the filing of GAO's motion to dismiss, plaintiff Cathedral Art Metal Co., Inc. sought and obtained leave to conduct jurisdictional discovery regarding GAO and other defendants' contacts with the State of Rhode Island. Defendants did not oppose plaintiff's request for jurisdictional discovery.

4. On or about December 10, 2007, during the course of responding to written jurisdictional discovery propounded on it in this case, GAO discovered facts that indicate additional general, incidental contacts with the State of Rhode Island. The additional facts recently learned by Mr. Corley and GAO are set forth in the Supplemental Affidavit of Robert Corley, which is attached hereto as Exhibit A.

5. Notwithstanding the new facts discovered, GAO continues to maintain that the allegedly infringing product at issue with respect to GAO was not sold in Rhode Island, and therefore specific jurisdiction over GAO does not exist. However, due to the newly discovered general business contacts with Rhode Island, though incidental, GAO has decided not to challenge the exercise of general personal jurisdiction over it. Consequently, GAO hereby withdraws itself from the Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue. The Motion to Dismiss, however, continues to be asserted on behalf of the remaining movants.

GREAT AMERICAN OPPORTUNITIES, INC.

By its Attorneys,

/s/ Raymond M. Ripple
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
rripple@eapdlaw.com

Angelo J. Bufalino (*pro hac vice*)
Thomas R. Dee (*pro hac vice*)
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
abufalino@vedderprice.com
tdee@vedderprice.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 11, 2007.

/s/ Raymond M. Ripple
Raymond M. Ripple