**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CATHEDRAL ART METAL CO, INC.,

Plaintiff,

v.

C.A. No. 06-465T

GIFTCO, INC., IDEAL FUNDRAISING, INC., FUND RAISING PRODUCTS, INC., GREAT AMERICAN OPPORTUNITIES, INC., KLEINHENN COMPANY, INC., SUNSHINE FUND RAISING CORP., CLEMENTE NOVELTIES, INC., PROFIT+, INC. and other known and unknown Giftco Distributors.

Defendants.

**SUPPLEMENTAL AFFIDAVIT OF ROBERT E. CORLEY**

I, Robert E. Corley, being first duly sworn on oath, depose and state that if called to testify in court, I could competently testify to the following matters, of which I have personal knowledge:

My October 2, 2007, Affidavit as Marketing Team Leader, regarding Great American Opportunities, Inc. ("GAO") business operations in Rhode Island in 2006 and 2007, was based upon my knowledge of GAO's sales and business operations.

Although I believed the statements in my Affidavit to be true at the time I signed it, subsequent examination of GAO business records (although confirming that GAO has not sold in Rhode Island any of the items which are the subject of this suit) have now been found to reveal facts regarding general incidental contacts of GAO with Rhode Island which are inconsistent with the letter and/or import of some of the statements in my Affidavit; and it is necessary that I correct my Affidavit with the following statements:

1. While we did not have representatives in Rhode Island selling in 2006 and 2007, the only two GAO sales representatives assigned to Rhode Island in 2005 were not terminated until January 20, 2006.

2. Though no GAO sales representatives were assigned to or based in Rhode Island in 2006 and 2007 (after January 20, 2006), one sales representative residing in Connecticut and two others residing in Massachusetts made by telephone conversations with school officials six sales of fundraising programs to school accounts in Rhode Island in 2006 and four sales to school accounts in Rhode Island in 2007, without physically visiting the state of Rhode Island.

3. The 2006 and 2007 annual conventions of the New England League of Middle Schools, headquartered in suburban Boston, were held in Providence, Rhode Island, and attended by GAO employees who staffed a GAO booth.

4. In 2006 and early 2007, GAO used a frozen food facility near Providence as an intermediate shipment site for frozen deserts bound principally for schools in Massachusetts, from which five of the ten schools referred to in Paragraph 2 above received frozen pies.

5. In 2006 and 2007, GAO has derived revenue from magazine subscriptions ordered from addresses in Rhode Island in response to mailed solicitations by school children in

locations outside Rhode Island, and from magazine subscriptions solicited by children at one Rhode Island school, and has fulfilled one order for a magazine subscription and two gift items orders placed online for shipment to Rhode Island addresses; and an affiliate enterprise of GAO (an operating division) sold twelve books from a catalogue in response to one telephone order and one faxed order from two entities in Rhode Island in 2007.

6. GAO operates a web-based "on-line store" at which a Rhode Island resident can order gift items or magazine subscriptions for the benefit of schools all over the country, which orders are received by way of the Internet.

______________________________

SUBSCRIBED and SWORN to
before me this 10 day of
December, 2007.

Michael Schexnaydre
Notary Public

MICHAEL SCHEXNAYDRE
Notary Public
Gwinnett County
State of Georgia
My Commission Expires Jul 12, 2011