# Exhibit A

July 2007 Cheerleader house Catalog

| EXST_SHIP_ | EXST_STREE | EXST_CITY | EXST_STATE | EXST_ZIP_C |
|---|---|---|---|---|
| EAST BAY MANOR | 1440 Wampanoag | Riverside | RI | 02915-1045 |
| BELINDA A LIZARDA | 15 Stadden St | Providence | RI | 02907-3531 |
| CATHY LAMARINE | 43 Ashton St | Providence | RI | 02904-2420 |
| WOODLAWN BAPTIST C | 23 Randall St | Greenville | RI | 02828-2122 |
| HOME FOR YOUNG WO | 23 Darrow St | Pawtucket | RI | 02860-2177 |
| MARGE COTE | 189 Glaude Ln | Woonsocket | RI | 02895-1611 |
| PASTOR HAROLD B RO | 165 Congress Ave | Providence | RI | 02907-1719 |
| LAURETTE HEBERT | 221 Grange Rd | N Smithfield | RI | 02896-8119 |
| LIVING WATERS CHURC | PO Box 17251 | Smithfield | RI | 02917-0723 |
| LORINE IANIERO | 307 Greenwich Av | Warwick | RI | 02886-1661 |
| DIANA ALMEIDA | 100 Mount | Cumberland | RI | 02864 |
| GRACE UNITED METHO | 28 Hardwick St | Warwick | RI | 02889-8638 |
| GEORGE FERREIRA | 82 Arch St | Pawtucket | RI | 02860-4445 |
| DOROTHY W WILBUR | 1272 W Shore Rd | Warwick | RI | 02889-3344 |
| BLANCHE HOMAN | 15 Greylawn Ave | Warwick | RI | 02889-3014 |
| ELEANOR MONTEIRO | 28 Metacomet Ave | Rumford | RI | 02916-3119 |
| MRS GINA MARTIN | 128 Carnation Dr | Warwick | RI | 02886-8010 |
| GREENWICH VILLAGE S | 17 Watercress Ct | Coventry | RI | 02816-8557 |
| SUSAN DRAKE | 41 Ridgeway Dr | Warren | RI | 02885-3812 |
| DENNIS C ALTMAN | 914 Charles St | N Providence | RI | 02904-5622 |
| SYBIL A MORRIS | 51 Chases Ln | Middletown | RI | 02842-6233 |
| LUZ J MARQUEZ | 275 Grotto Ave | Pawtucket | RI | 02860-3400 |
| EMERALD BAY MANOR | 10 Old Diamond Hi | Cumberland | RI | 02864-4611 |
| ALLENDALE PHILATHEA | 15 Thomas St | N Providence | RI | 02911-1771 |
| CYNTHIA J PERKINS | 51 Carov | N Providence | RI | 02904 |
| EILEEN COUTURIER | 100 England St | Cumberland | RI | 02864-7507 |
| MARLENY MAIOLI | 28 Clay St | Central Falls | RI | 02863-3147 |
| MARGARET SWEERS | 27 Bucklin St # 1 | Pawtucket | RI | 02861-1901 |
| JUDITH OLIVERIA | 216 Mowry St | Woonsocket | RI | 02895-6328 |
| BETHANY CHURCH OF | 426 Pawtucket Av | Rumford | RI | 02916-1748 |
| ELAINE DEGUZIS | 445 Elmwood Ave | Providence | RI | 02907-1735 |
| MIGDALIA PEREZ | 133 Summer St | Central Falls | RI | 02863-2139 |
| TERRI BLANCHARD | 209 East St | Pawtucket | RI | 02860-1240 |
| DEBRA DAROCHA | 187 East St | Pawtucket | RI | 02860-1240 |
| RENE L OLIVIER JR | 8 Reed Ave | Central Falls | RI | 02863-1945 |
| SHERYL MCCUMISKEY | 15 Thelma Dr | Hope Valley | RI | 02832-1614 |
| MARK TEOLI | 22 Governor St | Providence | RI | 02906-3004 |
| SANDRA PESTANA | 286 Vermo | Providence | RI | 02905 |
| WILLIAM C WHITEHEAD | 56 Hartford Pike | Scituate | RI | 02857-1846 |
| MS LEONA B JOHNSON | 109 Worce | Riverside | RI | 02915 |
| SISTERS OF MERCY | 57 Waltham St | Pawtucket | RI | 02860-5638 |
| MARY ANDRADE | C O Silverlake 4H | Providence | RI | 02909 |
| DOLORES RESTREPO | 904 Mineral Spring | Pawtucket | RI | 02860-3324 |
| WILLIAM W GLASS | 9 Royal Ct | Cumberland | RI | 02864-2713 |
| MAUREEN COFFEY | 1343 Green | Middletown | RI | 02842 |
| THOMAS J LOPATOSKY | 16 Joslin St | Providence | RI | 02909-2502 |

| EXST_SHIP_ | EXST_STREE | EXST_CITY | EXST_STATE | EXST_ZIP_C |
|---|---|---|---|---|
| VIOLET C REICHERT | 15 Add Carriage | West Warwick | RI | 02893 |
| LISA BREITENSTEIN | 12 Devon Way | Tiverton | RI | 02878-2412 |
| VIRGINIA RICHARD | 50 Pendleton St | Cranston | RI | 02920-6836 |
| FIRST ASSEMBLY OF G | 420 Mendon Rd | Woonsocket | RI | 02895-2403 |
| MRS REBECCA DAWLEY | 681 Kingstown Rd | Wakefield | RI | 02879-3005 |
| MRS EDNA WILCOX | 133 Wampanoag | Riverside | RI | 02915-3739 |
| ST MARK'S YOUTH GRP- | 10 Fales St | Riverside | RI | 02915-3114 |
| LUZ NIEVES | 104 Ridge St | Providence | RI | 02909-6501 |
| BRENDA WALSH | 67 Asqah Dr | N Kingstown | RI | 02852-3322 |
| MISS ANA FERNANDEZ | 148 Chapin Ave | Providence | RI | 02909-2103 |
| LORRAINE TRINQUE | 212 Patton Rd | Woonsocket | RI | 02895-3824 |
| EDGEWOOD UCC | 1788 Broad St | Cranston | RI | 02905-3520 |
| CORINA TOLOZA | 122 Sumner Ave | Central Falls | RI | 02863-2165 |
| DUNNS CORNER COMM | 221 Post Rd | Westerly | RI | 02891-2623 |
| ANITA COLE | 174 Hughes Ave | Pawtucket | RI | 02861-2011 |
| RITA MAGIDIN | 224 Summit Ave | Providence | RI | 02906-2851 |
| SANDRA FRAZEE | 32 Florida Ave | Cranston | RI | 02920-5220 |
| ANGELITA ANDRADE | 78 Gooding St | Pawtucket | RI | 02860-1217 |
| KENNETH HEIST | 15 Bramb | L Compton | RI | 02837 |
| ROBERT MINK | 117 Petteys Ave | Providence | RI | 02909-5851 |
| DIANE HOMSANY | 69 Mohawk Trl | W Greenwich | RI | 02817-1864 |
| JAMES J REILLY | 248 Mason St | Woonsocket | RI | 02895-5168 |
| KIM E KIRTLINK | 59 S Lewis St | Charlestown | RI | 02813-2331 |
| MARIA HUNTLEY | 11 Almy St | Providence | RI | 02909-1604 |
| ROSEMARIE BROCCOLI | 30 Hagan St | Providence | RI | 02904-1274 |
| ELAINE MOONE | 48 Bates Ave | N Kingstown | RI | 02852-6802 |
| MISS RUTH J BRAYMAN | 144 Canal St | Westerly | RI | 02891-1553 |
| ROLANDE ROMBLAD | 403 Willow St | Woonsocket | RI | 02895-4630 |
| JUDITH VARGAS | 2 Batcheller Ave | Providence | RI | 02904-1509 |
| RAMONA MARTINS | 150 S Main St | Providence | RI | 02903-2907 |
| DAWN CAREY | 1134 Central Ave | Johnston | RI | 02919-2806 |
| RONDA MATARESE | 5 Carrie Ann Dr | West Warwick | RI | 02893-1941 |
| SALLY GALUSKA | 73 Madeira Ave | Central Falls | RI | 02863-1018 |
| MRS ARNOLD H SMITH | 118 Chandler Ave | Pawtucket | RI | 02860-1502 |
| LIZ DWYER | 113 Chambly Ave | Warwick | RI | 02888-1800 |
| MRS ELEANOR HOWAR | 56 Victory Hwy | Chepachet | RI | 02814-1362 |
| NORTH BAY MANOR | 171 Pleasant View | Smithfield | RI | 02917-1792 |
| MAUREEN DORAN | 151 Holland Ave | Riverside | RI | 02915-2048 |
| SUSAN BUTLER | 111 Parkholm | Newport | RI | 02840-1215 |
| CESAR A ESTACUY | PO Box 1894 | Pawtucket | RI | 02862-1894 |
| MRS ANNA E DE CUBEL | 231 High St | Wakefield | RI | 02879-3164 |
| UNIFICATION CHURCH | 136 Carr St | Providence | RI | 02905-1314 |
| ST MARY ACADEMY BAY | 3070 Pawtucket A | Riverside | RI | 02915-5105 |
| MARY RUSSO | 1 Mendon Rd | Cumberland | RI | 02864-5363 |
| LYNNE O'DONNELL | 96 Arlin | Warren | RI | 02885 |
| MRS C A BLOMGREN | 171 Pleasant View | Smithfield | RI | 02917-1792 |

Query1 11/26/2007

| EXST_SHIP_ | EXST_STREE | EXST_CITY | EXST_STATE | EXST_ZIP_C |
|---|---|---|---|---|
| BARBARA M MARIANO | 2400 S County Trl | E Greenwich | RI | 02818-1577 |
| LOUISA DE SOUSA | 5 Shepp | Warwick | RI | 02886 |
| TONYA CONCA HUTCHI | 163 Canfi | Warwick | RI | 02889 |
| RONALD FRENETT SR | 124 Main St | Westerly | RI | 02891-2114 |
| LINDA RICCI | 149 Cardinal Rd | Cranston | RI | 02921-2803 |

| EXST_SHIP_TO_NAME | EXST_ADDRESS | EXST_CITY | EXST_S | EXST_ZIP_COD |
|---|---|---|---|---|
| WILLIAM W GLASS | 9 Royal Ct | Cumberland | RI | 02864-2713 |
| ST AGATHA'S PARRISH | 34 Joffre Ave | Woonsocket | RI | 02895-5596 |
| MRS REBECCA DAWLE | 681 Kingstown Rd | Wakefield | RI | 02879-3005 |
| MRS C A BLOMGREN | 171 Pleasant View A | Smithfield | RI | 02917-1792 |
| MARGARET SWEER | 27 Bucklin St # 1 | Pawtucket | RI | 02861-1901 |
| MRS EDNA WILCOX | 133 Wampanoag Trl | Riverside | RI | 02915-3739 |
| ROGER L MAROT | 77 Federal St | Woonsocket | RI | 02895-3120 |
| JUDITH OLIVERIA | 216 Mowry St | Woonsocket | RI | 02895-6328 |
| ELAINE DEGUZIS | 445 Elmwood Ave | Providence | RI | 02907-1735 |
| MARY BOOROM | 982 Branch Ave | Providence | RI | 02904-1065 |
| LORRAINE TRINQUE | 212 Patton Rd | Woonsocket | RI | 02895-3824 |
| JUDITH VARGAS | 2 Batcheller Ave | Providence | RI | 02904-1509 |
| SHERYL MCCUMISKEY | 15 Thelma Dr | Hope Valley | RI | 02832-1614 |
| MS LEONA B JOHNSON | 109 Worce | Riverside | RI | 02915 |
| KENNETH HEIST | 15 Bramb | L Compton | RI | 02837 |
| SYBIL A MORRIS | 51 Chases Ln | Middletown | RI | 02842-6233 |
| DENNIS C ALTMAN | 914 Charles St | N Providence | RI | 02904-5622 |
| PATRICIA MOTTLEY | 492 Broadway | Providence | RI | 02909-1623 |
| LINDA RICCI | 149 Cardinal Rd | Cranston | RI | 02921-2803 |
| MISS RUTH J BRAYMAN | 144 Canal St | Westerly | RI | 02891-1553 |
| BETH HORNE | 241 Weaver Hill Rd | W Greenwich | RI | 02817-2256 |
| RONDA MATARESE | 5 Carrie Ann Dr | West Warwick | RI | 02893-1941 |
| SUZANNE GILL | 93 Grand St | Woonsocket | RI | 02895-5821 |
| LUCIA THERRIAULT | 23 Claremont St | Central Falls | RI | 02863-2502 |
| LISA BREITENSTEIN | 12 Devon Way | Tiverton | RI | 02878-2412 |
| EILEEN COUTURIER | 100 England St | Cumberland | RI | 02864-7507 |
| SISTERS OF MERCY | 57 WALTHAM ST | PAWTUCKET | RI | 02860-5638 |
| MRS ARNOLD H SMITH | 118 Chandler Ave | Pawtucket | RI | 02860-1502 |
| EUFEMIA T BRYDEN | 73 Greene St | Pawtucket | RI | 02860-2322 |
| ALLENDALE PHILATHEA | 15 Thomas St | N Providence | RI | 02911-1771 |
| BETHANY CHURCH OF | 426 Pawtucket Ave | Rumford | RI | 02916-1748 |
| DUNNS CORNER COMM | 221 Post Rd | Westerly | RI | 02891-2623 |
| EDGEWOOD UCC | 1788 Broad St | Cranston | RI | 02905-3583 |
| FIRST ASSEMBLY OF G | 420 Mendon Rd | Woonsocket | RI | 02895-2403 |
| GRACE UNITED METHO | 28 Hardwick St | Warwick | RI | 02889-8638 |
| HOME FOR YOUNG WO | 23 Darrow St | Pawtucket | RI | 02860-2177 |
| LIVING WATERS CHURC | PO Box 17251 | Smithfield | RI | 02917-0723 |
| LORINE IANIERO | 96 Phenix Ave | Cranston | RI | 02920-4223 |
| MAUREEN DORAN | 151 Holland Ave | Riverside | RI | 02915-2048 |
| MRS ELEANOR HOWAR | 56 Victory Hwy | Chepachet | RI | 02814-1362 |
| PASTOR HAROLD B RO | 165 Congress Ave | Providence | RI | 02907-1719 |
| ROLANDE ROMBLAD | 403 Willow St | Woonsocket | RI | 02895-4630 |
| ST MARK'S YOUTH GRP | 10 Fales St | Riverside | RI | 02915-3114 |
| ST MARY ACADEMY BA | 3070 Pawtucket Ave | Riverside | RI | 02915-5196 |
| UNIFICATION CHURCH | 136 Carr St | Providence | RI | 02905-1314 |
| WOODLAWN BAPTIST C | 23 Randall St | Greenville | RI | 02828-2122 |

| EXST_SHIP_TO_NAME | EXST_ADDRESS | EXST_CITY | EXST_S | EXST_ZIP_COD |
|---|---|---|---|---|
| EILEEN HODGE | 9 WOODLAND AVE | COVENTRY | RI | 02816-5844 |
| GUS HUNTER JR | PO BOX 4401 | MIDDLETOWN | RI | 02842-0401 |
| EMERALD BAY MANOR | 10 Old Diamond Hill | Cumberland | RI | 02864-4611 |
| GEORGE PERRON | 730 WINDWOOD DR | TIVERTON | RI | 02878-2451 |
| ALICE PARRISH | 130 CASWELL ST A | NARRAGANS | RI | 02882-3774 |
| BLANCHE HOMAN | 15 Greylawn Ave | Warwick | RI | 02889-3014 |
| DON REYNOLDS | 39 STATE ST | WESTERLY | RI | 02891-2737 |
| CLAUDETTE BERT ADC | 239 LEGRIS AVE | WEST WARWI | RI | 02893-2940 |
| REV MARY E MORRIS | 871 HARRIS AVE | WOONSOCKE | RI | 02895-1824 |
| LAURETTE HEBERT | 221 Grange Rd | N Smithfield | RI | 02896-8119 |
| JACKIE JOHNSON | 1811 BROAD ST | CRANSTON | RI | 02905-3533 |
| HERITAGE HILLS | 80 DOUGLAS PIKE | SMITHFIELD | RI | 02917-2349 |
| JEANNE DEMREST | 144 ELMORE AVE | WOONSOCKE | RI | 02895-6524 |
| DOROTHY LEVITRE | 31 BROOKSIDE DR | N SMITHFIELD | RI | 02896-9598 |
| MARY ZOMPA | 19 DUXBURY ST | PROVIDENCE | RI | 02909-6001 |
| DEBRA L COOK | 32 EAGLE AVE | WARWICK | RI | 02889-1908 |
| NORTH BAY MANOR | 171 Pleasant View A | Smithfield | RI | 02917-1792 |

Query1 11/26/2007

July 2006 Greenhouse Catalog (60)

| EXST_SHIP_TO_NAME | EXST_STREET | EXST_CITY | EXST_STATE | EXST_ZIP_COD |
|---|---|---|---|---|
| WOODLAWN BAPTIST C | 23 Randall St | Greenville | RI | 02828-2122 |
| HOME FOR YOUNG WO | 23 Darrow St | Pawtucket | RI | 02860-2177 |
| PASTOR HAROLD B RO | 165 Congress Ave | Providence | RI | 02907-1719 |
| LAURETTE HEBERT | 221 Grange Rd | N Smithfield | RI | 02896-8119 |
| LIVING WATERS CHUR | PO Box 17251 | Smithfield | RI | 02917-0723 |
| LORINE IANIERO | 307 Greenwich Ave | Warwick | RI | 02886-1661 |
| GRACE UNITED METHO | 28 Hardwick St | Warwick | RI | 02889-8638 |
| BLANCHE HOMAN | 15 Greylawn Ave | Warwick | RI | 02889-3014 |
| DENNIS C ALTMAN | 914 Charles St | N Providence | RI | 02904-5622 |
| SYBIL A MORRIS | 51 Chases Ln | Middletown | RI | 02842-6233 |
| EMERALD BAY MANOR | 10 Old Diamond Hill | Cumberland | RI | 02864-4611 |
| ALLENDALE PHILATHEA | 15 Thomas St | N Providence | RI | 02911-1771 |
| LUCIA THERRIAULT | 23 Claremont St | Central Falls | RI | 02863-2502 |
| SANDI SANTAGATA | PO Box 19153 | Johnston | RI | 02919-0153 |
| EILEEN COUTURIER | 100 England St | Cumberland | RI | 02864-7507 |
| MARGARET SWEER | 27 Bucklin St # 1 | Pawtucket | RI | 02861-1901 |
| JUDITH OLIVERIA | 216 Mowry St | Woonsocket | RI | 02895-6328 |
| BETHANY CHURCH OF | 426 Pawtucket Ave | Rumford | RI | 02916-1748 |
| DOIS F BRADFORD | 389 Hillard Ave | Warwick | RI | 02886-1847 |
| ELAINE DEGUZIS | 445 Elmwood Ave | Providence | RI | 02907-1735 |
| SHERYL MCCUMISKEY | 15 Thelma Dr | Hope Valley | RI | 02832-1614 |
| MS LEONA B JOHNSON | 109 Worce | Riverside | RI | 02915 |
| SISTERS OF MERCY | 57 Waltham St | Pawtucket | RI | 02860-5638 |
| WILLIAM W GLASS | 9 Royal Ct | Cumberland | RI | 02864-2713 |
| SUZANNE GILL | 93 Grand St | Woonsocket | RI | 02895-5821 |
| LISA BREITENSTEIN | 12 Devon Way | Tiverton | RI | 02878-2412 |
| FIRST ASSEMBLY OF G | 420 Mendon Rd | Woonsocket | RI | 02895-2403 |
| MARY ZOMPA | 3 Fillmore Ave | Johnston | RI | 02919-6001 |
| MRS REBECCA DAWLE | 681 Kingstown Rd | Wakefield | RI | 02879-3005 |
| MRS EDNA WILCOX | 133 Wampanoag Tr | Riverside | RI | 02915-3739 |
| ST AGATHA'S PARRISH | 34 Joffre Ave | Woonsocket | RI | 02895-5596 |
| MARY BOOROM | 982 Branch Ave | Providence | RI | 02904-1065 |
| ALICE PARRISH | PO Box 63 | Block Island | RI | 02807-0063 |
| ST MARK'S YOUTH GRP | 10 Fales St | Riverside | RI | 02915-3114 |
| LORRAINE TRINQUE | 212 Patton Rd | Woonsocket | RI | 02895-3824 |
| EDGEWOOD UCC | 1788 Broad St | Cranston | RI | 02905-3520 |
| JEANNE DEMREST | 958 Cass Ave | Woonsocket | RI | 02895-4934 |
| DUNNS CORNER COMM | 221 Post Rd | Westerly | RI | 02891-2623 |
| MRS RUTH WALTERS | 16 Chelsea Farm D | Wyoming | RI | 02898-1221 |
| KENNETH HEIST | 15 Bramb | L Compton | RI | 02837 |
| MISS RUTH J BRAYMAN | 144 Canal St | Westerly | RI | 02891-1553 |
| ROLANDE ROMBLAD | 403 Willow St | Woonsocket | RI | 02895-4630 |
| JUDITH VARGAS | 2 Batcheller Ave | Providence | RI | 02904-1509 |
| RONDA MATARESE | 5 Carrie Ann Dr | West Warwick | RI | 02893-1941 |
| MRS ARNOLD H SMITH | 118 Chandler Ave | Pawtucket | RI | 02860-1502 |
| MRS ELEANOR HOWAR | 56 Victory Hwy | Chepachet | RI | 02814-1362 |

| EXST_SHIP_TO_NAME | EXST_STREET | EXST_CITY | EXST_STATE | EXST_ZIP_COD |
|---|---|---|---|---|
| NORTH BAY MANOR | 171 Pleasant View | Smithfield | RI | 02917-1792 |
| MAUREEN DORAN | 151 Holland Ave | Riverside | RI | 02915-2048 |
| UNIFICATION CHURCH | 136 Carr St | Providence | RI | 02905-1314 |
| ST MARY ACADEMY BA | 3070 Pawtucket Av | Riverside | RI | 02915-5105 |
| MRS C A BLOMGREN | 171 Pleasant View | Smithfield | RI | 02917-1792 |
| BETH HORNE | 241 Weaver Hill Rd | W Greenwich | RI | 02817-2256 |
| LINDA RICCI | 149 Cardinal Rd | Cranston | RI | 02921-2803 |
| ROGER L MAROT | 77 Federal St | Woonsocket | RI | 02895-3120 |
| EVA I LIZOTTE | 847 Mendon Rd | Woonsocket | RI | 02895-3923 |
| EUFEMIA T BRYDEN | 73 Greene St | Pawtucket | RI | 02860-2322 |
| BERNICE DORSEY | 29 Locust St | Providence | RI | 02906-1807 |
| MARIE PHILLIPS #112 | 1011 Bald Hill Rd | Warwick | RI | 02886-0726 |
| MRS LINDA J POMBO | 13 Washburn Ave | Rumford | RI | 02916-2812 |
| CINDY BIANCHI | 20 Annie St | Pawtucket | RI | 02861-2918 |

| EXST_SHIP_TO_NAME | EXST_STREET | EXST_CITY | EXST_ST | EXST_ZIP_COD |
|---|---|---|---|---|
| WOODLAWN BAPTIST CH | 23 Randall St | Greenville | RI | 02828-2122 |
| HOME FOR YOUNG WON | 23 Darrow Blvd | Pawtucket | RI | 02860-2110 |
| PASTOR HAROLD B ROBI | 165 Congress Ave | Providence | RI | 02907-1719 |
| LAURETTE HEBERT | 221 Grange Rd | N Smithfield | RI | 02896-8119 |
| LIVING WATERS CHURCH | PO Box 17251 | Smithfield | RI | 02917-0723 |
| LORINE IANIERO | 96 Phenix Ave | Cranston | RI | 02920-4223 |
| GRACE UNITED METHODI | 28 Hardwick St | Warwick | RI | 02889-8638 |
| BLANCHE HOMAN | 15 Greylawn Ave | Warwick | RI | 02889-3014 |
| DENNIS C ALTMAN | 914 Charles St | N Providence | RI | 02904-5622 |
| SYBIL A MORRIS | 51 Chases Ln | Middletown | RI | 02842-6233 |
| EMERALD BAY MANOR | 10 Old Diamond Hill Rd | Cumberland | RI | 02864-4611 |
| ALLENDALE PHILATHEA | 15 Thomas St | N Providence | RI | 02911-1771 |
| LUCIA THERRIAULT | 23 Claremont St | Central Falls | RI | 02863-2502 |
| EILEEN COUTURIER | 100 England St | Cumberland | RI | 02864-7507 |
| MRS FREDERICK SWEER | 27 Bucklin St # 1 | Pawtucket | RI | 02861-1901 |
| JUDITH OLIVERIA | 216 Mowry St | Woonsocket | RI | 02895-6328 |
| BETHANY CHURCH OF T | 426 Pawtucket Ave | Rumford | RI | 02916-1748 |
| ELAINE DEGUZIS | 445 Elmwood Ave | Providence | RI | 02907-1735 |
| SHERYL MCCUMISKEY | 15 Thelma Dr | Hope Valley | RI | 02832-1614 |
| MS LEONA B JOHNSON | 109 Worce | Riverside | RI | 02915 |
| DOROTHY D MAURAN | 2625C Comd Oliver Hazar | Wakefield | RI | 02879-3953 |
| WILLIAM W GLASS | 9 Royal Ct | Cumberland | RI | 02864-2713 |
| SUZANNE GILL | 93 Grand St | Woonsocket | RI | 02895-5821 |
| LISA BREITENSTEIN | 12 Devon Way | Tiverton | RI | 02878-2412 |
| FIRST ASSEMBLY OF GO | 420 Mendon Rd | Woonsocket | RI | 02895-2403 |
| MRS REBECCA DAWLEY | 681 Kingstown Rd | Wakefield | RI | 02879-3005 |
| MRS EDNA WILCOX | 133 Wampanoag Trl | Riverside | RI | 02915-3739 |
| ST AGATHA'S PARRISH | 34 Joffre Ave | Woonsocket | RI | 02895-5596 |
| MARY BOOROM | 982 Branch Ave | Providence | RI | 02904-1065 |
| ST MARK'S YOUTH GRP- | 10 Fales St | Riverside | RI | 02915-3114 |
| LORRAINE TRINQUE | 212 Patton Rd | Woonsocket | RI | 02895-3824 |
| EDGEWOOD UCC | 1788 Broad St | Cranston | RI | 02905-3520 |
| DUNNS CORNER COMMU | 221 Post Rd | Westerly | RI | 02891-2623 |
| KENNETH HEIST | 15 Bramb | L Compton | RI | 02837 |
| MISS RUTH J BRAYMAN | 144 Canal St | Westerly | RI | 02891-1553 |
| ROLANDE ROMBLAD | 403 Willow St | Woonsocket | RI | 02895-4630 |
| JUDITH VARGAS | 2 Batcheller Ave | Providence | RI | 02904-1509 |
| RONDA MATARESE | 5 Carrie Ann Dr | West Warwick | RI | 02893-1941 |
| MRS ARNOLD H SMITH | 118 Chandler Ave | Pawtucket | RI | 02860-1502 |
| MRS ELEANOR HOWARD | 56 Victory Hwy | Chepachet | RI | 02814-1362 |
| NORTH BAY MANOR | 171 Pleasant View Ave | Smithfield | RI | 02917-1792 |
| MISS RUTH I BRAYMAN | 144 Canal St | Westerly | RI | 02891-1553 |
| MAUREEN DORAN | 151 Holland Ave | Riverside | RI | 02915-2048 |
| UNIFICATION CHURCH O | 136 Carr St | Providence | RI | 02905-1314 |
| ST MARY ACADEMY BAYV | 3070 Pawtucket Ave | Riverside | RI | 02915-5105 |
| MRS C A BLOMGREN | 171 Pleasant View Ave # | Smithfield | RI | 02917-1792 |
| BETH HORNE | 241 Weaver Hill Rd | W Greenwich | RI | 02817-2256 |
| LINDA RICCI | 149 Cardinal Rd | Cranston | RI | 02921-2803 |
| ROGER L MAROT | 77 Federal St | Woonsocket | RI | 02895-3120 |

KL0389

JAN 2005 CHESTERHOUSE CATALOG (62)

Query2

11/26/2007

| CNAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| MISS RUTH J BRAYMAN | 144 Canal St | Westerly | RI | 02891-1553 |
| WILLIAM W GLASS | 9 Royal Ct | Cumberland | RI | 02864-2713 |
| DARLENE WARD | 16 Michael Dr | Portsmouth | RI | 02871-2614 |
| RONDA MATARESE | 5 Carrie Ann Dr | West Warwick | RI | 02893-1941 |
| MRS EDNA WILCOX | 99 Pine Ledge Rd | Greenville | RI | 02828-1513 |
| SYBIL A MORRIS | 51 Chases Ln | Middletown | RI | 02842-6233 |
| MS LEONA B JOHNSON | 109 Worce | Riverside | RI | 02915 |
| ANDREA GALLAGHER | 26 Cherokee Dr | Portsmouth | RI | 02871-2910 |
| LINDA RICCI | 149 Cardinal Rd | Cranston | RI | 02921-2803 |
| MRS FREDERICK SWEERS | 27 Bucklin St # 1 | Pawtucket | RI | 02861-1901 |
| LUCIA THERRIAULT | 23 Claremont St | Central Falls | RI | 02863-2502 |
| MRS C A BLOMGREN | 171 Pleasant View A | Smithfield | RI | 02917-1792 |
| KENNETH HEIST | 15 Bramb | L Compton | RI | 02837 |
| SUZANNE GILL | 93 Grand St | Woonsocket | RI | 02895-5821 |
| ST AGATHA'S PARRISH | 34 Joffre Ave | Woonsocket | RI | 02895-5596 |
| DENNIS C ALTMAN | 914 Charles St | N Providence | RI | 02904-5622 |
| LISA BREITENSTEIN | 12 Devon Way | Tiverton | RI | 02878-2412 |
| EILEEN COUTURIER | 100 England St | Cumberland | RI | 02864-7507 |
| BETH HORNE | 241 Weaver Hill Rd | W Greenwich | RI | 02817-2256 |
| MRS ARNOLD H SMITH | 118 Chandler Ave | Pawtucket | RI | 02860-1502 |
| EDGEWOOD UCC | 1788 Broad St | Cranston | RI | 02905-3520 |
| WOODLAWN BAPTIST CHU | 23 Randall St | Greenville | RI | 02828-2122 |
| BETHANY CHURCH OF TH | 426 Pawtucket Ave | Rumford | RI | 02916-1748 |
| ROLANDE ROMBLAD | 403 Willow St | Woonsocket | RI | 02895-4630 |
| LIVING WATERS CHURCH | PO Box 17251 | Smithfield | RI | 02917-0723 |
| HOME FOR YOUNG WONDE | 23 Darrow Blvd | Pawtucket | RI | 02860-2110 |
| ST MARK'S YOUTH GRP- | 10 Fales St | Riverside | RI | 02915-3114 |
| FIRST ASSEMBLY OF GO | 420 Mendon Rd | Woonsocket | RI | 02895-2403 |
| UNIFICATION CHURCH O | 136 Carr St | Providence | RI | 02905-1314 |
| MRS ELEANOR HOWARD | 56 Victory Hwy | Chepachet | RI | 02814-1362 |
| GRACE UNITED METHODI | 28 Hardwick St | Warwick | RI | 02889-8638 |
| MAUREEN DORAN | 151 Holland Ave | Riverside | RI | 02915-2048 |
| MISS RUTH I BRAYMAN | 144 Canal St | Westerly | RI | 02891-1553 |
| ALLENDALE PHILATHEA | 15 Thomas St | N Providence | RI | 02911-1771 |
| PASTOR HAROLD B ROBI | 165 Congress Ave | Providence | RI | 02907-1719 |
| DUNNS CORNER COMMUNI | 221 Post Rd | Westerly | RI | 02891-2623 |
| LORINE IANIERO | 96 Phenix Ave | Cranston | RI | 02920-4223 |
| ST MARY ACADEMY BAYV | 3070 Pawtucket Ave | Riverside | RI | 02915-5105 |
| SHERYL MCCUMISKEY | 15 Thelma Dr | Hope Valley | RI | 02832-1614 |
| MRS REBECCA DAWLEY | 681 Kingstown Rd | Wakefield | RI | 02879-3005 |
| ELAINE DEGUZIS | 445 Elmwood Ave | Providence | RI | 02907-1735 |
| MARY BOOROM | 982 Branch Ave | Providence | RI | 02904-1065 |
| JUDITH OLIVERIA | 216 Mowry St | Woonsocket | RI | 02895-6328 |
| JUDITH VARGAS | 2 Batcheller Ave | Providence | RI | 02904-1509 |
| ROGER L MAROT | 77 Federal St | Woonsocket | RI | 02895-3120 |
| LORRAINE TRINQUE | 212 Patton Rd | Woonsocket | RI | 02895-3824 |



KL0390

| CNAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| GUS HUNTER JR | PO Box 4401 | Middletown | RI | 02842-0401 |
| EMERALD BAY MANOR | 10 Old Diamond Hill | Cumberland | RI | 02864-4611 |
| JOYCE SORMANTI | 80 Douglas Pike | Smithfield | RI | 02917-2339 |
| EILEEN HODGE | 9 Woodland Ave | Coventry | RI | 02816-5844 |
| GEORGE PERRON | 730 Windwood Dr | Tiverton | RI | 02878-2451 |
| CLAUDETTE BERT ADC | 239 Legris Ave | West Warwick | RI | 02893-2940 |
| DOROTHY LEVITRE | 221 Grange Rd | N Smithfield | RI | 02896-8119 |
| BLANCHE HOMAN | 15 Greylawn Ave | Warwick | RI | 02889-3014 |
| DON REYNOLDS | 39 State St | Westerly | RI | 02891-2737 |
| LAURETTE HEBERT | 221 Grange Rd | N Smithfield | RI | 02896-8119 |
| JACKIE JOHNSON | 1811 Broad St | Cranston | RI | 02905-3533 |
| ALICE PARRISH | 130 Caswell St | Narragansett | RI | 02882-3759 |
| REV MARY E MORRIS | 871 Harris Ave | Woonsocket | RI | 02895-1824 |
| NORTH BAY MANOR | 171 Pleasant View A | Smithfield | RI | 02917-1792 |
| MRS JUDITH EARNSHAW | 212 Beachwood Dr | E Greenwich | RI | 02818-4845 |
| MRS NICKY KENNEDY | 73 Avenue B | Woonsocket | RI | 02895-6224 |

July 2004 Cheerful Adobe Catalog Query1 (48) 11/26/2007

| CUSTNAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| GUS HUNTER JR | PO Box 4401 | Middletown | RI | 02842-0401 |
| EMERALD BAY MANOR | 10 Old Diamon | Cumberland | RI | 02864-4611 |
| DONALD E HARRINGTON | 170 Henry Bro | W Greenwich | RI | 02817-2406 |
| TRACI MARROCCO | | HOPE | RI | 02831 |
| JOYCE SORMANTI | 80 Douglas Pik | Smithfield | RI | 02917-2339 |
| EILEEN HODGE | 9 WOODLAND | COVENTRY | RI | 02816-5844 |
| GEORGE PERRON | 730 Windwood | Tiverton | RI | 02878-2451 |
| CLAUDETTE BERT ADC | 239 Legris Ave | West Warwick | RI | 02893-2940 |
| MELVIN BRIDGE | 28 Hardwick St | Warwick | RI | 02889-8638 |
| PAULINE COLUCCI | 4 VIEW AVE | CUMBERLAN | RI | 02864-1732 |
| CAROLINE SMITH | 32 LANE E | WARWICK | RI | 02888-5602 |
| DOROTHY LEVITRE | 221 Grang | N Smithfield | RI | 02896-8119 |
| MARYANN LANGLEY | PO BOX 7 | TIVERTON | RI | 02878-0007 |
| BLANCHE HOMAN | 15 Greylawn A | Warwick | RI | 02889-3014 |
| LISA THERRIEN | | WARWICK | RI | 02886 |
| DON REYNOLDS | 39 State St | Westerly | RI | 02891-2737 |
| CINDY SHAPIRO | | WARWICK | RI | 02886 |
| LAURETTE HEBERT | 221 Grange Rd | N Smithfield | RI | 02896-8119 |
| JACKIE JOHNSON | 1811 Broad St | Cranston | RI | 02905-3533 |
| MICHELLE JUSSEAUME | | RIVERSIDE | RI | 02915 |
| THOMAS DEPATIE | | CHARLESTO | RI | 02813 |
| JONATHAN HURT | | NEWPORT | RI | 02840 |
| JEANNE DEMREST | 144 ELMORE | WOONSOCKE | RI | 02895-6524 |
| KIM KLOCZKOWSKI | | CUMBERLAN | RI | 02864 |
| OVERBROOK ACADEMY | | WARWICK | RI | 02889 |
| FOSTER GRANDPARENT | | W WARWICK | RI | 02893 |
| ALICE PARRISH | 130 Caswell St | Narragansett | RI | 02882-3774 |
| OLIVIA GRAMOLINI | 3 Count | Newport | RI | 02840-1801 |
| CHERYL A LAURENT | 593 EDDY ST | PROVIDENCE | RI | 02903-4923 |
| DIANE BROWN | | WOONSOCKE | RI | 02895 |
| MEREDITH THAYER | | PROVIDENCE | RI | 02907 |
| MARY ZOMPA | | PROVIDENCE | RI | 02909 |
| MARION H CALDWELL | | WESTERLY | RI | 02891 |
| RACHEL ODOM | | WOONSOCKE | RI | 02895 |
| REV MARY E MORRIS | 871 Harris Ave | Woonsocket | RI | 02895-1824 |
| DEBRA L COOK | 32 EAGLE AV | WARWICK | RI | 02889-1908 |
| DONNA M GEORGE | | N PROVIDENC | RI | 02911 |
| R AYRES | | BRISTOL | RI | 02809 |
| NORTH BAY MANOR | 171 Pleasant V | Smithfield | RI | 02917-1792 |
| JANICE MELE | | JOHNSTON | RI | 02919 |
| KEITH PATENAUDE | | CRANSTON | RI | 02920 |
| ERIN COOK | 452 Putnam Pi | GREENVILLE | RI | 02828-3008 |
| JOANNE WRIGHT | 21 WYOMING | CUMBERLAN | RI | 02864-6005 |
| ARLEEN KAULL | 650 Green End | Middletown | RI | 02842-5644 |
| DAVID SPRAGUE | | NORTH KINGS | RI | 02852 |
| EILEEN COUTURIER | 100 ENGLAND | CUMBERLAN | RI | 02864-7507 |
| HEATHER MAGMUSKI | 40 Mullin Hill R | L Compton | RI | 02837-1957 |
| NANCY SHEWCHUCK | | PASCOAG | RI | 02859 |

KL0392

Query10 11/26/2007

Feb Jan 2004 - Cheerhouse Catalog

| NAME | ADDRESS | CITY | SATE |
|---|---|---|---|
| WILLIAM W GLASS | 9 Royal Ct | Cumberland | RI |
| RONDA MATARESE | 5 Carrie Ann Dr | West Warwick | RI |
| MRS EDNA WILCOX | 133 WAMPANOAG TRAI | RIVERSIDE | RI |
| SYBIL A MORRIS | 51 Chases Ln | Middletown | RI |
| MS LEONA B JOHNSON | 109 Worce | Riverside | RI |
| MRS FREDERICK SWEERS | 27 Bucklin St | Pawtucket | RI |
| LUCIA THERRIAULT | 23 Claremont St | Central Falls | RI |
| MRS C A BLOMGREN | 171 Pleasant View A | Smithfield | RI |
| KENNETH HEIST | 15 Bramb | L Compton | RI |
| DENNIS C ALTMAN | 914 Charles St | N Providence | RI |
| EILEEN COUTURIER | 100 England St | Cumberland | RI |
| MRS ARNOLD H SMITH | 118 Chandler Ave | Pawtucket | RI |
| SHERYL MCCUMISKEY | 15 Thelma Dr | Hope Valley | RI |
| MRS REBECCA DAWLEY | 681 Kingstown Rd | Wakefield | RI |
| ELAINE DEGUZIS | 445 Elmwood Ave | Providence | RI |
| MARY BOOROM | 982 Branch Ave | Providence | RI |
| JUDITH OLIVERIA | 216 Mowry St | Woonsocket | RI |
| JUDITH VARGAS | 2 Batcheller Ave | Providence | RI |
| ROGER L MAROT | 77 Federal St | Woonsocket | RI |
| LORRAINE TRINQUE | 212 Patton Rd | Woonsocket | RI |



KL0393

Query2

11/26/2007

July 2003 - Cheerful House Catalog (16)

| NAME | ADDR | CITY | SATE | ZIP |
|---|---|---|---|---|
| WILLIAM W GLASS | 9 Royal Ct | Cumberland | RI | 02864-2713 |
| RONDA MATARESE | 5 Carrie Ann Dr | West Warwick | RI | 02893-1941 |
| SYBIL A MORRIS | 51 Chases Ln | Middletown | RI | 02842-6233 |
| MS LEONA B JOHNSON | 133 Wampanoag Trl | Riverside | RI | 02915-3739 |
| MRS FREDERICK SWEERS | 27 Bucklin St Fl 1 | Pawtucket | RI | 02861-1901 |
| LUCIA THERRIAULT | 23 Claremont St | Central Falls | RI | 02863-2502 |
| KENNETH HEIST | 63 Lennon St | Providence | RI | 02908-1913 |
| MRS ARNOLD H SMITH | 118 Chandler Ave | Pawtucket | RI | 02860-1502 |
| SHERYL MCCUMISKEY | 15 Thelma Dr | Hope Valley | RI | 02832-1614 |
| MRS REBECCA DAWLEY | 681 Kingstown Rd Ap | Wakefield | RI | 02879-3014 |
| ELAINE DEGUZIS | 445 Elmwood Ave | Providence | RI | 02907-1735 |
| MARY BOOROM | 982 BRANCH AVE | PROVIDENCE | RI | 02904-1065 |
| JUDITH OLIVERIA | 216 Mowry St | Woonsocket | RI | 02895-6328 |
| JUDITH VARGAS | 2 Batcheller Ave | Providence | RI | 02904-1509 |
| ROGER L MAROT | 77 Federal St # 518 | Woonsocket | RI | 02895-3120 |
| LORRAINE TRINQUE | 212 Patton Rd | Woonsocket | RI | 02895-3824 |

Jan 2003 - CHEERFUL HOUSE CATALOG (copy)

Query1 11/26/2007

| cname | address | city | state | zip |
|---|---|---|---|---|
| DINA M DESIMONE | 50 KEARNEY ST | CRANSTON | RI | 02920 |
| HELEN PERREAULT | 323 SWITCH RD | HOPE VALLEY | RI | 02832 |
| LORRAINE TAVARES | 12 FAIR FIELD AV | TIVERTON | RI | 02878 |
| TRUDY A MULLANE | 432 LAKE SHORE DR | WARWICK | RI | 02889 |
| WILLIAM W GLASS | 9 ROYAL CT | CUMBERLAN | RI | 02864-0000 |
| LESSIE ANDREWS | 509 CHILD ST | WARREN | RI | 02885 |
| PAULINE PONTE | 14 SOUTH ST | WEST WARWI | RI | 02893-4612 |
| SUSAN GOFF | 1158 BROAD ROCK ROAD | WAKEFIELD | RI | 02879 |
| SHERYL MCCUMISKEY | 15 THELMA DR | HOPE VALLEY | RI | 02832-1614 |
| MRS REBECCA DAWLEY | 681 KINGSTOWN RD | WAKEFIELD | RI | 02879 |
| ELAINE DEGUZIS | 445 ELMWOOD AVE | PROVIDENCE | RI | 02907-1735 |
| MRS RUTH WALTERS | 205 SUMMIT | EAST PROVID | RI | 02914 |
| RONDA MATARESE | 5 CARRIE ANN DR | WEST WARWI | RI | 02893-0000 |
| MARIE CONHEENY | 31 POKANOKET AV | RIVERSIDE RI | RI | 02915 |
| LORI A LEE | 1200 TARKILN | HARRISVILLE | RI | 02830 |
| MRS C.L. WILLIAMS | 21 JOHN MOWRY RD | SMITHFIELD | RI | 02917-1207 |
| MS SUSAN MORLEY | P.O. BOX 494 | WYOMING | RI | 02898 |
| MRS RICHARD COOK | 28 FERNCREST DR | PAWTUCKET | RI | 02861 |
| MRS EDNA WILCOX | 133 WAMPANOAG TRAIL | RIVERSIDE | RI | 02915-3739 |
| MARY BOOROM | 982 BRANCH AVE | PROVIDENCE | RI | 02904-1065 |
| MRS BARBARA MALARK | 528 SMITHFIELD RD308 | NORTH PROVI | RI | 02904-8936 |
| CAROL MANN | 2725 E MAIN RD | PORTSMOUT | RI | 02871 |
| DEBORAH KESSON | 10 SHANGRI-LA LN | MIDDLETOWN | RI | 02842 |
| SYBIL A MORRIS | 51 CHASES LANE | MIDDLETOWN | RI | 02842-0000 |
| LISA BASTIEN | 75 CHISWICK RD | WARWICK | RI | 02889 |
| ROBIN FERRIO | 310 WOOD AVE | WOONSOCKE | RI | 02895 |
| MS LEONA B JOHNSON | 133 WAMPANOAG TR | EAST PROVID | RI | 02915 |
| JUDITH OLIVERIA | 216 MAWRY ST | WOONSOCKE | RI | 02895 |
| MARY BRAGA | PO BOX 4592 | MIDDLETOW | RI | 02842-0592 |
| BEVERLY PLACE | 38 BRIAR CLIFF RD | CRANSTON | RI | 02910 |
| JUDITH VARGAS | 2 BATCHELLER AV | PROVIDENCE | RI | 02904-1509 |
| PATTY WOYCIK | 11 PLATEAU RD | MESLERLY | RI | 02891 |
| MRS JUDITH EARNSHAW | 212 BEECHWOOD DR | EAST GREEN | RI | 02818 |
| MAUDE MONTEIRO | 80 WALLASTON ST | CRANSTON | RI | 02910 |
| MRS FREDERICK SWEER | 27 BUCKLIN ST 1ST FL | PAWTUCKET | RI | 02861-0000 |
| LUCIA THERRIAULT | 23 CLAREMONT ST | CENTRAL FAL | RI | 02863-0000 |
| CRANSTON CONSR PRO | 1381 CRANSTON ST | CRANSTON | RI | 02920 |
| MARIAN C JENDZEJEC | 8 LARCH DR | COVENTRY | RI | 02816 |
| JOAN M CHASE | 611 TEN ROD RD #7 | N KINGSTOW | RI | 02852 |
| BRENDA BURKE | 55 MODEL AVE | WARWICK | RI | 02889 |
| S. CHAPIAN | 22 FOX RIDGE | WARWICK | RI | 02886 |
| F BOSWORTH | 777 COWESSETT RD | WARWICK | RI | 02886-6665 |
| ROGER L MAROT | 77 FEDERAL ST/BX 518 | WOONSOCKE | RI | 02895-0518 |
| JUDITH N REALI | 6 SCHOOL ST | SMITHFIELD | RI | 02917 |
| LINDA A KOUSSA | 4086 DIAMOND HILL RD | CUMBERLAN | RI | 02864 |
| MRS ARNOLD H SMITH | 118 CHANDLER AVE | PAWTUCKET | RI | 02860 |
| JEANNE COUTURE | 70 A IRVING AVE | PASCOAG | RI | 02859-3129 |
| TINA MARUCO | P.O. BOX 475 | BRISTOL | RI | 12809 |
| SHIRLEY DAVIS | 975 GREAT HILL DR | WARWICK | RI | 02886 |
| STEPHEN M PIRZYNSKI | 61 CAATO ST | WOONSOCKE | RI | 02895 |
| MRS NICKY KENNEDY | 73 AVE B | WOONSOCKE | RI | 02895 |
| LORRAINE TRINQUE | 212 PATTON RD | WOONSOCKE | RI | 02895 |



KL0395

| cname | address | city | state | zip |
|---|---|---|---|---|
| JOAN BORDEN | 302 ANGELL ROAD | LINCOLN | RI | 02865-5003 |
| LINDA BENSON | 90 DANIELSON PIKE | FOSTER | RI | 02825 |
| DIANE M ALLEN | 116 PROSPECT AVE | MIDLETOWN | RI | 02842+ |