# Exhibit B

Answer to Request no 1 The following is a complete list of account we have sold and shipped to F

| CUSTOMER_NUMBER | EXST_SHIP_TO_NAME | EXST_STREET | EXST_CITY | EXST_STATE |
|---|---|---|---|---|
| 037154 | EAST BAY MANOR | 1440 WAMPANOAG TRL | E PROVIDENCE | RI |
| 000297 | MARGE COTE | 189 GLAUDE LN | WOONSOCKET | RI |
| 700060 | LAURETTE HEBERT | 221 Grange Rd | N Smithfield | RI |
| 700056 | BLANCHE HOMAN | 15 Greylawn Ave | Warwick | RI |
| 078695 | DENNIS C ALTMAN | 914 Charles St | N Providence | RI |
| 066215 | SYBIL A MORRIS | 51 Chases Ln | Middletown | RI |
| 700051 | EMERALD BAY MANOR | 10 Old Diamond Hill Rd | Cumberland | RI |
| 118692 | EILEEN COUTURIER | 100 England St | Cumberland | RI |
| 004488 | MARGARET SWEERS | 27 Bucklin St # 1 | Pawtucket | RI |
| 015525 | JUDITH OLIVERIA | 216 Mowry St | Woonsocket | RI |
| 311248 | THOMAS NOEL | 50 S MAIN ST | PROVIDENCE | RI |
| 027729 | SHERYL MCCUMISKEY | 15 Thelma Dr | Hope Valley | RI |
| 300279 | SISTERS OF MERCY | 57 WALTHAM ST | PAWTUCKET | RI |
| 000168 | WILLIAM W GLASS | 9 Royal Ct | Cumberland | RI |
| 115992 | LISA BREITENSTEIN | 12 Devon Way | Tiverton | RI |
| 105205 | Raquel Ferro | 426 Pawpucket Ave | Rumford | RI |
| 002670 | MRS REBECCA DAWLEY | 681 Kingstown Rd | Wakefield | RI |
| 035639 | KENNETH HEIST | 15 Bramb | L Compton | RI |
| 101992 | MISS RUTH J BRAYMAN | 144 Canal St | Westerly | RI |
| 110884 | RONDA MATARESE | 5 Carrie Ann Dr | West Warwick | RI |
| 716455 | NORTH BAY MANOR | 171 Pleasant View Ave | Smithfield | RI |
| 003438 | GOLDYE M BLOMGREN | 171 Pleasant View Rd | Smithfield | RI |
| 093598 | LINDA RICCI | 149 Cardinal Rd | Cranston | RI |

Rhode Island since 01/01/2003.

| EXST_ZIP_CODE | CM_LAST_PURCH_DATE | CM_SALES_YTD | CM_SALES_LAST_YEAR |
|---|---|---|---|
| 02915 | 10-May-07 | 247.5 | 0 |
| 02895-1611 | 31-Jul-07 | 14.1 | 0 |
| 02896-8119 | 05-Sep-07 | 73.8 | 61.8 |
| 02889-3014 | 26-Sep-07 | 102.9 | 121.8 |
| 02904-5622 | 03-Nov-06 | 0 | 62.1 |
| 02842-6233 | 09-Mar-07 | 23.4 | 12.6 |
| 02864-4611 | 26-Sep-07 | 164.4 | 54.3 |
| 02864-7507 | 26-Aug-03 | 0 | 0 |
| 02861-1901 | 20-Mar-07 | 44.7 | 0 |
| 02895-6328 | 12-Sep-07 | 19.2 | 24 |
| 02903 | 25-Oct-07 | 24 | 0 |
| 02832-1614 | 24-Sep-07 | 34.5 | 0 |
| 02860-5638 | 08-Feb-06 | 0 | 43.5 |
| 02864-2713 | 13-Sep-07 | 51 | 32.7 |
| 02878-2412 | 31-Aug-04 | 0 | 0 |
| 02916 | 22-Oct-07 | 152.7 | 0 |
| 02879-3005 | 28-Jan-03 | 0 | 0 |
| 02837 | 11-Apr-03 | 0 | 0 |
| 02891-1553 | 21-Mar-06 | 0 | 35.7 |
| 02893-1941 | 18-Sep-03 | 0 | 0 |
| 02917-1792 | 05-Aug-04 | 0 | 0 |
| 02917-1792 | 07-Aug-07 | 7.8 | 0 |
| 02921-2803 | 31-Aug-05 | 0 | 0 |