# Exhibit C


Christmas
2006
KL0171
Cheerful House®



**#1740**
**$8.50**

## #1740 Silver & Rhinestone Cross Necklace

This elegant dual bail Latin cross has been embellished with beautiful white rhinestones. Makes a wonderful gift. Snake chain is 18" L. - $8.50

## #1947 Automatic Book Light

Automatically turns on when flipped open! Clips onto your book so your hands are free to turn the page. Uses 3 – AG13 batteries (not included). 7" H. $10.50



**#1947**
**$10.50**

## #1941 Heart & Angel Ribbon Bookmarks - Set of 2

Wonderful gift for your favorite reader! They'll be able to find their place with ease. Satin ribbons with metal charms. 14" L. - $6.50

## #1942 Angel Bookmark

A delightful metal angel with a cascade of Beads will mark the spot. Metal. 5-1/2" L. - $7.00



**#1942**
**$7.00**



**#1941**
**$6.50**



KL0214