# Exhibit D

# INVOICE

**WALIGA IMPORTS & SALES, INC.**
1467 ATWOOD AVENUE
JOHNSTON, RI 02919-4898
**EMAIL: JEWELRY@WALIGAIMPORTS.COM**

**(401) 272-6777 FAX (401) 274-0920**

INVOICE NUMBER: 47116
INVOICE DATE: 2/27/06
PAGE: 1

OLD TO:

CLEMENTE FUNDRAISING
301 LAFAYETTE ST.
UTICA, NY 13502

Ship To:

Waliga

NOTES:

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS |
|---|---|---|
| CLE7321306 | 107743/107744 | Net 30 Days |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | DUE DATE |
|---|---|---|---|
| 2 | UPS 100 WT | | 3/29/06 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 26.00 | 4112CF | HEIRLOOM CLASSIC EARRINGS | 1.0000 | 26.00 |
| 71.00 | 4113CF | ANTIQUE CUFF BRACELET | 1.7000 | 120.70 |
| 72.00 | 4114CF | ANTIQUE HOOP EARRINGS | 1.5000 | 108.00 |
| 136.00 | 4115CF 88 | CIRCLE OF LIFE PENDANT | 1.6000 | 217.60 |
| 124.00 | 4116CF 28 | HEART TOGGLE BRACELET | 1.1000 | 136.40 |
| 27.00 | 4120CF | SILVER HEARTS SET | 1.1000 | 29.70 |
| 119.00 | 4122CF 101 | SLIDE NECKLACE | 3.0000 | 357.00 |
| 29.00 | 4154CF | PINK BUTTERFLY NECKLACE | 0.8500 | 24.65 |
| 128.00 | 4156CF 116 | ANGEL CHARM BRACELET | 1.1000 | 140.80 |
| 80.00 | 4157CF | MOONSTONE NECKL & EARRING SET | 1.2500 | 100.00 |
| 24.00 | 4160CF | DAISY DUO | 1.4000 | 33.60 |
| 24.00 | 9120CF | GOLDEN ELEGANCE EARRINGS | 0.9000 | 21.60 |
| 250.00 | 4112CF 240 | HEIRLOOM CLASSIC EARRINGS | 1.0000 | 250.00 |
| 375.00 | 4116CF | HEART TOGGLE BRACELET | 1.1000 | 412.50 |
| 180.00 | 4117CF | TIMELESS CLASSIC | 1.7000 | 306.00 |
| 220.00 | 4118CF | TIMELESS CLASSIC EARRINGS | 1.0000 | 220.00 |
| 36.00 | 4120CF | SILVER HEARTS SET | 1.1000 | 39.60 |
| 240.00 | 4127CF | ANKLE BRACELET CHAINS | 1.0000 | 240.00 |
| 420.00 | 4136CF | PRECIOUS KEEPSAKE LOCKET | 1.1000 | 462.00 |
| 384.00 | 4138CF | FILIGREE BUTTERFLY SET | 1.2500 | 480.00 |
| 240.00 | 4139CF | BLACK & WHITE R/STONE TENNIS B | 1.5000 | 360.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Freight | Continued |
| Total Invoice Amount | Continued |
| Payment Received | |
| TOTAL DUE | Continued |

Check No:

...S THE ...ER'S RESPONSIBILITY TO INFORM END USERS AS TO COUNTRY OF ORIGIN
...YO ...CE * CALL ACCOUNTING IF YOU HAVE ANY QUESTIONS *PRICES ARE SUBJECT TO CHANGE
...T NO ... RETURNS MUST BE MADE WITHIN THIRTY DAYS OF INVOICE DATE
...T CAR... E ACCEPTED UPON INVOICING ONLY**

# INVOICE

**WALIGA IMPORTS & SALES, INC.**
1467 ATWOOD AVENUE
JOHNSTON, RI 02919-4898
EMAIL: JEWELRY@WALIGAIMPORTS.COM

(401) 272-6777 FAX (401) 274-0920

INVOICE NUMBER: 47116
INVOICE DATE: 2/27/06
PAGE: 2

SOLD TO:
CLEMENTE FUNDRAISING
301 LAFAYETTE ST.
UTICA, NY 13502

Ship To:

NOTES:

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS |
|---|---|---|
| CLE7321306 | 107743/107744 | Net 30 Days |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | DUE DATE |
|---|---|---|---|
| 2 | UPS 100 WT | | 3/29/06 |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 96.00 | 4152CF | SILVER CHAIN | 1.5000 | 144.00 |
| 24.00 | 4153CF | SILVER BRACELET | 1.2500 | 30.00 |
| 252.00 | 4156CF | ANGEL CHARM BRACELET | 1.1000 | 277.20 |
| 288.00 | 4160CF 312 PCS | DAISY DUO | 1.4000 | 403.20 |
| 96.00 | 9120CF 8/120 | GOLDEN ELEGANCE EARRINGS | 0.9000 | 86.40 |

| | |
|---|---|
| Subtotal | 5,026.95 |
| Sales Tax | |
| Freight | 119.87 |
| Total Invoice Amount | $5,146.82 |
| Payment Received | |
| Check No: TOTAL DUE | $5,146.82 |

*IT IS THE CUSTOMER'S RESPONSIBILITY TO INFORM END USERS AS TO COUNTRY OF ORIGIN
*PLEASE CHECK YOUR INVOICE * CALL ACCOUNTING IF YOU HAVE ANY QUESTIONS *PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE * RETURNS MUST BE MADE WITHIN THIRTY DAYS OF INVOICE DATE
CREDIT CARDS ARE ACCEPTED UPON INVOICING ONLY**

CL0092