UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO., INC.

v. CA No. 06-465-T

GIFTCO, INC.,
IDEAL FUND RAISING, INC.
and other known and unknown
Giftco Distributors

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS AND DENYING PLAINTIFF'S MOTION FOR ADDITIONAL JURISDICTIONAL DISCOVERY**

Based on the Report and Recommendation of Magistrate Judge Almond dated July 31, 2008, it is hereby ordered that:

1. The motion of defendants Sunshine and Profit to dismiss for lack of personal jurisdiction is granted.

2. The motion of defendants Kleinhenn and Clemente to dismiss for lack of personal jurisdiction is denied.

3. The plaintiff's motion to compel and for additional jurisdictional discovery is denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 8/21/08