UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRA ART METAL CO.,
    Plaintiff,

v.                                C.A. No. 06-465 S

GIFTCO, INC.,
ET AL.,
    Defendants

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 12, 2010, in the above-captioned matters is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Defendants' Motions to Dismiss Plaintiff's Third Amended Complaint are DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 3/24/10